APPENDIX A

| Pre-Purchase Lies | Claim Made | Evidence Untrue |
|---|---|---|
| A Review Team, Board, or others at WPM will review inventor ideas. | PX 1, ¶ 4; PX 2, ¶ 3; PX 3, ¶ 3; PX 4, ¶ 4; PX 5, ¶ 3; PX 7, ¶ 4; PX 8, ¶ 2; PX 10, ¶ 3; PX 12, ¶ 5; PX 13, ¶ 7; PX 14, ¶ 3; PX 16, ¶¶ 6, 8; PX 17, ¶ 9; PX 23, ¶ 3; PX 30, ¶ 21; PX 53, Att. B, p. 3709, 3713, 3717, 3718, 3720, 3721, 3725, 3730; PX 36, ¶ 4; PX 49, ¶ 10. | There is no Review Team. PX 43, ¶ 9; PX 44, ¶¶ 6, 8; Receiver's Report ¶ 26. |
| WPM rejects a large portion of ideas. | PX 53, Att. B, p. 3711, 3713, 3720, 3725; PX 3, ¶3; PX 4, ¶4; PX 30, ¶ 20, PX 43, ¶9. | WPM does not reject a large portion of ideas. PX 44, ¶ 8. |
| WPM has been in business since 2012. | PX 53, Att. J, p. 4726 (website page from April 2014 ) | WPM has been in business since 2014. PX 30, ¶ 64; D.E. 32-1, ¶ 2 (Declaration of Scott Cooper) |
| WPM client products are sold in Walmart, Target, Lowes, HSN, The Home Depot, Walgreens, Best Buy, Sears, QVC, Toys R Us, Petco, SkyMall | PX 53, Att. J, p. 4726 | WPM's client's products are not sold in brick and mortar stores. PX 27, ¶ 13; PX 52; PX 51. |
| The Invention Team Advisory Board participated in an advisory role at WPM. | PX 53, Att. F, p. 3822-3823; PX 27, Att. A-D, p. 2259-2293; PX 32, ¶ 6, PX 33, ¶ 5. | Some Advisory Board members did not advise the company and were not asked to review inventions. PX 48, PX 41, PX 50. |

| Pre-Purchase Lies | Claim Made | Evidence Untrue |
|---|---|---|
| Certain WPM inventors are "success stories." | PX 3, ¶¶ 6-7; PX 4, ¶ 2; PX 5, ¶ 4; PX 7, ¶ 3; PX 8, ¶ 4; PX 10 ¶¶ 2, 7; PX 11, ¶ 2, 9; PX 12, ¶ 3; PX 13, ¶ 5; PX 15, ¶ 5; PX 16, ¶ 4; PX 17, ¶ 6; PX 32, ¶ 5; PX 27, ¶¶ 14-37. | Many inventors listed as "success stories" did not receive a patent, bring their product to market, or realize financial gain as a result of working with World Patent Marketing. PX 5 ¶¶ , 26, 42, 51, 60-61; PX 7, ¶¶ 10, 36, 38, 39-40, 43; PX 9, ¶¶ 44, 76, 78, 84-86; PX 10, ¶¶ 27, 30; PX 19, Att. B, p. 2111-12; PX 31, ¶ 31; PX 38, ¶ 24-27. |
| World Patent Marketing partnered with "the man behind the $500 million Snuggie" and "the team that grows $500 million on 30 million Snuggies since 2009." | PX 30, ¶ 60(b). | Allstar Marketing Group, which is behind the marketing or development of the Snuggie, has no business relationship with World Patent Marketing. PX 28, ¶¶ 3-6. |
| The History Channel did a special episode on WPM. | PX 3, Att. D, p. 186; PX 9, ¶¶ 38, 48-49; PX 11, Att. E, p. 1150; PX 25, ¶ 9, Att. B, pp. 2153-2167. The email contains a link stating: "Click Here To Watch World Patent Marketing On The History Channel." A WPM sales agent told the FTC's investigator that the History Channel did a "whole segment" on WPM and invited him to watch the video. PX 30, ¶ 15. | The History Channel ran an ad for World Patent Marketing once for which A&E Television Networks was paid $17,170. PX 18, ¶¶ 2-5. |
| Consumers can pay a one-time fee for global patent protection. | PX 1, ¶¶ 6-7; PX 2, ¶ 7; PX 4, ¶ 9; PX 9, ¶ 14; PX 16, ¶¶ 15-16, 22; PX 17, ¶ 16-18; PX 32, ¶ 10; PX 33, ¶ 10; PX 38, ¶ 7;  PX 49, ¶13-16. | PX 20, ¶¶ 14-17. There is a Patent Cooperation Treaty ("PCT") application (this patent application is part of Defendants' "global package"), which allows the filer to file one application as a placeholder for separate applications in each PCT signatory country. However, inventors then have thirty months to request and pay for a patent in each country. PX 20, ¶ 16. |

**Appendix A**

| Pre-Purchase Lies | Claim Made | Evidence Untrue |
|---|---|---|
| Once consumers have purchased their patent package, they will never need to pay another fee. | PX 1, Att. B, p. 87; PX 2, ¶ 7; PX 5, ¶ 6; PX 6, ¶ 6; PX 11, ¶11; PX 7, ¶ 6; PX 8, ¶ 23; PX 10, ¶ 11; PX 14, ¶ 6; PX 16, ¶ 16; PX 17, ¶¶ 18, 23; PX 53, Attachment B, p. 3738. WPM's contract also states, in capital letters: "The inventor will not be held responsible for any additional expenses incurred or assessed by World Patent Marketing, other than those defined within the scope of this agreement." *See, e.g.*, PX 1, Att. B, p. 87; PX 12, Att. D, p. 1246. | Sometimes inventors are asked for additional fees after they pay for their patent packages. PX 1, ¶ 20; PX 5 ¶ 18, PX 11 ¶ 23, PX 8 ¶ 23, PX 10 ¶ 18, PX 14 ¶ 14-15, PX 16 ¶ 22, PX 17 ¶ 27. |
| Particular products created by WPM inventors are now on the market or in use by members of the general public. | PX 27, Att. K, pp. 2432-2447, Atts. O-Q, pp. 2494-2548, Atts. S-T, pp 2553-2614, Atts V-Z, pp. 2641-2712; PX 4, ¶ 35, Att. F, p. 452-454; PX 7, ¶ 40 (*see* PX 3, Att. D, pp. 183-186 for press release); PX 8, ¶ 15, Att. D, pp. 830-832; PX 10, ¶ 30, Att. D, p. 1060; PX 13 ¶ 25, Att. I, pp. 1480-1481; PX 16, ¶ 35. | Many of these products are not on the market or in use by the general public. PX 1-8; PX 10-17; PX 23; PX 31-36; PX 39-40; PX 49; PX 4, ¶ 35; PX 8, ¶ 15; PX 13, ¶ 25; PX 16, ¶ 35. |

**Appendix A**

Good afternoon, may I please speak with _____.

