GENOVESE JOBLOVE & BATTISTA P.A. ATTORNEYS AT LAW

Jonathan E. Perlman, Receiver
Telephone: 1-844-879-7694
Email: info@worldpatentmarketingreceivership.com

VIA-E-MAIL

March 23, 2017

**RE:** ***Federal Trade Commission v. World Patent Marketing Inc., et al.***
**Case No. 17-cv-2048-GAYLES, United States District Court (S.D. Fla.)**

Dear Current or Former World Patent Marketing Customer:

On March 7, 2017, the United States Federal Trade Commission filed an enforcement action against World Patent Marketing, Desa Industries (the "Companies") and Scott J. Cooper. The Federal Trade Commission alleges that Mr. Cooper used the Companies to engage in fraudulent and deceptive trade practices which harm consumers.

That same day, United States District Judge Darrin P. Gayles (Southern District of Florida) entered the enclosed Temporary Restraining Order ("TRO"). The TRO appoints me, Jonathan Perlman, Receiver of World Patent Marketing and DESA Industries. My job, as Judge Gayles ordered, is to assume full control of the Companies, including their assets and operations. The TRO also requires me to conduct an investigation of the Companies' business affairs and report my findings to the Court.

Pursuant to the authority granted to me in Section XIII(D) of the TRO, I have temporarily suspended all operations of the Companies, including product marketing, product development, patent related services, coordination with and payments to patent agents and attorneys and any other services related to obtaining, maintaining and/or the issuance of any type of patent.

**IF YOU HAVE AN UPCOMING PATENT RELATED DEADLINE, YOU WILL NEED TO SEEK LEGAL ADVICE ON HOW TO PRESERVE YOUR RIGHTS. NEITHER THE RECEIVER NOR HIS COUNSEL CAN PROVIDE LEGAL ADVICE OR INFORMATION REGARDING THE STATUS OF YOUR PATENT. FURTHER, THE RECEIVER IS UNABLE TO PROCESS OR PAY REFUNDS TO CUSTOMERS OF THE COMPANIES AT THIS TIME. YOU MAY OBTAIN INFORMATION**

**REGARDING YOUR PATENT STATUS AT WWW.USPTO.GOV OR BY CONTACTING YOUR PATENT AGENT OR ATTORNEY.**

Updates on the Court case, including copies of Court pleadings and the TRO itself, can be found on the World Patent Marketing Receivership website at www.worldpatentmarketingreceivership.com. On April 6, 2017, the Court is conducting a hearing to determine whether to enter a preliminary injunction and continue the receivership. The Court's order with respect to the requested preliminary injunction will be posted on the website as soon as possible thereafter.

If you have any questions, please contact my office at the number or e-mail provided above.

Regards,

Jonathan E. Perlman, Esq.
Court Appointed Receiver
World Patent Marketing, Inc & Desa Industries, Inc.