

Jonathan E. Perlman, Receiver  
Telephone: 1-844-879-7694  
Email: info@worldpatentmarketingreceivership.com

VIA-E-MAIL

March 23, 2017

      **RE:** *Federal Trade Commission v. World Patent Marketing Inc., et al.*
            **Case No. 17-cv-2048-GAYLES, United States District Court (S.D. Fla.)**

Dear Patent Agent or Attorney:

      On March 7, 2017, the United States Federal Trade Commission filed an enforcement action against World Patent Marketing, Desa Industries (the "Companies") and Scott J. Cooper. The Federal Trade Commission alleges that Mr. Cooper used the Companies to engage in fraudulent and deceptive trade practices which harm consumers.

      That same day, United States District Judge Darrin P. Gayles (Southern District of Florida) entered the Temporary Restraining Order ("TRO"). The TRO appoints me, Jonathan Perlman, Receiver of World Patent Marketing and DESA Industries. My job, as Judge Gayles ordered, is to assume full control of the Companies, including their assets and operations. The TRO also requires me to conduct an investigation of the Companies' business affairs and report my findings to the Court.

      Pursuant to the authority granted me by Section XIII(D) of the TRO, <u>I have temporarily suspended all operations of the Companies</u>, including but not limited to product marketing, product development, patent related services, or payments to patent agents and attorneys or any other services related to obtaining, maintaining or issuing of any type of patent.

      **IF YOU HAVE CLIENTS WITH UPCOMING PATENT RELATED DEADLINES, IT IS UP TO YOU TO DETERMINE HOW BEST TO ADVISE THEM GIVEN YOUR OBLIGATIONS UNDER THE OFFICE OF ENROLLMENT AND DISCIPLINE RULES AND REGULATIONS. NEITHER THE RECEIVER NOR HIS COUNSEL CAN PROVIDE LEGAL ADVICE REGARDING YOUR CLIENTS' PATENTS. FURTHER, THE RECEIVER CANNOT AT THIS TIME PAY PATENT PROCESSING OR FILING FEES.**

2

     Updates on the Court case, including copies of Court pleadings and the TRO itself, can be found on the World Patent Marketing Receivership website at [www.worldpatentmarketingreceivership.com](www.worldpatentmarketingreceivership.com). On April 6, 2017, the Court is conducting a hearing to determine whether to enter a preliminary injunction and continue the receivership. The Court's order with respect to the requested preliminary injunction will be posted on the website as soon as possible.

     If you have any questions, please contact my office at the number or e-mail provided above.

Regards,

*[signature: Jonathan Perlman]*

Jonathan E. Perlman, Esq.
Court Appointed Receiver
World Patent Marketing, Inc & Desa Industries, Inc.