On Mar 4, 2016, at 12:39 AM, Johnny Graham <johnny@worldpatentmarketing.com> wrote:

> **"Unique Aspects of Your Invention"** as defined in the GIRA: These are components or aspects of your invention which are **unique** when **compared to prior art**. These will be used to argue approval of a patent application. Ensure that unique aspects of your invention are clearly explained in detail. It is beneficial to have as many unique aspects as possible. You may be able to improve on the similarities in the table at the top of the page and convert them into a unique aspect for your invention.
>
> **WPM Processing** (World Patent Marketing)
> Mar 2, 3:37 PM

Hello,
Please see attached information from our drafters. Please differentiate the current invention from the cited prior arts. This might require working around the citations but will be beneficial during the prosecution phase.

WPM Processing

Attachment(s)
Claim mapping_ShaVohn Curley-1.docx

📄 **Claim mapping_ShaVohn Curley-1**

In this document are the EXACT same supposedly "**Unique Aspects**" that you are now asking her to change to qualify for patent suitability which leads me to believe that these are COMPLETE FRAUD. The very items that the patent search claim are unique we are now being told are not. I'm not an attorney and this is not MY client anymore once I sell the phase 2. **Her brother Fred Mckinnon's GIRA just finished today and is wanting to pay for a utility patent but how the hell do I sell him a patent now with this??** This needs to be fixed first thing when you guys get in and I'm NOT reaching out to this client because I'm NOT an attorney who can provide legal council. This is insanity. Her message to me is quoted below. I

"Johnny,

PLEASE call me tomorrow to discuss this document with me. I want to make sure I read it correctly and make sure I'm taking the correct steps. My brother seems to get his calls returned, I'm not sure why my calls and messages haven't been returned. I don't mean to sound pushy but a little response would be nice after several attempts."

Thank you,
ShaVohn Curley

# Re: So are these patent searches complete fraud?? This needs to be FIXED NOW

email: "choffman@worldpatentmarketing.com Christie Hoffman"  
Thursday, March 3, 2016 at 9:59:50 PM Pacific Standard Time

To: email: "johnny@worldpatentmarketing.com Johnny Graham"
Cc: email: "legal@worldpatentmarketing.com Legal" , email: "katlyn@worldpatentmarketing.com Katlyn Tobias" , email: "jball@worldpatentmarketing.com Jocelyn Ball" , email: "yves@worldpatentmarketing.com Yves Cham"

What do you want fixed exactly?

Sent from my iPhone

**From:** Johnny Graham
**Date:** Friday, March 4, 2016 at 1:00 AM
**To:** Christina M Hoffman
**Subject:** Re: So are these patent searches complete fraud?? This needs to be FIXED NOW

Just call me tomorrow morning and I'll walk you through the craziness of whats going on here over the phone.
Thank you

Kind Regards,
Johnny Graham
Project Director
Tel: 646-412-5845
Fax: 888-689-2485
Skype: johnnyworldpatentmarketing1680
johnny@worldpatentmarketing.com

**email: "choffman@worldpatentmarketing.com     Friday, March 4, 2016 at 5:38:45 AM Pacific Standard Time
Christie Hoffman"**
To: email: "johnny@worldpatentmarketing.com Johnny Graham"
Cc: email: "jball@worldpatentmarketing.com Jocelyn Ball"

Johnny,
I looked in the clients GIRA and the prior art for the claims mapping is listed. In the GIRA it states the following. Based on our review if an objection of your patent application were to arise it may be overcome or avoided with more detailed novelty disclosure and patent drafting strategy.

It also states on page 12 It is highly recommended to extract out further unique and novel features of the invention to make

it superior over prior arts and authenticate its patentability.

Again on page 12 If you believe that your invention is ready for patentability we always recommend that you review

your invention, one more time before submitting your invention. First, take a look at the prior art.

Knowledge of the unique aspects in the prior inventions allows you to possibly incorporate them

into your design or simply just work around them. Brainstorm any additional functions or

components you would like to include in your invention. The more unique aspects an invention can

be considered to have, the greater the chance of patentability. Remember to try to include all these

aspects in your design before filing. Once you file your invention's application for approval, the

application cannot be changed or amended unless you repeat the application process over. Once

you have concluded that you have maximized the uniqueness of your invention in light of the prior

art concepts that I have mentioned above, let your invention consultant know you are ready to

proceed forward with the patent application.


Christie Hoffman

888-926-8174 Ext 300

choffman@worldpatentmarketing.com

**From:** Johnny Graham
**Date:** Friday, March 4, 2016 at 8:44 AM
**To:** Christina M Hoffman
**Subject:** Re: So are these patent searches complete fraud?? This needs to be FIXED NOW

That's great I read the same thing. But when you read the identical patents and their claims side by side (GIRA next to Claim Mapping) they read differently by conveniently leaving out entire sentences. Plus, why would we say her chances of approved were "Good" if we actually needed a near entire overhaul of the product? Seems sketchy that this document is sent to her after she pays for the patent....

email: "choffman@worldpatentmarketing.com Christie Hoffman"    Friday, March 4, 2016 at 5:50:55 AM Pacific Standard Time
To: email: "johnny@worldpatentmarketing.com Johnny Graham"

Johnny,
This is to prevent spending more time fighting the claims. If she maps out some unique features against the prior art listed in her GIRA as recommended she will increase her chances of obtaining the patent. 90% of these clients do not participate in writing their specs for the product they are trying to patent and then when we get an objection from the USPTO that only allows two months to respond to they complain.

