# PIIR & Agreements lifeline

---

**email: "robert@worldpatentmarketing.com Robert**    Thursday, January 19, 2017 at 12:49:18 PM Pacific Standard Time
**Gonzalez"**
To: email: "selzay1093@gmail.com Sam Elzay"

Hi Sam,

The Patent & Invention Intelligence Report for your "INVENTION" is complete. We received a very positive report and are excited to move forward to the next steps!

**Attached** is the **Patent and Invention Intelligence Report**, showing the complete results of the analysis.

There a few key parts to point out.

The report shows that most of the patents in this area are in the US and other countries around the world (pg. 5), primarily the US and China. Anything with a market in China usually does very well considering they 1.3 billion potential customers.

Every industry has its key players. Page 17 highlights the main companies in this category of product. This gives us all an idea as to who to sell or license the idea to. The patent valuations (pg. 31) are very high, they go from 2.5 million to 4.05 million, which is great news!

The next step is to sign off on your agreement, make the investment, and begin marketing your idea to sell or license it for royalties.

**Smart Product Building Brochure: click here**
**Smart Product Building Agreement: click here**

**Smart Product Building Payment Form: click here**


We'll talk, as planned, to go over the details.


Best,


**Robert Gonzalez**
Senior Global Project Manager
robert@worldpatentmarketing.com
888-926-8174 | Ext: 214
Direct: 646-412-5984 | Fax: 888-689-2485

World Patent Marketing
1680 Meridian Avenue, Suite 600
Miami Beach, FL 33139
https://worldpatentmarketing.com
Join The Invention Revolution





**Attachments:**

**Sam Elzay - Lifeline - 11-15-2016.pdf** 11M

# PIIR & Agreements Tank Buddies

| | |
|---|---|
| email: "robert@worldpatentmarketing.com Robert Gonzalez"<br>To: email: "srt730@hotmail.com" | Friday, March 3, 2017 at 8:26:19 AM Pacific Standard Time |

Hi Susan,

The Patent & Invention Intelligence Report for your invention is complete. We received a very positive report and are excited to move forward to the next steps!

**Attached** is the **Patent and Invention Intelligence Report**, showing the complete results of the analysis.

There a few key parts to point out.

The report shows that most of the patents in this area are in the US and other countries around the world (pg. 5), primarily the US and China. Anything with a market in China usually does very well considering they 1.3 billion potential customers.

Every industry has its key players. Page 19 highlights the main companies in this category of product. This gives us all an idea as to who to sell or license the idea to. The patent valuations (pg. 31) are very high, they go from 1.85 million to 3.55 million, which is great news!

The next step is to sign off on your agreement, make the investment, and begin marketing your idea to sell or license it for royalties.

**Smart Product Building Brochure: click here**
**Smart Product Building Agreement: click here**

**Smart Product Building Payment Form: click here**


We'll talk, as planned, to go over the details.


Best,


**Robert Gonzalez**
Senior Global Project Manager
robert@worldpatentmarketing.com
888-926-8174 | Ext: 214
Direct: 646-412-5984 | Fax: 888-689-2485

World Patent Marketing Corporate Headquarters
2940 North Lincoln Avenue, 2nd Floor
Chicago, Illinois 60657

World Patent Marketing Correspondence & Payment Center
382 North East 191st Street
PMB # 38571
Miami, Florida 33179

https://worldpatentmarketing.com
Join The Invention Revolution





---

**Attachments:**

**Susan Trinklein - Tank Buddies - 02-03-2017 (1).pdf** 5.3M

---

# PIIR & Smart Product Building GumB

**email: "robert@worldpatentmarketing.com Robert Gonzalez"**
To: email: "jmvrios@gmail.com"

Tuesday, March 7, 2017 at 4:24:30 PM Pacific Standard Time

Hi Jason,

Attached is the Patent and Invention Intelligence Report, showing that we have a very positive results to move forward.

There a few key parts to point out.

The report shows (pg. 5) that most of the patents in this area are in the US and other countries around the world, primarily the US and China. Anything with a market in China usually does very well considering they 1.3 billion potential customers.

Every industry has it's key players. Page 19 highlights the main companies in this category of product. This gives us all an idea as to who to sell or license the idea to. The patent valuations (pg. 33) are very high, they go from 1.4 million to 3.6 million, which is great news!

The next step is to sign off on your agreement and investment to being marketing your idea to sell or license it for royalties.

**Smart Product Building Brochure: click here**
**Smart Product Building Agreement: click here**

**Smart Product Building Payment Form: click here**


Kindly reach out if you have any further questions or concerns.


Best,


**Robert Gonzalez**
Senior Global Project Manager
robert@worldpatentmarketing.com
888-926-8174 | Ext: 214
Direct: 646-412-5984 | Fax: 888-689-2485

World Patent Marketing Corporate Headquarters
2940 North Lincoln Avenue, 2nd Floor
Chicago, Illinois 60657

World Patent Marketing Correspondence & Payment Center
382 North East 191st Street
PMB # 38571
Miami, Florida 33179

https://worldpatentmarketing.com
Join The Invention Revolution










---

**Attachments:**

**Jason Rios - GumB - 02-06-2017.pdf** 4.5M

---

# PIIR Results

**email: "robert@worldpatentmarketing.com Robert Gonzalez"**      **Monday, March 6, 2017 at 7:43:52 AM Pacific Standard Time**
To: email: "svelozo@worldpatentmarketing.com Sherry Velozo"

Hi ,

We have completed the Patent & Invention Intelligence Report and have a very positive report and are excited to move forward to the next steps.

Please review the attached report in PDF format.

There a few key parts I would like to point out. First, page 5 graph shows most of the patents in this area are in the US and other countries around the world (primarily the US and China). Anything we can sell in China usually does very well as they have 1.3 billion potential customers.

Page 17 highlights the main companies in this category of product, giving us an idea as to who to sell or license the idea to.

Page 29 gives us the patent valuations which are very high, they go from 1.2 million to 3.6 million, excellent news!

I will send the marketing agreement in a separate email with the next steps.

Best,

**Robert Gonzalez**
Senior Global Project Manager
robert@worldpatentmarketing.com
888-926-8174 | Ext: 214
Direct: 646-412-5984 | Fax: 888-689-2485

World Patent Marketing Corporate Headquarters
2940 North Lincoln Avenue, 2nd Floor
Chicago, Illinois 60657

World Patent Marketing Correspondence & Payment Center
382 North East 191st Street
PMB # 38571
Miami, Florida 33179

https://worldpatentmarketing.com
Join The Invention Revolution



