

1680 Meridian Ave., Suite 600, Miami Beach, FL 33139
Phone: (888) 926-8174 | Fax: (888) 689-2485
WorldPatentMarketing.com | info@worldpatentmarketing.com

# Certificate of Endorsement



## SCOTT J. COOPER
CEO & Creative Director

Scott J. Cooper is the CEO and Creative Director of World Patent Marketing's invention team. He is also the Director and Founder of The Cooper Idea Foundation, a non-profit organization dedicated to providing funding for special causes around the world.

# OUR INVENTION TEAM ADVISORY BOARD



*AMBASSADOR & LIEUTENANT GENERAL*

**DELL L. DAILEY**

Head of the US State Department's counter terrorism office from July 2007 to April 2009, after a 36 year career in the US Army.



*PROFESSOR OF INFECTIOUS DISEASES*

**AILEEN M. MARTY**

Appointed to President Barack Obama's Presidential Advisory Council on Combating Antibiotic-Resistant Bacteria (PACCARB).



*GENERAL IN ISRAEL DEFENSE FORCES*

**NITZAN NURIEL**

Honored by the US Congress for his commitment to Counter Terrorism and World Security. Director of Israeli Counter Terrorism Bureau.



*FORMER UNITED STATES ATTORNEY*

**MATTHEW G. WHITAKER**

Appointed by President George Bush. Republican Candidate for US Senate. Director of Foundation for Accountability & Civic Trust.



*MARTIAL ARTS CHAMPION*

**MOTI HORENSTEIN**

Heavyweight Champion. Special Forces Commando Unit in Israel Defense Forces. Guiness Book of World Records Holder.



*CANDIDATE FOR US CONGRESS*

**BRIAN MAST**

Special Guest of Vice President Biden to State of the Union. Gulf War Veteran. Detonation Expert. Double Amputee.



*AFRICAN PRESIDENTIAL CANDIDATE*

**PASCAL KOYAGBELE**

Central African Republic. Leader of KITE Political Party. Winner of Voice Achievers Award. Revolution of Happiness.



*DEPUTY COMMISIONER*

**RICHARD SULAKA, JR.**

Macomb County Deputy Commissioner of Public Works. Honored by City of Warren as Volunteer and Mentor of the Year.



*PROFESSOR OF PHYSICS*

**RONALD MALLETT**

Ronald Mallet is a world famous American theoretical physicist, academic, and author. Famous for work on Einstein Time Travel theories.



*DA VINCI ROBOTICS SURGEON*

**CHRISTOPHER SEAVER**

Doctor and General Surgery Faculty Preceptor at the University of Miami. General Surgeon at Holy Cross. Published in Journal of Trauma.



*FOUNDER OF OCCUPY DEMOCRATS*

**OMAR RIVERO**

Candidate for Florida House of Representatives. Editor-in-Chief Grassroots political organization with over 3.3 million followers.



*LEGENDARY ATTORNEY*

**ERIC CREIZMAN**

Founding member of Creizman LLC. Prestigious New York Attorney. Recognized by Super Lawyers five years in a row.