| Name | Date Paid | Amount | |
|---|---|---|---|
| **Moti Horenstein** | 05/04/16 | 2,500.00 | |
| | 08/04/16 | 2,500.00 | |
| | 11/4/16 | 2,500.00 | **pd 11/09/16** |
| | 02/04/17 | 2,500.00 | **paid 2/7** |
| | | | |
| **Nitzan Nuriel** | 08/25/15 | 2,500.00 | |
| | 12/07/15 | 2,500.00 | |
| | 02/25/16 | 2,500.00 | |
| | 05/27/16 | 2,500.00 | |
| | 8/27/16 | 2,500.00 | **pd 10/05/16** |
| | **11/27/16** | **2,500.00** | **Due** |
| | **2/27/17** | **2,500.00** | **Due** |
| | | | |
| **Matthew Whitaker** | 10/17/14 | 1,875.00 | |
| | 01/12/15 | 1,875.00 | |
| | 03/30/15 | 1,875.00 | |
| | 08/21/15 | 1,875.00 | |
| | 02/25/16 | 1,875.00 | |
| | **5/25/16** | **1,875.00** | **Due** |
| | **8/25/16** | **1,875.00** | **Due** |
| | **11/25/16** | **1,875.00** | **Due** |
| | **2/25/17** | **1,875.00** | **Due** |
| | | | |
| **Aileen Marty** | 9/15/15 | 5,000.00 | *Can't find any payments |
| | **3/15/16** | **5,000.00** | **Due** |
| | **9/15/16** | **5,000.00** | **Due** |
| | | | |
| **Dell Dailey** | 4/8/16 | 5,000.00 | paid on 9/7 |
| | 10/8/16 | 5,000.00 | paid 10/04 |
| | **4/17/17** | **5,000.00** | **Due** |
| | | | |
| **Ronald Mallett** | 11/09/15 | 5,000.00 | |
| | **5/9/16** | **5,000.00** | **Due** |
| | | | |
| **Al Konetzni** | 09/14/16 | 5,000.00 | pd 09/14/16 |
| | **3/15/17** | **5,000.00** | **Due** |

| | | | |
|---|---|---|---|
| **Kelsey Swanson** | **9/28/16** | **5,000.00** | pd 09/28/16 |
| | **3/28/17** | **5,000.00** | **Due** |

**\*\* BLACK IS PAID**

**\*\*RED IS UNPAID**