# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 17–cv–20848–Gayles–Otazo-Reyes

**Federal Trade Commission,**

       Plaintiff,

  v.

**World Patent Marketing, Inc.**, a Florida corporation;

**Desa Industries, Inc.**, also doing business as World Patent Marketing, a Delaware corporation; and

**Scott Cooper**, individually and as an owner and officer of World Patent Marketing, Inc. and Desa Industries, Inc.,

       Defendants.

## ADDITIONAL EXHIBITS IN SUPPORT OF A PRELIMINARY INJUNCTION

## TABLE OF EXHIBITS

| PX Number | Description | First Page | Last Page |
|---|---|---|---|
| **Filed with Reply In Support of a PI** | | | |
| 31 | Declaration of Christopher Seaver, Consumer | 3160 | 3295 |
| 32 | Declaration of William Knecht, Consumer | 3296 | 3341 |
| 33 | Declaration of Ralph Dyer, Consumer | 3342 | 3365 |
| 34 | (Second) Declaration of Betty Forsythe, Consumer | 3366 | 3373 |
| 35 | Declaration of Melvin Kiaaina, Consumer | 3374 | 3376 |
| 36 | Declaration of Ryan Masti, Consumer | 3377 | 3409 |
| 37 | Declaration of Melody Dolney, Consumer | 3410 | 3416 |
| 38 | Declaration of Matthew Svedahl, Consumer | 3417 | 3420 |
| 39 | Declaration of Edward Mathis, Consumer | 3421 | 3437 |
| 40 | Declaration of Theresa Hooper, Consumer | 3438 | 3470 |
| 41 | Declaration of Brian Mast, Congressman and WPM Board Member | 3480 | 3481 |
| 42 | (Second) Declaration of Howard Reitz, United States Patent and Trademark Office | 3482 | 3545 |
| 43 | Declaration of Former Employee No. 1, Former WPM Employee | 3546 | 3550 |
| 44 | Declaration of Former Employee No. 2, Former WPM Employee | 3551 | 3552 |
| 45 | Declaration of Marina Mikhailova, Patent Agent | 3553 | 3558 |
| 46 | Declaration of Mack Haynes, Patent Agent | 3559 | 3572 |
| 47 | Declaration of Michael Starkweather, Patent Agent | 3573 | 3581 |
| 48 | Declaration of Omar Rivero, WPM Board Member | 3582 | 3583 |
| 49 | Declaration of Gloria Contreras, Consumer | 3584 | 3656 |
| 50 | Declaration of Dell Dailey, WPM Board Member | 3657 | 3658 |

| PX Number | Description | First Page | Last Page |
|---|---|---|---|
| 51 | Declaration of Kari Mayer, Target Corporate Services, Inc. | 3659 | |
| 52 | Second Declaration of Katherine Koza, Paralegal, Federal Trade Commission | 3660 | 3679 |
| 53 | Second Declaration of Reeve Tyndall, Investigator, Federal Trade Commission | 3680 | 4752 |
| 54 | (Third) Declaration of Howard Reitz, United States Patent and Trademark Office | 4753 | 4778 |