My name is _____ calling from World Patent Marketing. You recently submitted an inquiry regarding an idea or invention you were thinking about? How long have you had this idea for? Are you the only one working on the idea? Have you shown it to anyone else? Are you by a computer right now? World Patent Marketing is a patent assistance company, we help investors research and develop their ideas, we help protect it with a patent here in the U.S. and overseas and we offer marketing services on a commission only basis. If we help you negotiate a deal for your new product idea it would be a 90%-10% split you 90% the marketing affiliate will get 10%. I would like to direct you to our website (www.worldpatentmarketing.com). I believe you should know that World patent Marketing is the only company listed to be rewarded for a five star review rating from Consumer Affairs, Google, Trustpilot, Shopper Approved, Customer Lobby and ResellerRatings.com. World Patent Marketing has received accredited status and is an A Rated Member of the Better Business Bureau. Are you on our website? Please fill out the confidentiality agreement in order to protect your idea. You're going to see a hammer on the top right hand side, please click on the hammer. With this agreement, we cannot do anything with your idea without your permission. Once you are done we can we can discuss your idea and I will try to get it before our review team as soon as possible. If the review team likes your idea they will approve to have it sent over to our research and development team. (If the client asks about money) Right now, the review is free of charge. WE don't know what your idea is, so we have to do some research to see if it's something we can work with. If your idea is approved, then we will put everything in writing and create a plan of action for your new product idea. But this is a step by step process and you have to start somewhere.


What I would like for you to do now is go to worldpatentmarketing.com and click the hammer in the top right corner, go ahead and submit the idea and we will be back in touch with you I the next 24 hours.


**Attachment B**

## LEAD CALL SCRIPT

Hello **NAME**,

My name is _____ with World Patent Marketing, how are you today?

You made a recent inquiry on our website about an idea or invention you were working on, is that correct?

Are you looking to get your idea on the market?

How long have you had this idea for?

Is this the first time you're looking into developing & patenting your own product?

OK great!

Let me explain exactly what we do here.

World Patent Marketing assists inventors in researching, developing and manufacturing their ideas. PAUSE

**The first step** is to complete an Inventor Protection Agreement on our web site. This protects you and protects your idea. Everything is 100% confidential and you'll always be the owner of your idea.

**The second step** is to answer a few questions about your idea and provide some details about your concept.

**Attachment B**

Once I receive the information, I will submit the idea to Management.
PAUSE

If the management team accepts your idea, we will then submit the project to Research and Development. PAUSE

If research approves your idea and they feel it's something we can work with, we will then put everything in writing and create a detailed plan of action. PAUSE

**This is a step by step process and we have to start somewhere.**
PAUSE

I need to get you in front of your computer it only takes a few minutes. We only need a general overview.

**(GET THEM IN FRONT OF COMPUTER OR TEXT THEM LINK/ GET THEM TO DO IT NOW!)(IF ON SMARTPHONE TELL THEM TO PUT YOU ON SPEAKER)**

I would like you to go to our website SUBMITIDEA.NET, complete the information, and I will be back in touch with you as soon as possible.

**Please be prepared to pitch me your idea before I present it to management**

**(If not able to do RIGHT NOW get a commitment of when they will submit it DATE / TIME or set appointment to walk them through it at a later time)**

**Attachment B**

# Concept Review

Hi__(**Name**)_____ this is (**Your Name**) with World Patent Marketing I received your submission. I have your file in front of me and I want to make sure I have a good understanding of your concept, before I present it to a review team.

In regards to (**Name of Invention**).   (**If no name for idea, name it now even if it's just a temporary name) \*\*Creates Ownership Mentally\*\***

## (Get them to talk about their invention)

I have your confidentiality agreement in front of me and I have a few questions that only you can answer.

## \*\*(Go over questions in gallery leads)\*\*

**How did you come up with the idea?**

**How is your idea better than what's on the market today?**

**What have you done with the idea since you thought of it?**

**What made you finally decide to take action?**

**Have you shown it to anyone, friends, and family?  What kind of feedback did they give you?**

## (Get them to talk about their invention)

Now, I want you to think and imagine for a moment; what would you like to see happen with your invention/idea? (**LISTEN/DON'T SPEAK**)

Ok, great. Just need to get some personal information here.

**What kind of work do you do?**

**Are you married or single?**

**Any Kids? Ages?**

**(BUILD RAPPORT)**

OK-----Let's review what you said (**RECAP Invention Details**)

**Attachment B**

**Let me explain our game plan for moving forward.** We look for 3 things in every idea.

1. First, an idea with international market appeal, something we can sell globally.
2. Second, a simple concept to introduce to a market segment.
3. And 3rd, an original idea that may be patentable.

We look for ideas that fall into all of these categories. We usually eliminate most of the ideas that are submitted. However, I know there is a lot of potential in the (ex: toy, tool, novelty)  industry.

For that reason, I'll be submitting your **( Idea Name)** to management they are the real decision makers for the company **(I don't make any of these decisions).**

Now, if they feel there is potential to patent and license your idea to a major manufacturer, distributor or retailer, **at that point,** we will send you a proposal to create a Patent and Invention Report.

Let me explain what that means:The Invention will go through 3 stages:

1. **Preparation**: This includes market research documentation and Global Patent Search with its patentability and Industry statistics. Simply put, it's the obvious homework that needs to be done on the idea.
2. **Execution**: Which are Patents, Trademarks, Copywriting and Branding. Basically protecting the Idea.
3. The third stage, is the **Marketing and Licensing** of your idea to manufactures and large corporations.

Now ___**Name**__, there's a lot of inventors just like you, who come up with fantastic ideas, but have no experience on how to correctly market and manage their idea and this **leads to costly mistakes**.

That's where we come in.  We are able to put your idea in front of thousands of decision makers, manufacturers, Large Multi-National Corporations and Venture Capitalist all over the world.  We attend trade shows across the US, Europe and Asia. And that's how we can give your idea a tremendous amount of exposure.

**Have you had an opportunity to see who is on our advisory board?**

**Attachment B**

PX 53, 3721

Build credibility take them to the website if you can send them an email with links.VERY IMPORTANT

Is there anything else you think is important to know about the idea that we haven't already discussed? (**LISTEN/TAKE NOTES**)

Great, I have everything I need. Oh by the way I'm sending you a link to our World Patent Marketing Advisory Board. You will quickly see we are head and shoulder above our competition.

**(send link) https://www.youtube.com/watch?v=a26rEcDhnbM**

(**Very contact info, phone #'s, email address, best time to reach, etc....**)

**I'll give you a call either way and let you know the final decision.**

Ok___(NAME)___ I'll talk to you soon, take care.