Christie Hoffman

888-926-8174 Ext 300

choffman@worldpatentmarketing.com

**From:** Johnny Graham
**Date:** Friday, March 4, 2016 at 8:55 AM
**To:** Christina M Hoffman
**Subject:** Re: So are these patent searches complete fraud?? This needs to be FIXED NOW

That's all fine and dandy but when the "Key Features" are listed in the patent mapping document are listed as "unique aspects" (a novel feature) and ENTIRE sentences are conveniently removed in the previous patents it's compared to, only to be revealed AFTER she pays phase 2. That would make it completely fraudelent. No getting around this compare the previously filed patent claims side by side in her GIRA and her patent mapping and you will see what I'm talking about.

email: "choffman@worldpatentmarketing.com    Friday, March 4, 2016 at 5:58:26 AM Pacific Standard Time
Christie Hoffman"
To: email: "johnny@worldpatentmarketing.com Johnny Graham"

Phase 2 has nothing to do with the GIRA's.

You may want to speak with the GIRA team or Scott on this.

Have you even called the customer? She stated she just needs help understanding. A big complaint we get in our department is PM's totally refusing to service their clients after they paid. We can give her a call if your unable.

Christie Hoffman

888-926-8174 Ext 300

choffman@worldpatentmarketing.com

**From:** Johnny Graham
**Date:** Friday, March 4, 2016 at 9:02 AM
**To:** Christina M Hoffman
**Subject:** Re: So are these patent searches complete fraud?? This needs to be FIXED NOW

and we don't get paid to call them back and sling them bullshit when we have no info. She's literally not my client after phase 2 she's yours. You will give her a call it's the service you provide. I'M NOT an attorney or someone with i

**email: "choffman@worldpatentmarketing.com    Friday, March 4, 2016 at 6:08:19 AM Pacific Standard Time
Christie Hoffman"**
To: email: "johnny@worldpatentmarketing.com Johnny Graham"

I'm done with this conversation. Jay does it and he doesn't have clients complaining about them. So does Lionel.

Christie Hoffman

888-926-8174 Ext 300

choffman@worldpatentmarketing.com

**email: "choffman@worldpatentmarketing.com Christie Hoffman"**  Friday, March 4, 2016 at 6:09:41 AM Pacific Standard Time
To: email: "jball@worldpatentmarketing.com Jocelyn Ball"

I am so sick of these PM's

Christie Hoffman

888-926-8174 Ext 300

choffman@worldpatentmarketing.com

**From:** Johnny Graham
**Date:** Friday, March 4, 2016 at 9:02 AM
**To:** Christina M Hoffman
**Subject:** Re: So are these patent searches complete fraud?? This needs to be FIXED NOW

Yeah that complaint is your team's fault. PM's aren't paid hourly for customer care. We sell contracts to the company as third parties and it's up to you guys to service those contracts. We should never talk to the client again once the PPPC signed and the money is. Our jobs are done at that point and we don't get paid to call them back and sling them bullshit when we have no info. She's literally not my client after phase 2 she's yours. You will give her a call it's the service you provide. I'M NOT an attorney or someone with information it makes no sense for me to call her an none of you seem to understand this.

**email: "choffman@worldpatentmarketing.com**      Friday, March 4, 2016 at 6:26:30 AM Pacific Standard Time
**Christie Hoffman"**
To: email: "johnny@worldpatentmarketing.com Johnny Graham"

Nope that's not what I stated at all. In addition none of us are lawyers or paralegals and cannot give any legal advise. Just patent drafting advise.
We will call the client and when she ask why you refuse to return her calls we will figure it out like we always do.

Christie Hoffman

888-926-8174 Ext 300

choffman@worldpatentmarketing.com

**From:** Johnny Graham
**Date:** Friday, March 4, 2016 at 9:24 AM
**To:** Christina M Hoffman
**Subject:** Re: So are these patent searches complete fraud?? This needs to be FIXED NOW

So I just want to understand this clearly... your telling me you won't provide the service in the contract and and you want me to call and lie to the client about information i don't have and illegally provide them legal council through this dispute?

email: "choffman@worldpatentmarketing.com · Friday, March 4, 2016 at 12:56:57 PM Pacific Standard Time
Christie Hoffman"
To: email: "johnny@worldpatentmarketing.com Johnny Graham"

;)

Sent from my iPhone

On Mar 4, 2016, at 3:53 PM, Johnny Graham <johnny@worldpatentmarketing.com> wrote:

> Not trying to be a dick I'm sorry Christie I know it's not your fault. I'm on your team here I promise.