**Attachment B**

Patent Marketing | World Patent Marketing                                    Page 1 of 2









PRESS

**(January 6, 2014)** --
WorldPatentMarketing.com Reviews Plans
To Open Five New European Offices Read
More »

**(May 21, 2013)** --
WorldPatentMarketing.com Enters Into $20
Million Preferred Stock Purchase
Agreement Read More »

**(February 14, 2012)** --
WorldPatentMarketing.comMember of US
Chamber of Commerce Read More »

NEWS

**(February 1, 2014)** -- IBM Weighs in on CLS Bank:
The Abstract Idea Test is Unworkable ...

**(February 3, 2014)** -- Small Business Focus: Patents
can play major role in protecting ...

**(February 4, 2014)** -- AT&T Patent That Helps Track
and Charge File Sharing Users

**(February 6, 2014)** -- Long Pond inventor has a
vision ... about popcorn

<< >>

**Attachment J**



WorldPatentMarketing.com was created to be the resource where inventors could go to and have licensed professionals file a quality patent application at a reasonable price. To keep patent firm service fees low, WorldPatentMarketing.com acts as a clearinghouse between inventors and patent firms. This allows patent firms to focus on what they do best, while WorldPatentMarketing.com handles the customer relationship and marketing aspects. All patent applications are drafted and filed by experienced patent firms.

Explore Our Site: Patent Marketing | Patent Services | Patent News | Inventor Tradeshows | Invention Ideas | Free Patent Advice | Why File A Patent | Invention Process

Copyright © 2014 Desa Industries, Inc. (worldpatentmarketing.com)
256 Sunrise Highway, Suite 1-134 Rockville Center, New York 11570
Privacy Disclaimer Guarantee





Do You Have

# THE NEXT BIG IDEA?

Join The Invention Revolution

**About the Invention Team**

## OUR CEO

**SCOTT J. COOPER**

CEO & Creative Director

**Scott J. Cooper** is the CEO and Creative Director of World Patent Marketing's invention team. He is also the Director and Founder of The Cooper Idea Foundation, a non-profit organization dedicated to providing funding for special causes around the world. Cooper is the visionary behind World Patent Marketing's innovative vertical structure, creating a **"one stop shop for inventors"** and

Attachment D



## OUR CEO

**SCOTT J. COOPER**

CEO & Creative Director

**Scott J. Cooper** is the CEO and Creative Director of World Patent Marketing's invention team. He is also the Director and Founder of The Cooper Idea Foundation, a non-profit organization dedicated to providing funding for special causes around the world. Cooper is the visionary behind World Patent Marketing's innovative vertical structure, creating a "one stop shop" for inventors and entrepreneurs around the globe. Cooper sets the standard for results, with his impressive work ethic and 16-hour days. The effort has paid off and has led to spectacular growth. Today, Cooper spends most of his time unlocking business opportunities in developing countries. He believes the best solution to conquer poverty is by linking people to information, capital and markets. Cooper's work is rooted in the idea that given the opportunity, men and women in even the poorest places can generate income, jobs and wealth for their families and communities.

## OUR INVENTION TEAM ADVISORY BOARD



WORLD PATENT MARKETING

ABOUT   SERVICES   INVENTION STORE   REVIEWS   NEWS   SUBMIT IDEA   RESOURCES   CONTACT   FREE INFO

## OUR INVENTION TEAM ADVISORY BOARD

AMBASSADOR & LIEUTENANT GENERAL
**DELL L. DAILEY**

Head of the US State Department's counter terrorism office from July 2007 to April 2009, after a 36 year career in the US Army.

VICE ADMIRAL UNITED STATES NAVY
**AL KONETZNI**

Nuclear Submarine Commander. Deputy and Chief of Staff Fleet Forces Command, Pentagon. Commander US Pacific Fleet

PROFESSOR OF INFECTIOUS DISEASES
**AILEEN M. MARTY**

Appointed to President Barack Obama's Presidential Advisory Council on Combating Antibiotic-Resistant Bacteria (PACCARB)

FORMER UNITED STATES ATTORNEY
**MATTHEW G. WHITAKER**

Appointed by President George Bush. Republican Candidate for US Senate. Director of Foundation for Accountability & Civic Trust.

poverty is by linking people to information, capital and markets. Cooper's work is rooted in the idea that given the opportunity, men and women in even the poorest places can generate income, jobs and wealth for their families and communities.

English

Chat now

https://worldpatentmarketing.com/invention-team/

Attachment D

WORLD PATENT MARKETING

ABOUT   SERVICES   INVENTION STORE   REVIEWS   NEWS   SUBMIT IDEA   RESOURCES   CONTACT   FREE INFO

English



**AMBASSADOR & LIEUTENANT GENERAL**
## DELL L. DAILEY
Head of the US State Departments counter terrorism office from July 2007 to April 2009 after a 36 year career in the US Army.

**VICE ADMIRAL UNITED STATES NAVY**
## AL KONETZNI
Nuclear Submarine Commander, Deputy and Chief of Staff Fleet Forces Command. Pentagon. Commander US Pacific Fleet.

**PROFESSOR OF INFECTIOUS DISEASES**
## AILEEN M. MARTY
Appointed to President Barack Obama's Presidential Advisory Council on Combating Antibiotic-Resistant Bacteria (PACCARB).

**FORMER UNITED STATES ATTORNEY**
## MATTHEW G. WHITAKER
Appointed by President George Bush. Republican Candidate for US Senate. Director of Foundation for Accountability & Civic Trust.

**MARTIAL ARTS CHAMPION**
## MOTI HORENSTEIN
Heavyweight Champion. Special Forces Commando Unit in Israel Defense Forces. Guiness Book of World Records Holder.

**FORMER BOARD MEMBER**
## BRIAN MAST
Congressman Brian Mast is a war hero and former member of the Advisory Board. Mast was victorious in Florida's 18th District.

**AFRICAN PRESIDENTIAL CANDIDATE**
## PASCAL KOYAGBELE
Central African Republic. Leader of KITE Political Party. Winner of Voice Achievers Award. Revolution of Happiness.

**GENERAL IN ISRAEL DEFENSE FORCES**
## NITZAN NURIEL
Honored by the US Congress for his commitment to Counter Terrorism and World Security. Director of Israeli Counter Terrorism Bureau.

Chat now

FREE INFO

https://worldpatentmarketing.com/invention-team/

Invention Team

Getting Started






5:02 PM
2/21/2017

Attachment D

PX 27, 2289

WORLD PATENT MARKETING

English

ABOUT   SERVICES   INVENTION STORE   REVIEWS   NEWS   SUBMIT IDEA   RESOURCES   CONTACT   FREE INFO

Chat now



MARTIAL ARTS CHAMPION
**MOTI HORENSTEIN**

Heavyweight Champion. Special Forces Commando Unit in Israel Defense Forces. Guiness Book of World Records Holder.

FORMER BOARD MEMBER
**BRIAN MAST**

Congressman Brian Mast is a war hero and former member of the Advisory Board. Mast was victorious in Florida's 18th District.

AFRICAN PRESIDENTIAL CANDIDATE
**PASCAL KOYAGBELE**

Central African Republic. Leader of KITE Political Party. Winner of Voice Achievers Award -Revolution of Happiness.

GENERAL IN ISRAEL DEFENSE FORCES
**NITZAN NURIEL**

Honored by the US Congress for his commitment to Counter Terrorism and World Security. Director of Israeli Counter Terrorism Bureau.

DEPUTY COMMISSIONER
**RICHARD SULAKA, JR.**

Macomb County Deputy Commissioner of Public Works. Honored by City of Warren as Volunteer and Mentor of the Year.

LEGENDARY ATTORNEY
**ERIC CREIZMAN**

Founding member of Creizman LLC. Prestigious New York Attorney. Recognized by Super Lawyers five years in a row.

PROFESSOR OF PHYSICS
**RONALD MALLETT**

Ronald Mallet is a world famous American theoretical physicist, academic, and author. Famous for work on Einstein Time Travel theories.






DA VINCI ROBOTICS SURGEON
**CHRISTOPHER SEAVER**

Doctor and General Surgery Faculty Preceptor at the University of Miami. General Surgeon at Holy Cross. Published in Journal of Trauma.

**Attachment D**



WORLD PATENT MARKETING

ABOUT   SERVICES   INVENTION STORE   REVIEWS   NEWS   SUBMIT IDEA   RESOURCES   CONTACT   FREE INFO

English

Chat now

DA VINCI ROBOTICS SURGEON
**CHRISTOPHER SEAVER**

Doctor and General Surgery Faculty Preceptor at the University of Miami. General Surgeon at Holy Cross. Published in Journal of Trauma.

PROFESSOR OF PHYSICS
**RONALD MALLETT**

Ronald Mallet is a world famous American theoretical physicist, academic, and author. Famous for work on Einstein Time Travel theories.

LEGENDARY ATTORNEY
**ERIC CREIZMAN**

Founding member of Creizman LLC. Prestigious New York Attorney. Recognized by Super Lawyers five years in a row.

MISS RHODE ISLAND USA 2017
**KELSEY SWANSON**

WPM Goodwill Ambassador. Focused on breast cancer awareness and

DEPUTY COMMISSIONER
**RICHARD SULAKA, JR.**

Macomb County Deputy Commissioner of Public Works. Honored by City of Warren as Volunteer and Mentor of the Year.

FOUNDER OF OCCUPY DEMOCRATS
**OMAR RIVERO**

Candidate for Florida House of Representatives. Editor-in-Chief

Attachment D

WORLD PATENT MARKETING

ABOUT   SERVICES   INVENTION STORE   REVIEWS   NEWS   SUBMIT IDEA   RESOURCES   CONTACT   FREE INFO

English



FOUNDER OF OCCUPY DEMOCRATS
**OMAR RIVERO**

Candidate for Florida House of Representatives. Editor-in-Chief Grassroots political organization with over 3.3 million followers

MISS RHODE ISLAND USA 2017
**KELSEY SWANSON**

WPM Goodwill Ambassador. Focused on breast cancer awareness and dedicated to ending the physical and economic isolation of those living with disabilities.

**WORLDWIDE HEADQUARTERS**

WORLD PATENT MARKETING

2940 North Lincoln Avenue, 2nd Floor
Chicago, Illinois 60657
P 888 926 8174
F 888 689 2485
info@worldpatentmarketing.com

**ALL RIGHTS RESERVED**

Submit Idea
Invention Store
World Patent Marketing Blog
How To Finance Your Idea
About The Invention Team
Become a Referral Partner
Cooper Idea Foundation
Pre-Order Terms and Conditions

**SOCIAL MEDIA**

Do you have questions or concerns?

Please send an email to:

Scott J. Cooper
CEO & Creative Director
ceo@worldpatentmarketing.com

Chat now

Attachment D

PX 27, 2292

# **2017 SCRIPT 1**

Hello **CUSTOMER**

My name is **[NAME]** with World Patent Marketing, how are you today?

[PAUSE]

You made a recent inquiry on our website about an idea or invention you were working on, is that correct?

[PAUSE]

How long have you had this idea for?

[PAUSE]

Is this the first time you're looking into developing & patenting your own product?

[PAUSE]

Are you looking to get your idea out on the market?

[PAUSE]

OK great!   Let me explain a little bit about World Patent Marketing -  who we are and how we are unique:

- All over the world, we are known as the Invention Powerhouse and I'll tell you why – we have developed a proprietary step by step process utilizing cutting edge technology that can take YOUR idea to the marketplace.

- We do everything in house.  We can take your idea from a sketch on a napkin, give you invention intelligence, help you protect it with a patent, design a product, build a prototype, manufacture overseas, market it online and put it on TV and in the stores.

- We are A+ Rated with the BBB and we have thousands of five star reviews online.

**Attachment F**

**PX 53, 3822**

- Our CEO has an incredible advisory board.  It includes:

    a) Ambassador Dell Dailey who ran counter terrorism at the US State Department;
    b) Former US Attorney Matt Whitaker who was appointed by President George Bush;
    c) Brian Mast who just won the Republican primary in Florida;
    d) Dr. Aileen Marty who sits on President Obama's advisory council;
    e) We even have famous Physics Professor named Ronald Mallett that is working on time travel and is on television all the time.

I'll send you a link right now to your email address

Email them while you are on the phone https://worldpatentmarketing.com/invention-team

IF THEY HAVE QUESTIONS, EXPLAIN THAT WE CAN'T DISCUSS THEIR IDEA UNTIL THEY COMPLETE A CONFIDENTIALIY AGREEMENT.

The first step is to complete a confidentiality agreement on our web site and submit your idea. This protects you and protects your idea.   Everything is 100% confidential and you'll always be the owner of your idea and the evaluation is completely FREE.

 [PAUSE]

Once we receive the information, I will give you to review the details just to make sure I have a clear understanding.

Can you have access to the internet right now?  [PAUSE]

*[if customer says yes]*

I would like you to go our website **worldpatentmarketing.com,** click on SUBMIT IDEA on the top menu of the page.  I will hold on while you complete the form.

*[if customer says no]*

When will you have access to the internet?

GET A COMMITMENT – YOUR TIME IS VALUABLE

I need to know so I can set aside some time to review the idea with you.  I'll send you an email and you can submit it directly at worldpatentmarketing.com and click on SUBMIT IDEA on the top menu of the page.

**Attachment F**

PX 53, 3823

# WORLD PATENT MARKETING

INVENTION IDEAS   SUCCESS STORIES   EDUCATION CENTER   REVIEWS   SUCCESS STORIES   SUBMIT IDEA   GET FREE INFO

PATENTS TRADING   TRADE SHOWS

GENERAL NEWS   INVENTION, IDEA & PATENT

## Invention Success Story: Bimini Top Push Mower

Jun 11, 2015 By Scott J. Cooper — Leave a Comment

*Is your dad or grandfather the type who refuses to hire someone to mow the lawn? Are you?*

Over the summer, outdoor upkeep like mowing the lawn can end in tragedy if you are not careful. The powerful UV rays from the sun cannot only cause sunburn but could lead to skin cancer too.

If you or someone you love works all day long outdoors and refuses to hire someone else to do it for them, the Bimini Top Push Mower can help. No matter what type of push mower you have, no matter what brand or how old it is, you can adjust the Bimini Top Push Mower to make sure that you are protected from the sun.

At World Patent Marketing we are celebrating our exclusive licensing deal with Bimini Top Push Mower for the next ten years as their primary worldwide distributor.

" Invented by Texan Paul M... This product is a no-brainer in a $10.6 billion a year industry... Bimini Tops are already being sold worldwide for riding mowers and lawn tractors," – Scott Cooper, CEO and Creative Director of World Patent Marketing.

SEARCH

Search the site...

CATEGORIES

Bonus

Featured

General News

Invention, Idea & Patent News

Inventor Learning Center

Patents Trading

Shark Tank

Success Stories

Trade Shows

TV Commercials

Video

Chat now



Invention Success Story x

https://worldpatentmarketing.net/invention-success-story-bimini-top-push-mower/

Chat now

## RECENT POSTS

Gun Safety Invention Prevents Unauthorized Persons From Using Owned Guns Feb 23, 2017

Fishing Supply Invention is Easier and Attracts More Fish Feb 23, 2017

Personal Fitness Equipment Patent Tones Muscles and Strengthens Body Core Feb 23, 2017

Rain Boot Invention Protects Feet and Prevents them from Getting Wet Feb 23, 2017

Infant Safety Patent Creates Soft and Safe Bed for Babies Feb 23, 2017

Bonus

Featured

General News

Invention, Idea & Patent News

Inventor Learning Center

Patents Trading

Shark Tank

Success Stories

Trade Shows

TV Commercials

Video

WPM Insider



## Invention Success Story: Bimini Top Push Mower

## Introducing the Bimini Top Push Mower

The Bimini Top Push Mower is an attachment that provides shade while you use a push mower to cut the grass. The attachment will fit onto any standard push mower – no matter the brand or age of the mower. It helps to shield you from the sun, the rain, and the wind as you are working on your lawn.

While these attachments are being used for riding mowers and tractors, they are also finding ways to reach

powerful UV rays from the sun cannot only cause sunburn but could lead to skin cancer too.

If you or someone you love works all day long outdoors and refuses to hire someone else to do it for them, the Bimini Top Push Mower can help. No matter what type of push mower you have, no matter what brand or how old it is, you can adjust the Bimini Top Push Mower to make sure that you are protected from the sun.

At World Patent Marketing we are celebrating our exclusive licensing deal with Bimini Top Push Mower for the next ten years as their primary worldwide distributor.

" Invented by Texan Paul M... This product is a no-brainer in a $10.6 billion a year industry... Bimini Tops are already being sold worldwide for riding mowers and lawn tractors," – Scott Cooper, CEO and Creative Director of World Patent Marketing.

Invention Success ...

WPM






https://worldpatentmarketing.net/invention-success-story-bimini-top-push-mower/

# Invention Success Story: Bimini Top Push Mower



## Introducing the Bimini Top Push Mower

The Bimini Top Push Mower is an attachment that provides shade while you use a push mower to cut the grass. The attachment will fit onto any standard push mower – no matter the brand or age of the mower. It helps to shield you from the sun, the rain, and the wind as you are working on your lawn.

While protective tops are being used for riding mowers and tractors, the product did not translate to push mowers. As World Patent Marketing CEO Scott Cooper put it,

" "The market has neglected the walk behind mower which represents the majority of the sales for residential customers."

Over the summer months, people become much more prone to heat strokes from being out in the sun too long. This simple design could end up saving lives.

" "The world of today is filled with many hazards. Even simply going out under the sun can cause skin cancer in the long run. This product hopes to shield both the person and the appliance from harsh elements, while not being intrusive and hard to install," says Bimini Top Push Mower inventor Paul M.

### WPM Insider

### RECENT POSTS

Gun Safety Invention Prevents Unauthorized Persons From Using Owned Guns Feb 23, 2017

Fishing Supply Invention is Easier and Attracts More Fish Feb 23, 2017

Personal Fitness Equipment Patent Tones Muscles and Strengthens Body Core Feb 23, 2017

Rain Boot Invention Protects Feet and Prevents them from Getting Wet Feb 23, 2017

Infant Safety Patent Creates Soft and Safe Bed for Babies Feb 23, 2017



SUBMIT

Chat now

Attachment U



our inventors

# SUBMIT
### Your
# IDEA

<span style="background:yellow">CLICK HERE</span>

**SHARK TANK**



Inventor Takeaways from Successful Shark Tank Companies

May 29, 2015 By Scott J. Cooper — Leave a Comment

If you're not familiar with

the hit television show Shark Tank, it is a wildly popular show in which entrepreneurs and inventors get the opportunity to stand in ... [Read More...]

Over the summer months, people become much more prone to heat strokes from being out in the sun too long. This simple design could end up saving lives.

"   "The world of today is filled with many hazards. Even simply going out under the sun can cause skin cancer in the long run. This product hopes to shield both the person and the appliance from harsh elements, while not being intrusive and hard to install," says Bimini Top Push Mower inventor Paul M.

## Bimini Top Push Mower Success

To bring a product like the Bimini Top Push Mower to the market and to see great success, it takes a lot of moving pieces coming together. However, the main factor which determines success is the ingenuity of the idea. That's something that the Bimini Top Push Mower showed us at World Patent Marketing from the start.

Cattya Bella, who is Director of Product Development at World Patent Marketing noted,

"   "Years of testing have taught us that any lawn machine can cut grass under ideal conditions. But the question is, how well do we perform in vagarious conditions while mowing our lawns?"

Adding,

"   "With the Bimini Top Push Mower, the suspicion is eliminated. No matter where we do our yard work chores, we will stay protected..."

## How to Succeed Like Bimini with World Patent Marketing

People come up with product ideas all of the time. Most never do anything with them and some that do fail. The reasons why product ideas fail are numerous. From not doing thorough research into the idea to not being able to market your idea to businesses that might otherwise invest in it, we've seen it all.

**Attachment U**

https://worldpatentmarketing.net/invention-success-story-bimini-top-push-mower/

Invention Success Story...

> "With the Bimini Top Push Mower, the suspicion is eliminated. No matter where we do our yard work chores, we will stay protected..."

## How to Succeed Like Bimini with World Patent Marketing

People come up with product ideas all of the time. Most never do anything with them and some that do fail. The reasons why product ideas fail are numerous. From not doing thorough research into the idea to not being able to market your idea to businesses that might otherwise invest in it, we've seen it all.

In order to succeed like Bimini, it takes a company with a strong track record of success bringing product ideas to fruition. Even if your idea is a simple one like the one that Paul M. came up with for the Bimini Top Push Mower, the impact it could have is limitless.

Speaking of his invention, Paul M. said,

> "It has a simplistic design but is sturdy and strong. It is a revolutionary product and every home in America should have it."

You can separate yourself from the thousands of others trying to secure a patent and succeed like Bimini with some help from our team at World Patent Marketing. Get our hands on support and expert guidance through the patent and licensing process. Read all about our latest successes and then contact us to join the list!

We look forward to hearing from you soon and welcome the opportunity to earn your trust and business.

**CONTACT US TODAY TO LEARN MORE**

Filed Under: Success Stories
Tagged With: inventions, successes, testimonials



### from Successful Shark Tank Companies

May 29, 2015 By Scott J. Cooper — Leave a Comment

If you're not familiar with the hit television show Shark Tank, it is a wildly popular show in which entrepreneurs and inventors get the opportunity to stand in ... [Read More...]

**PATENTS TRADING**



### More Durability Available with Specialty Napkin Patent

Jan 3, 2017 By Kelly Davis — Leave a Comment

Specialty Napkin Patent Provides Greater Absorption NapClone is a specialty napkin patent that improves on current napkin technology and provides a more ... [Read More...]



## WPM Joins Forces With The Man Behind The $500 Million Snuggie

1 message

**World Patent Marketing** <media@worldpatentmarketing.com>                              Mon, Feb 6, 2017 at 3:05 PM
Reply-To: media@worldpatentmarketing.com
To:

Not rendering correctly? View this email as a web page here.





**Attachment P**
**PX 30, 2873**



## WPM Joins Forces With The Man Behind The $500 Million Snuggie

What happens when a fast growing invention powerhouse partners up with the team that grossed $500 million on 30 million Snuggies since 2009?

**Attachment P**
**PX 30, 2874**

Independent Inventors Win!

**LEARN MORE**

World Patent Marketing   1680 Meridian Avenue   Suite 600   Miami Beach,  FL   33139   USA

You received this email because you are subscribed to Marketing Information from World Patent Marketing.

Update your email preferences to choose the types of emails you receive. Unsubscr be from all future emails

Attachment P
**PX 30, 2875**

On Monday, November 16, 2015 12:59 PM, World Patent Marketing Info
<info@worldpatentmarketing.com> wrote:


Hi Markeesha,

Forwarding your receipt for payment made in the amount of $5,000.

Best Regards,

Rona
info@worldpatentmarketing.com

Click Here To Watch World Patent Marketing On The History Channel







---------- Forwarded message ----------
From: <Gateway@merchantone.com>
Date: Sun, Nov 15, 2015 at 5:06 PM
Subject: www.worldpatentmarketing.com Transaction Receipt, Transaction ID:
2887051594
To: ccpayments@worldpatentmarketing.com


This is an automated payment gateway message. If you have questions regarding
this email, please contact gateway support.

--------------------------------------
General Information
--------------------------------------
Merchant Account: www.worldpatentmarketing.com
Date/Time : 11/15/2015 5:06:13 PM EST

--------------------------------------

**World Patent Marketing™**
1680 Meridian Ave Suite 600 Miami Beach, FL 33139 | Phone: (888) 926-8174 | Fax: (888) 689-2485
WorldPatentMarketing.com | Info@worldpatentmarketing.com



## EXHIBIT A

| UTILITY PATENT APPLICATION | DESIGN PATENT APPLICATION |
|---|---|
| ☐ $10,995.00 | ☐ $7,995.00 |

| EUROPEAN UNION PATENT APPLICATION | PATENT COOPERATION TREATY APPLICATION |
|---|---|
| ☐ $18,995.00 | ☐ $14,995.00 |

| UTILITY & DESIGN COMBINATION PATENT | CANADIAN PATENT |
|---|---|
| ☐ $14,995.00 | ☐ $14,995.00 |

| GLOBAL PATENT APPLICATION (Includes US Utility and Design,) European Union and PCT | PCT & US PATENT (Design OR Utility) Combination |
|---|---|
| ☐ $29,995.00 | ☐ $18,995.00 |

| TRADEMARK, APPLICATION | COPYRIGHT, APPLICATION | MOBILE APP, DEVELOPMENT |
|---|---|---|
| ☐ $1,495.00 | ☐ $995 | ☐ $3,995.00 |

**Add on product - must be combined with a patent application.    **Add on product - must be combined with a patent application.    **Add on product - must be combined with a patent application.

**Attachment D**
**PX 11, 1140**



**World Patent Marketing™**
1680 Meridian Ave Suite 600 Miami Beach, FL 33139 | Phone: (888) 926-8174 | Fax: (888) 689-2485
WorldPatentMarketing.com | Info@worldpatentmarketing.com



## PATENT PROTECTION AND PUBLICITY COMMITMENT

THIS AGREEMENT, entered into and effective as of the day of __8|13|15__ ("Effective Date") by and between DESA INDUSTRIES, INC. D/B/A WORLD PATENT MARKETING, a Delaware Corporation (hereinafter, "WPM") and __Timothy and Delta Adkins__ located at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

INVENTOR represents that he is the inventor and further represents that he is the exclusive owner of all rights, titles and interests to said invention, the __4G Dronelink__. (hereinafter, "Invention"); and

WPM operates a business specializing in patent protection assistance services and WPM refers all patent work to Independent patent attorneys and/or agents. All direct communication with the United States Patent and Trademark Office, whether written, verbal, electronic, digital, and any other form, is performed through an independent registered patent attorney and/ or agent INVENTOR wishes to obtain patent protection assistance and WPM wishes to provide INVENTOR with patent protection assistance services for the Invention as set forth herein; and in consideration of the mutual promises agreements as set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties intending to be legally bound, do hereby agree, that the foregoing Agreements are incorporated herein by reference and made a part hereof as though set forth at length throughout this Agreement and do further agree as follows:

### 1. Appointment of WPM.

Inventor hereby engages WPM to provide the patent protection assistance for the Invention. WPM provides six (6) Patent Protection Plans more particularly described on Exhibit A. In addition, WPM provides development services also described on Exhibit A.

### 2. Disclosure

WPM has provided the INVENTOR with all of the disclosures as required by the American Inventors Protection Act of 1999, as stated in the Global Invention Royalty Analysis previously signed by INVENTOR.

### 3. Registration

When a registration number is issued by the US Patent and Trademark Office pursuant to U.S. 35 U.S.C. §§ 1 et seq the transaction is complete & WPM has fullfilled its obligation under this agreement.

### 4. Plan Fee.

INVENTOR hereby agrees to make payments to WPM in accordance with the Program Selected on Exhibit A

*THE INVENTOR WILL NOT BE HELD RESPONSIBLE FOR ANY ADDITIONAL EXPENSES INCURRED OR ASSESSED BY WORLD PATENT MARKETING, OTHER THAN THOSE DEFINED WITHIN THE SCOPE OF THIS AGREEMENT*

__TA|DA__ intl.

**Attachment B**
**PX 1, 87**

You're Second Option: is take your Analysis and pursue your idea alone. You can do that, we can never stop you. At that point you'll have the information and professional tool you need detailed in your Product Guide.

Now, there's an advantage and disadvantage to these options.

The advantage is that if you market and license your idea on your own, you get to keep 100% of the royalties. You don't have to share any of the profits.

The disadvantage though, is that to protect and market your idea to manufacturers will cost you ALOT of money. Between hiring patent attorneys, licensing attorneys, trade show fees and traveling expenses alone, realistically , you 're looking at a $50K to $100K investment to do it properly.

Now, Your Third Option:  is to continue working with us, and take advantage of the patent and marketing services we will provide.

This is how it works: Once you receive your analysis, you decide how to proceed. We will send you the "Patent Protection Agreement", which covers all aspects of protecting your idea with a patent, as well as, information on marketing and licensing your invention to the industry. You will make the choices as to what patent you want and how much you want to invest into your patent protection.  **This will be the SECOND AND FINAL investment towards your project.**

So, based on what you decide you want, your SECOND AND FINAL investment can range from a low end of $2 up to a high end...of around $12K. You will have plenty of options.

NOW        IT'S IMPORTANT THAT YOU UNDERSTAND ONE THING.      If your SECOND AND FINAL investment become s an issue, we'll try to work it out with you. The company does not want to start working on your project ...just to watch it fall apart because of a money issue. If that happens, everybody loses and the company isn't in business to lose money.

In this industry, you have to take things one step at a time, and right now we want to concentrate on getting your Product Guide completed.

And, by the way, once we obtain your patent or patent pending status, you will able to take advantage of our affiliate marketing program, **AT NO COST**. This is done on a 100% contingency fee basis; so the company doesn't get paid until you do. I'll cover all those details when we get there.

So        I've explained everything to you ... and the paperwork is pretty straightforward. What I really need to know from you, "What is YOUR gut feeling ... about moving forward on your idea?

(Listen, overcome objections)

*What questions do you have, and how do you feel about moving forward?* ②

**Attachment B**



 ▼ LOGIN

CREATE A FREE ACCOUNT

## NEWS CENTER

Wednesday, September 30, 2015  

# The Pet of the Week Will Be The First To Get World Patent Marketing's New Pet Invention Known As Invisi-Gate

## Share Article

     



The Invisi-Gate will help pet owners keep fur babies behaved at all times!

**LOS ANGELES, CA (PRWEB) SEPTEMBER 29, 2015**

**Attachment D**
**PX 8, 830**

World Patent Marketing, a vertically integrated manufacturer and engineer of patented products, announces the Invisi-Gate, a pet invention that helps owners restrict the areas where pets can roam inside the house.



Keep your fur babies where they're supposed to be with Invisi-Gate!

"The Animal Rescue Shelters industry is worth $629 million," says Scott Cooper, CEO and Creative Director of World Patent Marketing. "Animal overpopulation is still an issue and about 3 to 4 million dogs and cats per year are killed. Despite all these, industry revenue will continue to grow, as more individuals adopt dogs and cats from shelters and bring these pets into their own homes."

"Our pets are part of our family," says Cattya Bella, Director of Product Development for World Patent Marketing Review. "Just like any member of the family, we give them the liberty to run around the house. However, these liberties also have certain restrictions like the baby's room and the bedroom. The Invisi-Gate is a pet invention that solves this problem and ensures that pets are kept away from places that need to be clean."

The Invisi-Gate is a pet invention that limits the vicinity in which a pet may visit within the comforts of the house. It makes use of a wireless alarm device. It has a tag which detects the pet's location and sensors that notifies the pet owners if their beloved companion has gone to an area where they aren't supposed to go.

"Endlessly tripping over and moving gates around to keep pets out of the way from areas they aren't wanted in will be a thing of the past," says inventor Laura L. "The Invisi-Gate is a pet invention that provides a safer and more convenient option for pets and pet owners than the traditional gates. This means that there is no need for any extensive remodelling done to the house. Pet owners also don't have to constantly move a gate from one room to another just to keep their pets away from a specific room. This reduces the risks for injury to both pet and owner as people won't suddenly trip over the sleeping pet in unforeseen places."

William Nelson, a pet owner and animal blogger from Foss, OK, has this to say about the Invisi-Gate: "This is a pet invention that helped me manage my pets in comfort. It keeps them from restricted places as well as out of harm's way. The Invisi-Gate has helped keep my dog out of the kitchen area."

The Invisi-Gate is a pet invention that will surely be of great help to every pet owner who worry about the whereabouts of their beloved cats and dogs.

ABOUT WORLD PATENT MARKETING

World Patent Marketing is an innovation incubator and manufacturer of patented products for inventors and entrepreneurs. The company is broken into eight operating divisions: Research, Patents, Prototyping, Manufacturing, Retail, Web & Apps, Social Media and Capital Ventures.

> "The Animal Rescue Shelters industry is worth $629 million. Revenue will continue to grow as more individuals adopt dogs and cats from shelters," says Scott Cooper, CEO and Creative Director of World Patent Marketing.

**Past News Releases** 

· Handy Clip, World P...
· Lottery Winners Cle...
· Smartphone and Ce...

Attachment D
PX 8, 831

World Patent Marketing Miami is by your side every step of the way, utilizing our capital and experience to protect, prepare, and manufacture your new product idea and get it out to the market.

World Patent Marketing Success is demonstrated by its A+ rating with the Better Business Bureau and its five star ratings from consumer review sites including: Consumer Affairs, Google, Trustpilot, Customer Lobby, Reseller Ratings, Yelp and My3Cents.

World Patent Marketing is also a proud member of the National Association of Manufacturers, Duns and Bradstreet, the US Chamber of Commerce, the South Florida Chamber of Commerce, the Greater Miami Chamber of Commerce, Association for Manufacturing Excellence, and the New York Inventor Exchange. Visit the worldpatentmarketing.com website. Contact us at (888) 926-8174 (US Eastern Time) or email bill@worldpatentmarketing.com.

Share article on social media or email:

    

View article via:

 PDF  PRINT

## Contact Author

**BILL FLANAGAN**

World Patent Marketing
+1 6465643919
Email >

 **@WorldPatentMKTG**
since: 01/2014
*Follow >*

 **World Patent Marketing**
since: 02/2014
*Like >*

 **World Patent Marketing**

**Follow us on**



VISIT WEBSITE 

**Attachment D**
**PX 8, 832**

prweb®

FRONT PAGE   ARTS   BUSINESS   EDUCATION   ENVIRONMENT   GOVERNMENT   INDUSTRY   LIFESTYLE   SPORTS   TECH   MORE ▼

HOME   NEWS CENTER   BLOG

LOGIN

CREATE A FREE ACCOUNT

United States ▶

Put PRWeb on your site

Email Newsletters

RSS

Monday, February 27, 2017

Licensing Deal - Jeans Patent Makes Your Butt Look Great in Jeans - World Patent Marketing China Announces Another April Manufacturing Deal for Supreme Diva Jeans

World Patent Marketing

HONG KONG, CHINA (PRWEB) APRIL 24, 2015

World Patent Marketing, a vertically integrated manufacturer and distributor of patented products, is pleased to announce that it has successfully negotiated a licensing deal for a North Carolina inventor. The manufacturer is none

The New York Inventor Exchange approves the Supreme Diva Jeans for licensing and trading intellectual property rights.

Share Article

Contact Author

BILL FLANAGAN
World Patent Marketing
+1 646-564-3919
Email >

@WorldPatentMKTG
Follow >

World Patent Marketing
since: 02/2014
Like >

Scott J. Cooper

Follow us on

VISIT WEBSITE

SUPREME

Attachment N

PX 27, 2478



**VISIT WEBSITE**

HONG KONG, CHINA (PRWEB) APRIL 24, 2015

World Patent Marketing, a vertically integrated manufacturer and distributor of patented products, is pleased to announce that it has successfully negotiated a licensing deal for a North Carolina inventor. The manufacturer is none other than World Patent Marketing China, World Patent Marketing's manufacturing division. World Patent Marketing has exclusively licensed Supreme Diva Jeans for ten years and will distribute the product worldwide.

"This is the best month we have ever had in World Patent Marketing history," said Scott J. Cooper, CEO and Creative Director of World Patent Marketing. "We can barely keep up with the volume. We are putting our profits back into the business and taking bigger risks to manufacture new and exciting products. Supreme Diva Jeans is a perfect example. The jeans market is a worldwide $64 billion market and we are pushing our way in with a hot new trend at the perfect time."

"This product will not only change the clothing industry, but make a dent in the cosmetic surgery market as well," said Cattya Bella, Director of Product Development of World Patent Marketing. "This jeans patent has the potential to transform the lives of women by giving them renewed confidence and self-esteem - without ever going through an invasive and risky procedure."

Supreme Diva Jeans is an innovative product and jeans patent that aims to enhance the woman's backside. By using the product, jeans and shorts will instantly fit better. It isn't bulky and doesn't wrinkle when worn. Aside from that, it makes the clothes feel comfortable thanks to the added padding. It is an easy to install product since it is stitched on the garment and stays firmly in place.

"People with rounder butts are deemed more appealing and this jeans patent offers that effect without resorting to any dangerous procedures" said Betty F., inventor of the Supreme Diva Jeans. "Society's perception of beauty greatly affects how women perceive themselves too. I am thankful that World Patent Marketing has made it possible for my product to be manufactured in order to help women of all shapes and sizes. I am especially thankful for CEO Scott Cooper and Cattya Bella for understanding my passion and taking a chance on me!

The idea of how a difference in detail makes your butt look great in jeans is nothing new. In fact, there has been a lot of discussion on how to achieve this look with minimal effort. Fashion experts say that a smaller sized pockets (in pants or shorts) give the illusion of a bigger, fuller behind. The appearance of a curvy and behind ranks as high as comfort when women are asked about their primary concerns when looking for a pair of jeans.

About World Patent Marketing

**World Patent Marketing** is a vertically integrated manufacturer and distributor of patented products. The company offers manufacturing, distribution, patent prosecution, IP valuation, licensing, trading, investment and other services. The company offers these products to independent inventors, law firms and venture capital-backed companies. The company is well known for evaluating the commercial potential of utility and other patents in the United States and around the world. The company directly engages in the business of retail, distribution and the retail sale of products.

This is the best month we have ever had in World Patent Marketing history," said Scott J. Cooper, CEO and Creative Director of World Patent Marketing. "We can barely keep up with the volume. We are putting our profits back into the business and...

**Past News Releases**

- Camping Can Feel Like A Home Away...
- Senators Further Prod Automakers On...
- The Trendiest Haircut for Guys...

www.prweb.com/releases/worldpatentmarketing/review/prweb12680142.htm

Attachment N

PX 27, 2479

www.prweb.com/releases/worldpatentmarketing/review/prweb12680142.htm

About World Patent Marketing

**World Patent Marketing** is a vertically integrated manufacturer and distributor of patented products. The company offers manufacturing, distribution, patent prosecution, IP valuation, licensing, trading, investment and other services. The company offers these products to independent inventors, law firms and venture capital-backed companies. The company is well known for evaluating the commercial potential of utility and other patents in the United States and around the world. The company directly engages in the business of retail, distribution and the retail sale of products.

World Patent Marketing Achievements

**World Patent Marketing** is the only patent services company in history to be awarded a five star review rating from Consumer Affairs, Google, Trustpilot, Shopper Approved, Customer Lobby and ResellerRatings.com. World Patent Marketing has received accredited status and is an A-Rated Member of the Better Business Bureau. World Patent Marketing is also a proud member of Dun and Bradstreet, the US Chamber of Commerce, the Association for Manufacturing Excellence and the International Licensing Industry Merchandisers' Association (LIMA.) World Patent Marketing Miami is also a member of the South Florida Chamber of Commerce, the Greater Miami Chamber of Commerce, and the Miami Beach Chamber of Commerce.

**The Huffington Post** reported on April 10, 2015, "Scott Cooper of World Patent Marketing says that promoting a patent requires a lot more than just a social media presence. "If you want to successfully market your idea, you have to live and breathe your invention. It basically needs to become a part of you. You should market your idea aggressively, pursuing every valuable opportunity that comes your way. In fact, promoting your invention is just as important as the actual inventing process."

**World Patent Marketing Miami, FL**

**World Patent Marketing Miami Beach, FL**

**Submit Your Idea** to World Patent Marketing

Share article on social media or email:

View article via:
🔎 PDF   🖨 PRINT

**Questions about a news article you've read?**

**Reach out to the author:** contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account or** interested in learning more about our news services?

**Call PRWeb:**1-866-640-6397

| PRWEB HOME | About Cision |
| WHY PRWEB | Contact Us |
| HOW IT WORKS | Partners |
| WHO USES IT | Subscribe to News |
| PRICING | Terms of Service |
| LEARNING | Privacy Policy |
| BLOG | Copyright |
| | Site Map |

prweb
W > News Center >

CREATE A FREE PRWEB ACCOUNT

CISION

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of

Attachment N

PX 27, 2480

World Patent Marketing is a vertically integrated manufacturer and distributor of patented products. The company offers manufacturing, distribution, patent prosecution, IP valuation, licensing, trading, investment and other services. The company offers these products to independent inventors, law firms and venture capital-backed companies. The company is well known for evaluating the commercial potential of utility and other patents in the United States and around the world. The company directly engages in the business of retail, distribution and the retail sale of products.

World Patent Marketing Achievements

World Patent Marketing is the only patent services company in history to be awarded a five star review rating from Consumer Affairs, Google, Trustpilot, Shopper Approved, Customer Lobby and ResellerRatings.com. World Patent Marketing has received accredited status and is an A-Rated Member of the Better Business Bureau. World Patent Marketing is also a proud member of Dun and Bradstreet, the US Chamber of Commerce, the Association for Manufacturing Excellence and the International Licensing Industry Merchandisers' Association (LIMA). World Patent Marketing Miami is also a member of the South Florida Chamber of Commerce, the Greater Miami Chamber of Commerce, and the Miami Beach Chamber of Commerce.

The Huffington Post reported on April 10, 2015, "Scott Cooper of World Patent Marketing says that promoting a patent requires a lot more than just a social media presence. "If you want to successfully market your idea, you have to live and breathe your invention. It basically needs to become a part of you. You should market your idea aggressively, pursuing every valuable opportunity that comes your way. In fact, promoting your invention is just as important as the actual inventing process."

World Patent Marketing Miami, FL

World Patent Marketing Miami Beach, FL

Submit Your Idea to World Patent Marketing

Share article on social media or email:

View article via:
PDF   PRINT

Questions about a news article you've read?

Reach out to the author: contact and available social following information is listed in the top-right of all news releases.

Questions about your PRWeb account or interested in learning more about our news services?

Call PRWeb:1-866-640-6397

prweb

W > News Center >

PRWEB HOME
WHY PRWEB
HOW IT WORKS
WHO USES IT
PRICING
LEARNING
BLOG

About Cision
Contact Us
Partners
Subscribe to News
Terms of Service
Privacy Policy
Copyright
Site Map

CISION

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

CREATE A FREE PRWEB ACCOUNT

Attachment N

PX 27, 2481