## DECLARATION OF DR. CHRISTOPHER SEAVER
### Pursuant to 28 U.S.C. § 1746

I, Dr. Christopher Seaver, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1.      My name is Christopher Seaver. I am over twenty-one years old and live in Fort Lauderdale, Florida.

2.      A few years ago I came up with an idea for a cell phone case made out of netting with a pocket on the back for storing cards, money, or other things. I called it "Smart Net." I secured a provisional patent on my idea through a company, but I shopped my idea around to other companies, looking for help to get a non-provisional patent and to make money from it. One of the companies I came across was World Patent Marketing ("WPM"). I did my homework on WPM. I had a very difficult time finding anything negative about the Company. I also saw positive testimonials on WPM's website.

3.      Eventually I decided to pitch my idea to WPM. Lionel Simmons, a WPM representative, asked me to send in a design of my idea. He told me that WPM would do a patent search and market analysis of my idea for a few thousand dollars. He discounted that to $995 because I already had a provisional patent.

4.      A while after I paid WPM, the Company sent me a report called the "Global Invention Royalty Analysis" ("GIRA") dated April 16, 2015. A true and correct copy of my GIRA is attached to this Declaration as Attachment A. The GIRA included a "Comprehensive Patent Search Report," which rated my idea's suitability for a design patent as "good," and its suitability for a utility patent as "excellent." The GIRA also included a long section called the "Market Demographic and Psychographic Report," and a final section called the "Ivy League Research Lab Marketability Study."

5.      The front page of the Marketability Study section of the GIRA listed the following bullet points under the heading "Researchers at a Glance": "Attending Harvard / MIT; Business / Analyst Experience; Industrial Research Experience; Leadership Experience; MIT Energy Club; Harvard Graduate Student Council; Harvard Graduate Business Club; Harvard

1

PX 31, 3160

India Conference Panel." The Marketability Study included the following observations on my idea: "a <u>significant</u> market share can be gained"; "superior … noticeable improvement" over "competing and/or substitute products"; "has customer appeal"; "new product spin-offs likely"; "very large" "expected sales"; "VERY LARGE" "total market"; and "LESS THAN 6 MONTHS" "expected payback period … for a manufacturer or licensee." The Study concluded that my idea scored a 75 out of 100, on the high end of the "Probably Successful" range.

6.      Around the time I received the GIRA, Lionel put me in touch with WPM's CEO, Scott Cooper. Scott asked me to come to WPM's office in Miami Beach to meet with him. At our meeting, he told me he was very interested in my product, and he thought it was a great idea. He said he wanted to do some more homework on the product and get back to me. He also told me about inventors who had had success with WPM, including the inventor of the Safety Blade. Scott told me he had gotten that inventor a huge deal with Home Depot, and that the inventor was going to be rich because of it. Scott said: "I've made him a millionaire."

7.      When Scott got back to me, he told me that I had a really great and valuable idea, and he wanted to get utility, design, and PCT patents for it. He said that WPM had different tiers of patent packages at $35,000, $69,000, and $105,000; but that he would discount the $69,000 package to $50,000 for me. He told me that if I bought a package from WPM, I would receive 90% of future royalties on my invention, and WPM would take 10%. I paid WPM through two checks for $25,000 each, dated June 3 and 26, 2015. I also signed an agreement with the Company. Around that time, Scott gave me some paperwork to sign for my patent application. One form said that my patent agent would be Philip Virga.

8.      Scott called me back within the next few months, saying that he thought my idea was so good that he wanted to invest in it. He said he was the best marketer out there, and that we could both make money if he marketed my invention. He also told me that, since I had already "licensed" my idea to WPM, I would only get a fraction of a percent of the royalties unless I invested more money. This was completely different from the 90/10 split that WPM promised earlier. I was caught totally off guard by this. He said I should have "skin in the game."

2

9.      To discuss his investment proposal, Scott called me to a closed meeting at his office. It was just us, and he told me that I couldn't take notes or take anything out of the room. He just showed me numbers on his computer, saying that he was going to make me millions of dollars. Then he handed me a contract called an "Exclusive Patent Licensing Offer." The contract was between "WPM Licensing Partners, Inc." and "CS Elements Development, LLC." Scott had recommended I start that LLC for tax purposes.

10.     Section 4.2 of the Licensing Offer was titled "Royalty Program." It provided that:

      a)      If I paid WPM $400,000, my royalty would be 20% of net sales;

      b)      If I paid WPM $500,000, my royalty would be 25% of net sales;

      c)      If I paid WPM $600,000, my royalty would be 30% of net sales; and

      d)      If I paid WPM $700,000, my royalty would be 35% of net sales.

Scott allowed me to keep a copy of the Licensing Offer. A true and correct copy of that contract, with some of my handwritten notes on it, is attached to this Declaration as Attachment B.

11.     I didn't agree to the contract right away at the meeting in Scott's office. He called me up after the meeting and said that he was going to proceed with his investment, and I would get only a small amount of the royalties if I wasn't on board to invest too. He said: "I'm producing this with or without you." I felt really strong-armed into giving Scott more money. I thought would lose out on everything if I didn't invest. I decided to agree to the contract.

12.     I paid WPM a $30,000 deposit, and Scott made me sign a promissory note that said that I had to pay WPM $270,000 more by January 30, 2016. A true and correct copy of the promissory note, with some of my handwritten notes on it, is attached to this Declaration as Attachment C. I took out two lines of credit totaling $160,000 and sent that amount to WPM at the beginning of February 2016. At the same time, I also wrote a check for $90,000 of my own funds. I could not afford to pay WPM any more.

13.     Around this time, before I made these payments, Scott also invited me down to Miami for dinner, and he came to a party I hosted at my home. He also told me that he had guys from Saudi Arabia coming in with dozens of medical patents that he wanted me to review. He

PX 31, 3162

said he would pay me a consulting fee. He scheduled a meeting for me to meet these people, but when I called to confirm the appointment, he told me it was cancelled. I never heard anything more about these patents.

14.     After I paid WPM, things started moving very slowly. I had Scott's cell phone number and e-mail address, but when I called or e-mailed him, he often responded that he would get back to me; then he never did. Scott would also set phone meetings but then not be available at the time he set; only to call me back at crazy times like 11 pm on a Saturday.

15.     Scott did, however, ask me to provide a testimonial to say how successful my product had been. I refused to give him a testimonial because it hadn't been successful yet. Scott came back to me a couple of months later asking me to make a video promoting WPM, and suggested that the marketing department at my hospital produce it. I didn't do that either.

16.     Scott often drew up extremely complex Excel spreadsheets, but he only showed them to me on a computer screen. In one meeting, he claimed that the spreadsheets showed that if we were to sell even a small amount, I would make $1.4 million. He said that was probably a conservative estimate because he was the master of marketing, and he would bring in many customers. I often asked Scott for written statements of the financial projections he was giving me. He told me many times that he would send me the documents he showed me, but he never actually shared anything in print; he only told me numbers over the phone or in person.

17.     At one point Scott told me that WPM had decided not to pursue my exact invention anymore. He said that WPM was working on a new line of cell phone cases called Janus Case. Scott said that my idea wasn't good, that Janus Case was better, and that WPM might come back to my idea if Janus Case did well. This was completely different from what he originally told me about my invention; when I first described it to him, he thought it was great.

18.     After WPM replaced my invention with Janus Case, I suggested a "case of the month club"—like Columbia House records subscriptions but for cell phone cases. Scott replied that he liked the idea because it would lock customers in for months. He also said that he wanted

4

to patent that business model instead of the phone case itself, which he said was already taken care of. Scott never gave me a copy of any patent applications filed on my behalf.

19.     Later, Scott told me that WPM had changed graphic designers for the Janus Case, and that he loved the new art so much, and the designs were so good, that we didn't need the subscription club to sell them anymore. Scott told me that the club wasn't a good idea anymore. Instead, he said that because people love to collect things, people would make collections of Janus Cases. He said that collectible cases would also sell better than my original idea for a phone case with a picket. All of this was the opposite of the things he had told me earlier—the things that convinced me to invest in WPM in the first place.

20.     Scott told me that WPM had two factories in China and one in California to meet extra demand for Janus Cases. He told me that the price per unit would be $3.95, plus a molding fee of about $400 to start the process. Later Scott said that the only factory producing Janus Cases was in the United States, which was different from what he originally told me.

21.     Scott told me about a litany of things WPM was going to do to market the Janus Case, including making a commercial. At one point Scott showed me a "commercial" made up of clips from the internet. He said it would be on TV, but he never answered by repeated inquiries about when it would air. He later told me that he hadn't gotten around to it yet, and also that it was too expensive. Scott also said that WPM would promote Janus Cases on social media. I did find a Facebook page for Janus Cases that had only forty-two likes. I also found an Instagram page for Janus Case, and WPM made a website for Janus Case.

22.     Scott told me that Janus Cases would be available for sale on Amazon.com, but as far as I know, none have ever been sold there. In fact, I only know of one sale of a Janus Case ever, which Scott told me about on March 5, 2017. Scott showed me that the sale was to someone in Texas, and it was only a sale of an individual case; not a subscription plan.

23.     Scott told me that it was easy to burn through money doing marketing, and that he didn't want to waste money on it. He said he did studies and made metrics to find out who to market to, but that that analysis took time. To me, it seemed like this went on forever without any

PX 31, 3164

results. I also kept asking Scott for details about how he was marketing Janus Cases, but he didn't provide any more information.

24.     Scott sent me some sample Janus Cases—about twenty to twenty-five iPhone cases. They had nothing to do with my original invention idea for a pocketed cell phone case. I felt that Scott had cut me out of my own invention to go on a tangent of his own, after I had paid him hundreds of thousands of dollars. At that point I had to go along with it to see if worked and made my money back.

25.     At another point, Scott asked me if I wanted to be on WPM's "Advisory Board." Scott said he would ask me to do consulting work as a Board member, like reviewing medical patents and giving feedback to him about whether they were worth investing in. But Scott never actually asked me to consult on anything. WPM just put my name and picture up on its website as an Advisory Board member.

26.     I continued to push Scott over the months for information on the manufacturing, marketing, and sale of Janus Cases. There were times when he didn't return calls or e-mails for weeks or months on end. It seemed like things took way too long and there weren't any sales. Scott would only respond when I insisted that he get back to me, and he just kept making excuses about why Janus Cases were not selling. A true and correct copy of some of my e-mail correspondence with Scott between August 2016 and March 2017, some of it with my hand-written notes on it, is attached to this Declaration as Attachment D.

27.     After sending one e-mail confronting Scott about how I had put all this money into WPM and gotten nothing in return, and accusing WPM of being a scam, Scott called me up and said that I had made him and his wife feel bad. He said they had been working hard on marketing metrics, and that I should chill out and hang on, because he knew what he was doing.

28.     During the time that I worked with WPM, I met with Scott Cooper at his office six to ten times. Scott always had a bodyguard with him. To get to Scott's office I would go through a reception area and then through a locked door that opened up to several different areas of offices. Once he pointed out "legal" and "marketers," who worked in workstations. Once he

PX 31, 3165

told me that WPM was renovating two lower floors in the building before moving into them. When I met with Scott in his office, it was usually just Scott and I, maybe with one other person, and with the door locked. Jerry Shapiro came to one meeting, and at one meeting I met Scott's new wife, Esti Prager, who was COO of the Company. Scott often told me that I couldn't talk to others about our conversations.

29.     Scott also talked about himself. Once he told me that he had recently bought a new home on Pine Tree Drive in Miami Beach, which is a street of all million-dollar mansions.

30.     On or about March 1, 2017, I received a letter from Phil Virga informing me that he no longer worked with WPM, and attaching an Office Action from the United States Patent and Trademark Office. The USPTO papers informed me that the design patent application for my original invention idea had been rejected. I talked to Phil, who said that my other patent applications had never been filed, as far as he knew.

31.     After all this, I have no patents or anything else from WPM. I have not made any money from my involvement with WPM. This has caused financial hardship for me because I've paid my life savings to WPM based on Scott telling me that he was the best marketer in the business and that no one else could do a better job; but I've gotten nothing in return. The singular reason I invested in WPM was to advance my pocketed case design, and because I believed WPM's and Scott's feedback on that idea. But just weeks in to working on that design, Scott told me that WPM wasn't working on my idea anymore, and that selling his collectible Janus Cases was better. That didn't work either. WPM has completely failed to live up to its promises to me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___3/30___, 2017                    _____  SEAVER
Fort Lauderdale, Florida                                      Christopher Seaver

7

PX 31, 3166



CS-0183

Attachment A
PX 31, 3167

## SmartNet

*Prepared Exclusively for*

# Christopher Seaver

*Fort Lauderdale, Florida*

*On*

April 16, 2015

CS-0184

Attachment A
**PX 31, 3168**

Table of Contents

I        Preliminary Patent Drawing.................................................................................................. 2

II       Patent Search & Opinion...................................................................................................... 4

III      Market Demographics............................................................................................................ 15

IV       Ivy League Research Lab........................................................................................................ 62

**Attachment A**
**PX 31, 3169**

# WORLD
## Patent Marketing

# PRELIMINARY
# PATENT
# DRAWING



$\sqrt{Rz20}$

30

M42x1.5

75

$\sqrt{R240}$

30

45

51

170

130

M6x10-1x45°

CS-0186

Attachment A
PX 31, 3170



FRONT

BACK

ALTERNATE DESIGN
(FRONT)

FOR TABLET (BACK)



## Comprehensive Patent Search Report

CS-0188

Attachment A
**PX 31, 3172**

## ABOUT THE PATENT SEARCH REPORT

A patent search report uncovers inventions similar to yours. Each similar invention found is called a "prior art" and are all inventions disclosed before yours. To be granted a patent by the US Patent & Trademark Office (USPTO), Patent Office examiners must determine that your invention meets the three patenting criteria of being *novel, non-obvious, and useful* when compared to prior art.

Having a patent search report provides you with valuable information. The report will show you prior art that may be used by the USPTO when examining your invention. Using this information, you can make a preliminary assessment towards whether or not the USPTO will consider your invention novel, non-obvious, and useful. You can then decide if you wish to continue to file a patent application. In addition, you can make changes or additions to your invention in order to make it more unique, before submitting a patent application.

## SEARCH OVERVIEW

| | |
|---|---|
| **Inventor Name:** | Christopher Seaver |
| **Invention Title:** | SmartNet |
| **Search Type:** | Comprehensive |
| **Fields of Search:** | US patents & published patents pending<br>European patents & published patents pending<br>International patents within last 30 years |

**Disclaimer:** This patent search report represents the best efforts of a professional patent searcher to find relevant prior art. There is no guarantee that all relevant prior art has been identified or that all prior art which may be cited by a US Patent Office patent examiner has been listed. Whether an invention is patentable is a subjective determination based on whether a patent examiner believes the invention is novel and nonobvious when compared to relevant prior art. What is relevant prior art is subjective, therefore it is entirely possible for a patent application to be rejected based on prior art not listed in this patent search report. The opinions in this patent search report is the searcher's professional interpretation for information purposes only and do not guarantee that an invention can or cannot be patented, nor does it constitute legal advice. The ultimate determination of patentability is made by the US Patent & Trademark Office.

5

CS-0189

## PRIOR ART

*Prior art which is relevant to your invention is listed in the table below. For each prior art, a rank number is assigned which represents how important the particular prior art is to your invention. A smaller rank number represents a prior art that is more relevant than a prior art with a larger rank number. Full copies of the prior art listed are in the Prior Art Portfolio, a separate file or document.*

*When browsing through the prior art, it will be beneficial to write down how your invention is different and how it may overcome the prior art's shortcomings. Including this information will benefit your patent application.*

| Rank | Document Number | Invention Title / Similarities Noted & Comments |
|---|---|---|
| 1. | US 20120021810 A1 | **Cell phone cover with pocket**<br><br>A cell phone case with slit includes a cell phone cover. The cover comprises a vertical slit, an anterior end and a posterior end. In some preferred embodiments the cell phone cover may be made from neoprene, leather, canvas, or other materials.<br><br>The scope of above prior art invention is same as the current invention, as the prior art cell phone cover is provided with a pocket to carry cards and related articles. |
| 2. | US 20140235303 A1 | **Protective carrying apparatus for a cellular phone and essential personal items**<br><br>A protective carrying apparatus is designed to protect a cellular phone from any physical damage and to hold essential personal items such as coin or paper currency, credit or debit cards, and identification cards. The apparatus is configured to resemble a handbag or purse. The apparatus includes a formfitting phone case, a wallet, a handle, and a mirror. The formfitting phone case is used to enclose the cellular phone and has holes that allow a user to access the cellular phone's controls. The wallet is integrated onto one side of the formfitting phone case and is used to store the user's essential personal items. The mirror is mounted within the wallet but is readily available to the user. The handle is connected adjacent to the formfitting phone case so that the user can carry the apparatus and can properly orient the apparatus while operating the cellular phone.<br><br>The scope of above prior art invention is same as the current invention, as the prior art cell phone cover is provided with a pocket to carry cards and other essential personal items. |
| 3. | US 8504127 B2 | **Pocket case for mobile communications devices combined with carrying compartment for credit card sized items**<br><br>A form-fitting case is comprised of two major components: 1) a structure for carrying mobile communications devices, and 2) a pocket for carrying of credit card sized devices. The pocket may be fabricated of fabric or leather. The pocket and structure are adhered permanently to create a single carrying case for both mobile communications devices such as cell phones and for items such as credit cards or paper money.<br><br>The scope of above prior art invention is same as the current invention, as the prior art cell phone cover is provided with a pocket to carry credit cards, paper money, and other like things. |

CS-0190

**Attachment A**
**PX 31, 3174**

| 4. | US 20110284407 A1 | **Cellular phone case and storage accessory** |
|---|---|---|
| | | A cellular phone case accessory device is disclosed. The case is attached to a cell phone and includes an upper section and a lower section sized to correspond with a cellular phone and to receive the phone in one of the sections. The upper section and lower section are attached by a hinge that enables pivotal movement of the upper and lower sections with respect to each other. Situated within the space defined between the upper and lower sections is a pocket or storage compartment where credit cards, cash, ID and other items may be stored safely. A mirror is also disposed between the upper and lower sections and usable when the upper and lower sections are pivotally disposed in an open position. |
| | | The scope of above prior art invention is same as the current invention, as the prior art cell phone cover is provided with a pocket or compartment to currency, business cards, credit cards, driver's license and any other like items. |
| 5. | US 20140066142 A1 | **Electronic Device Protective Case and Article Carrying Pouch** |
| | | An electronic device protective case and article storage device is provided. The device comprises a case having a front portion and a rear portion adapted to surround an electronic device and protect its structure from scratches and impacts. The front portion supports the electronic device and provides access to the device display screen, while the rear portion is snap-connected to the front portion and optionally hinged therefrom. The rear portion covers the rear of the electronic device and further supports an externally-mounted or internally-mounted pouch. The pouch comprises an expandable compartment for supporting identification, credit cards, cash, and other personal items. The front portion engages the electronic device and is adapted to remain connected with the electronic device when the rear portion is disengaged from accessing the pouch. In this way, the present invention provides a protective device and a convenient storage location for common articles required when traveling. |
| | | The scope of above prior art invention is same as the current invention, as the prior art cell phone cover is provided with a pouch for storage of credit cards, identification cards, and cash therein. |

CS-0191

## UNIQUE ASPECTS OF YOUR INVENTION

*These are components or aspects of your invention which are unique when compared to the prior art. These will be used to argue approval of a patent application. Ensure that unique aspects of your invention are clearly explained in detail. It is beneficial to have as many unique aspects as possible. You may be able to improve on the similarities in the table at the top of the page and convert them into a unique aspect for your invention.*

- Bungee netting or rubberized elastic material
- Zipper/button/velcro protected opening on the back side
- Light weight
- Aesthetic appearance
- Durable and Convenient to use

## UTILITY/ DESIGN SUITABILITY

*Utility patents and design patents work in parallel with each other. <u>One is not a replacement for the other.</u> Utility patent protects functionality whereas design patent protects only the exterior shape of a product. For example, Apple has utility patents to protect the iPhone's function but also has design patents to protect the iPhone's exterior body shape.*

*Below is whether your invention is suitable for utility patent and design patent. If suitable for both, you can decide to file both to protect the function (utility) and exterior shape (design).*

| SUITABLE FOR UTILITY PATENT | SUITABLE FOR DESIGN PATENT |
|---|---|
| *Protects the functionality, components, and how it works.* | *Protects the exterior shape Does not protect functionality.* |
| GOOD | EXCELLENT |

CS-0192

## CHANCES OF APPROVAL FOR UTILITY PATENT

*Our opinion as to the likelihood your invention will pass each of the three patentability criteria if submitted to the US Patent Office as a non-provisional utility patent application.*

| NOVEL | NON-OBVIOUS | USEFUL |
|-------|-------------|--------|
| GOOD | FAIR | GOOD |

### OVERALL CHANCE OF UTILITY APPROVAL : GOOD

Based on our review if an objection of your patent application were to arise it may be overcome or avoided with more detailed novelty disclosure and patent drafting strategy.

## CHANCES OF APPROVAL FOR DESIGN PATENT

*Based on the patent search and our professional experience, below is the likelihood your invention will pass each of the three patentability criteria if submitted to the US Patent Office as a design patent application.*

| NOVEL | NON-OBVIOUS | USEFUL |
|-------|-------------|--------|
| GOOD | EXCELLENT | EXCELLENT |

### OVERALL CHANCE OF DESIGN APPROVAL : EXCELLENT

**9**

**Attachment A**
**PX 31, 3177**

## ANALYSIS & RECOMMENDATIONS

*Our analysis as to the patentability of your invention along with any recommendations to increase the chances of patent application approval.*

Based on the patent search, we are able to learn valuable information regarding the patentability of your invention along with possible strategies to increase the chances of eventual patent success. During our search we have found various inventions related to **"SmartNet"** that you have presented to us.

Conceptually, similar to your invention is the Patent No **US 20120021810 A1, "Cell phone cover with pocket"** where an article for protecting cell phones and carrying cards is disclosed. The invention concerns to an article of manufacture which can act as a carrying card holder while doubling as a cell phone cover. This is accomplished by creating a vertical or horizontal slit within the cell phone case or cover.

Unlike the above mentioned prior art, the current invention securely carries the personal essential items like money, credit cards and other ID cards, keys, lipstick, gums and many more. It can be used on cell phone, tablets with or without case.

Another prior art Patent No **US 20140235303 A1, "Protective carrying apparatus for a cellular phone and essential personal items"** where the present invention pertains to combination cell phone and card holding case which combines the functionality of both a cell phone case and a card holding case into one apparatus which has a physical appearance that is similar to a small handbag known as a purse.

Unlike the above mentioned prior art, the current invention is a bungee rubberized net that attaches to the back of any cell phone to place personal essential items into. A zipper/button/velcro protected opening is provided to securely carry the items.

Further prior art Patent No **US 8504127 B2, "Pocket case for mobile communications devices combined with carrying compartment for credit card sized items"** where the invention relates to a pocket case for a mobile communications device. The case comprises a protective cover for holding the mobile communications device and a pocket for holding one or more credit card sized items.

Unlike the above mentioned prior art, the current invention is a stretchable rubberized net case, able to carry cards, currency and various other essential items. It has an aesthetic design which provides an elegant look to the mobile phone.

Another prior art Patent No **US 20110284407 A1, "Cellular phone case and storage accessory"** where the present invention relates to a protective covering of the cell phone along with an attached hinged compartment specifically designed to act as a wallet/ID holder.

Unlike the above mentioned prior art, the current invention is a bungee netting or rubberized elastic material, stretchable enough to fit into the phone's shape and carry the various essential items at the back panel of the cell phone.

CS-0194

**Attachment A**
**PX 31, 3178**

Further prior art Patent No **US 20140066142 A1, "Electronic device protective case and article carrying pouch"** where the invention pertains to a new and novel cellular phone case having an integrated pouch for storage of credit cards, identification cards, and cash therein.

Unlike the above mentioned prior art, the current invention provides a net cover to hold or carry additional items together with the mobile phones. The cover is provided with a zipper/button/velcro opening to securely carry these items.

The patent office looks to three criteria while judging an invention's application for approval: novelty, non-obviousness and utility. The usefulness of your invention is clearly to provide a case for carrying various personal essential items together with the cell phone.

The novelty of the invention is provided by the bungee rubberized net that attaches to the back of the cell phone.  A zipper/button/velcro protected opening is provided to securely carry the items.

These unique features in combination may make it non-obvious for a person skilled in the art to derive upon the current invention.

It is highly recommended to extract out further unique and novel features of the invention to make it superior over prior arts and authenticate its patentability.

If you believe that your invention is ready for patentability we always recommend that you review your invention one more time before submitting your invention. First, take a look at the prior art. Knowledge of the unique aspects in the prior inventions allows you to possible incorporate them into your design or simply just work around them. Brainstorm any additional functions or components you would like to include in your invention. The more unique aspects an invention can be considered to have, the greater the chance of patentability. Remember to try to include all these aspects in your design before filing. Once you file your invention's application for approval, the application cannot be changed or amended unless you repeat the application process over. Once you have concluded that you have maximized the uniqueness of your invention in light of the prior art concepts that I have mentioned above, let your invention consultant know you are ready to proceed forward with the patent application.

## PRIOR ART FIGURES FOR PATENTABILITY REPORT



**FIG: 1**
**US 20120021810 A1**



**FIG: 1**
**US 20140235303 A1**

CS-0196



**FIG: 1**
**US 8504127 B2**



**FIG: 1**
**US 20110284407 A1**

CS-0197

13
Attachment A
PX 31, 3181



**FIG: 1**
**US 20140066142 A1**

CS-0198

**Attachment A**
**PX 31, 3182**



# MARKET DEMOGRAPHIC PSYCHOGRAPHIC REPORT

CS-0199

**INDUSTRY PROFILE**

Plastic & Rubber Product Manufacturing
3.2.2015
NAICS CODES: 326
SIC CODES: 2673, 3011, 3021, 3052, 3053, 3061, 3069, 3081, 3082, 3083, 3084, 3085, 3088, 3089

## Industry Overview

Companies in this industry manufacture plastic bags and bottles, plastic film and sheets, plastic pipe and foams, rubber hoses, and tires. Major companies include US-based Berry Plastics, Cooper Tire & Rubber, Goodyear, and Newell Rubbermaid, as well as Amcor (Australia), Bridgestone (Japan), Michelin (France), Pirelli (Italy), and Reynolds Group Holdings (New Zealand).

Top global suppliers of plastic and rubber products include China, Germany, and the US. Producers are targeting countries such as India, China, and Brazil for growth.

The US plastic and rubber product manufacturing industry includes about 10,000 companies with combined annual revenue of about $230 billion.

Tire manufacturers, which are included in the industry, are covered in a separate profile.

## Competitive Landscape

Because plastic products are widely used in industry and as consumer products, demand depends on the overall health of the economy. The profitability of individual companies depends on **product mix** and **production efficiency.** Large companies have economies of scale in buying raw materials and in manufacturing commodity products such as bottles and plastic film. Small companies can compete effectively by specializing.

The US plastic and rubber product manufacturing industry overall is **fragmented**: the 50 largest companies account for about one-third of sales. However, the industry has hundreds of niches, determined by material type, manufacturing process, and end-use, some of which are dominated by a few producers.

## Products, Operations & Technology

Major products include plastic bags and bottles, plastic film and sheets, plastic pipe and foams, rubber hoses, and tires. **Plastic products** account for about 80 percent of industry revenue.
**Product Segmentation by Revenue - Census Bureau**

CS-0200

Attachment A
**PX 31, 3184**



Plastics and rubber have a wide range of physical properties, making them suitable for different uses. Most producers specialize in a few product lines, as the equipment and tooling needed to manufacture to customer specifications can be expensive. The typical manufacturer has a single plant and fewer than 100 employees.

**Injection and compression molding** are the principal methods of plastic processing. In injection molding, plastic material is put into a hopper that feeds into a heated injection unit. The heat softens the plastic into a fluid, which is injected into a cold mold. The plastic cools and hardens, then is ejected. Timing is essential to ensure that the plastic is in the correct state for softening and hardening. Compression molding uses plastic molding powder squeezed into a mold shape through force; pressure, heat, and timing are key. Another process method, **reaction injection molding**, uses liquids that chemically react to turn into plastic inside the mold. Because this method requires little heating, it uses considerably less energy. Process methods and equipment are chosen to suit the type of product made, such as the **blow molding** process, which adds compressed air to form hollow articles like bottles.

Raw **plastic** materials include vinyl; acrylics; polyvinyl chloride (PVC); polystyrene; polypropylene (PP); high-density polyethylene (HDPE); polyethylene terephthalate (PET); polycarbonate; epoxies; urethanes; and dozens of other plastics. Raw materials are the **major manufacturing expense**, often equal to 50 percent of revenue. These plastics may be bought from suppliers or made from polymer resins bought from large chemical producers such as Dow, DuPont, and Exxon Mobil, which typically synthesize them from oil or natural gas. The type of resin used depends on the end-use. Acetal, for example, is used in auto parts, and polyethylene is used in toys. Prices for resins are tied to **crude oil prices**. Some plastics, such as PET, often used for bottles and sheets, can be recycled.

Most **rubber** is synthetic, produced in manufacturing plants that synthesize it from petroleum and other minerals. Natural rubber is made from the sap of cultivated trees in Asia and Africa. Whether natural or synthetic, rubber in its native form is useless until chemicals are added to make it soft, resilient, or hard. The different types of synthetic rubbers include styrene butadiene (SBR); polybutadiene (BR); ethylene propylene rubber (EPR); acrylonitrile butadiene rubber (NBR); polychloropene (CR); butyl (IIR); and specialty elastomers.

CS-0201

**Attachment A**
**PX 31, 3185**

**Technology**

Some plastics makers use **information management tools** that link manufacturing operations to customers. These systems improve customer service by ensuring timely product distribution while reducing supply chain costs and improving productivity. Some companies may also use CAD systems to design products, or use 3D simulation software for computer modeling of various products or manufacturing processes.

An emerging technology called additive manufacturing, or **3D printing**, is also changing the way manufacturing companies develop new products. 3D printers create objects by adding successive layers of material (typically plastic or metal), and allow product manufacturers to perform rapid, in-house prototyping. The technology may eventually advance into producing finished products on a large scale. Advantages over traditional manufacturing methods include decreased capital spending on tooling and machinery, as well as reduced waste, since only the amount of material needed to make the product is used. Additive manufacturing could also lessen the need for large inventories, since products can be produced on a just-in-time basis. Global demand for 3D printers, materials, and software is forecast to rise more than 20 percent per year through 2017, reaching a value of $5 billion, according to the Freedonia Group.

## Sales & Marketing

Plastic and rubber products are used in packaging (bottles and wrapping); construction (pipes and insulation); and consumer products (plastic containers). Customers also include OEMs such as companies that make motor vehicles, motor vehicle parts (tires, hoses, and plastic and rubber automotive components), aircraft, electronics, and medical devices. **Consumer-oriented** plastic and rubber products are typically sold to distributors or retailers.

Except for commodity products that are sold based on lowest price, manufacturers typically sell their ability to make a product according to the customer's specifications, with price a secondary consideration. Sales are handled by an in-house sales force with technical knowledge and by manufacturers' representatives. Companies may advertise in trade magazines and at trade shows. Manufacturing plants for bulky products, such as bottles, are often located close to customers because of high shipping costs. Consumer products are advertised using television, radio, print media, and the Internet.

## Finance & Regulation

Cash flow for small companies may be uneven because they can handle only one or a few contracts at a time. Large companies may hedge against increased material costs by investing in financial futures. Due to shortened product life cycles for many products, companies often have to invest in advanced design capabilities and increasingly sophisticated machinery. Capital investments in machinery and equipment are typically 3 to 5 percent of sales. The industry is **capital-intensive**: average annual revenue per employee is about $340,000.

The industry's **working capital** turnover ratio is about 20 percent. Raw materials costs can fluctuate with energy prices and typically represent about 50 percent of annual sales. Inventories represent about 10 percent of sales, and are most highly concentrated in raw materials and finished products. Manufacturers of certain products, such as vinyl products used in construction and plastic consumer products, may experience some seasonality and build inventories ahead of demand peaks. Accounts receivable average about 50 days' sales.

**Attachment A**
**PX 31, 3186**

Because of the chemicals added to some plastics, manufacturers may have problems with **air pollution** and **ground contamination.** Fumes may also be released in the workplace during manufacturing. The EPA's National Emission Standards for Hazardous Pollutants (NESHAP) has rules and guidelines for the manufacture of polymers and resins, cellulose, amino and phenolic resins, and plastic composites. OSHA has specific regulations to **protect workers** from potentially hazardous chemicals used in plastics manufacturing including acrylonitrile, methylene chloride, and butadiene, as well as flammable and combustible liquids.

### International Insights

**Leading companies** based outside the US include Amcor (Australia), Bridgestone (Japan), Michelin (France), and Pirelli (Italy).

Top global suppliers of plastic and rubber products include China, Germany, and the US. Producers are targeting countries with large, emerging economies such as **India, China,** and **Brazil** for growth. Burgeoning middle classes in these countries are spurring growth in industries such as automobiles and airlines, which are major end markets for both plastic and rubber parts.

While **emerging markets** provide manufacturers with growth opportunities, producers are facing growing concerns from consumers in **mature markets** about health and pollution problems associated with plastic and rubber products. Manufacturers operating internationally must navigate constantly changing health and safety standards that vary greatly from market to market.

**Change in Dollar Value of US Trade - US International Trade Commission**
Imports of plastic and rubber products to the US come primarily from China, Canada, Mexico, Japan, and Korea. Major export markets for US plastic and rubber products include Canada, Mexico, China, Australia, and Japan.

**326 PLASTICS AND RUBBER PRODUCTS**



### Regional Highlights

US plastic product manufacturers are often located close to the sources of raw materials or close to concentrations of **industrial customers.** Leading states for plastic and rubber products manufacturing include Ohio, Illinois, California, Texas, Pennsylvania, and Michigan. Based on number of establishments, top

metropolitan areas for the industry are Los Angeles; New York; Chicago; Dallas; Detroit; Riverside, California; Minneapolis; and Philadelphia.

### Human Resources

Jobs in plastics manufacture involve feeding and tending machinery that usually works in batches. Much of the work requires only modest skills, and average hourly industry wages are accordingly moderately lower than the national average. The industry injury rate is about 30 percent higher than the US average.

**Industry Employment Growth**
**Bureau of Labor Statistics**



**Average Hourly Earnings & Annual Wage Increase**
**Bureau of Labor Statistics**



### Industry Growth Rating



Demand: Used widely in industry and consumer products
Need good product mix and manufacturing efficiency
Risk: Volatile raw materials costs and environmental concerns

## Quarterly Industry Update
### 3.2.2015

**Challenge: Recycled PET Demand Outpacing Supply** - US demand for clean, recycled polyethylene terephthalate (PET) plastic is surpassing supply, according to the National Association for PET Container Resources. While recycling rates for PET plastic continue to climb, the rate of usable PET per bale of recycled plastic is in decline. Single-stream recycling efforts lead to a higher rate of contamination per bale, and PET packaging designs such as shrink or barrier labels can make packaging more difficult to recycle. The trend of lightweight packaging has also resulted in the need to sort and process a higher volume of material to produce a pound of usable recycled PET flake. Supplies of recycled PET have also tightened amid rising demand from US consumers, as well as from exports markets.

**Industry Impact** - Plastic container manufacturers that use recycled PET as a feedstock may alter packaging design to make products easier to sort and recycle. PET container companies that also operate plastics recycling processing plants may invest in more sophisticated sorting machinery to increase recycled PET recovery rates.

### 11.24.2014
**Opportunity: US Shale Boom Could Benefit Plastics Industry** - US plastics manufacturers stand to benefit from the US boom in natural gas shale plays, according to Trib Total Media. US production of ethane, a natural gas liquid, has increased significantly from shale plays including the Marcellus, Utica, and Bakken shale formations. In processing plants called ethane crackers, ethane is produced from natural gas. Ethane is then used to produce ethylene, the key ingredient in polyethylene plastic. Royal Dutch Shell is reported to be considering the construction of a new ethane cracker in Beaver County, Pennsylvania, to process natural gas from the Marcellus Shale. The US division of Brazilian petrochemical firm Braskem is proposing construction of an ethane cracker in West Virginia.

**Industry Impact** - US polyethylene plastics producers may enjoy lower raw materials costs and more stable supply chains if the rise in domestic natural gas production leads to construction of more ethane crackers.

### 9.1.2014
**Opportunity: Chinese Rubber Product Demand to Rise** - China's demand for rubber products is expected to increase nearly 9 percent per year and reach a value of more than $120 billion by 2017, according to a new report by the Freedonia Group. Growing demand from China's motor vehicle and industrial machinery

21
**Attachment A**
**PX 31, 3189**

industries are expected to be the chief drivers of the uptick in rubber products consumption. Tires are the largest product segment and demand is expected to shift toward higher-value tire products including radial tires, run-flat technology, and ultra-high performance tires. Industrial rubber products used in machinery are expected to see annual gains of more than 9 percent amid robust demand for construction machinery, mining equipment, machinery used in the chemical and petroleum industries, and metalworking machinery. Rubber used in aerospace applications is also forecast to see strong demand through 2017.

**Industry Impact** - Makers of industrial rubber products used in the automotive, industrial machinery, and aerospace industries may pursue opportunities in China by establishing sales offices there or by investing in manufacturing operations.

## 6.9.2014

**Opportunity: Goodyear Bets on Growth in the Americas** - Goodyear Tire & Rubber's decision to invest $500 million to build a new plant to serve North American and Latin American customers reflects continuing demand for new vehicles. Though the plant's location has not been determined yet, the company indicated in May 2014 that the plant will make consumer and OEM tires. Initial annual capacity is set at 6 million tires, with the ability to expand as demand increases. Production is expected to begin in the first half of 2017. Increasing cash flow from operations enabled Goodyear's investment, which is designed to take advantage of growing auto sales. It will be the company's first new plant in the region since 1990, according to *The Wall Street Journal*. Other tire companies planning manufacturing expansions in North America include Bridgestone, Continental, Hankook, and Toyo Tire.

**Industry Impact** - Goodyear's new manufacturing plant will help the tire maker compete in the Americas, but expansion in the region could create pricing pressure if auto sales fail to maintain their current growth rate.

## Industry Indicators

US nondurable goods manufacturers' shipments of plastics and rubber products, an indicator of plastic and rubber products production, fell 1.2 percent year-to-date in January 2015 compared to the same period in 2014.

The spot price of crude oil, a key raw material in plastic and rubber manufacturing, fell 52.1 percent in the week ending March 13, 2015, compared to the same week in 2014.

## Industry Forecast

Revenue (in current dollars) for US plastic and rubber products manufacturing is forecast to grow at an annual compounded rate of 5 percent between 2015 and 2019, based on changes in physical volume and unit prices. Data Published: February 2015

22
**Attachment A**
**PX 31, 3190**



First Research forecasts are based on INFORUM forecasts that are licensed from the Interindustry Economic Research Fund, Inc. (IERF) in College Park, MD. INFORUM's "interindustry-macro" approach to modeling the economy captures the links between industries and the aggregate economy. Forecast FAQs

### Companies

| Company | Country | Sales |
|---|---|---|
| AMCOR LTD | Australia | $10,217.39M |
| BURELLE | France | $7,057.39M |
| REYNOLDS GROUP HOLDINGS LIMITED | New Zealand | $5,207.17M |
| BERRY PLASTICS GROUP, INC. | United States | $4,958.00M |
| SUMITOMO RIKO COMPANY LIMITED | Japan | $3,582.05M |
| Trelleborg AB | Sweden | $3,313.28M |
| SRI TRANG AGRO-INDUSTRY PUBLIC COMPANY LIMITED | Thailand | $2,800.59M |
| Aptargroup, Inc. | United States | $2,597.81M |
| ARMSTRONG WORLD INDUSTRIES, INC. | United States | $2,515.30M |
| PLASTIPAK PACKAGING, INC. | United States | $2,300.00M |
| Geberit AG | Switzerland | $2,245.89M |
| Coloplast A/S | Denmark | $2,112.76M |
| INTEPLAST GROUP, LTD. | United States | $2,000.00M |
| Griffon Corporation | United States | $1,991.81M |
| NIFCO INC. | Japan | $1,797.05M |
| BORYSZEW S A | Poland | $1,604.67M |
| FP CORPORATION | Japan | $1,563.68M |
| Woodbridge Foam Corporation | Canada | $1,363.26M |
| Recticel SA | Belgium | $1,344.61M |
| SSL INTERNATIONAL PLC | England | $1,323.16M |
| Uponor Oyj | Finland | $1,247.20M |
| FENNER PLC | England | $1,210.51M |

| Nypro Inc. | United States | $1,200.00M |
| AEP Industries Inc. | United States | $1,192.99M |
| NISSHA PRINTING CO.,LTD. | Japan | $1,076.50M |
| Advanced Drainage Systems, Inc. | United States | $1,069.01M |
| SEKISUI PLASTICS CO., LTD. | Japan | $1,066.80M |
| China Xd Plastics Company Limited | United States | $1,050.82M |
| HI-P INTERNATIONAL LIMITED | Singapore | $995.08M |
| TREDEGAR CORPORATION | United States | $945.13M |

## Industry Drivers

Changes in the economic environment that may positively or negatively affect industry growth.

Data provided by First Research analysts and reviewed annually



**Energy Prices** Change in crude oil and related energy prices



**Consumer Spending** Change in overall level of consumer spending on goods and services



**Commodity Prices** Changes in prices for commodities, such as crops, metals, and other raw materials

## Critical Issues

**Demand Depends on Manufacturing** - Demand for most plastic and rubber products is closely linked to the overall health of the economy. Because most plastics and rubber products are intermediate components that go into final goods, demand rises or falls in tandem with manufacturing activity.

**Raw Material Price Fluctuations** - Because plastics and synthetic rubbers are derived mainly from oil and natural gas, price and availability of plastic and rubber products depend on the price of these feedstocks (raw materials). Manufacturers typically pass price increases along for raw materials, but higher world oil prices make plastics a less desirable replacement for other materials.

## Business Challenges

**Seasonal Demand** - Some plastic products have seasonal demand. Vinyl producers, for instance, build inventories in the early part of the year for the spring and summer building season. Demand for plastic parts used in consumer products, such as toys, peaks in preparation for the winter holiday season.

**Shortened Product Life Cycle** - The life of a new product from concept to market has decreased from years to months, affecting the entire supply chain of plastic products. Equipment manufacturers look increasingly to closer collaboration with plastics suppliers to cut production timetables, asking them to be responsible for

CS-0208

**Attachment A**
**PX 31, 3192**

specialized molded component design, development, and assembly. This requires plastic manufacturers to have more complex product design knowledge and capability, including more sophisticated machinery and better-educated employees. Quick and accurate turnaround on customer orders is critical for plastic companies to stay competitive.

**Environmental Concerns** - Some plastic products, including plastic shopping bags and Styrofoam, have come under increasing scrutiny as they're seen as contributing to pollution. Some US municipalities have limited the use of plastic shopping bags and Styrofoam. Plastic water bottles have also raised health and pollution concerns.

## Business Trends

**Niche Products Keep Industry Fragmented** - Because products often have very specialized applications, or are made to customer specifications, most manufacturers remain small, partly because few economies of scale are gained by combining companies. Many products in the plastics and rubber products industry are produced in relatively low volume for special applications.

**Changing Technology, Innovation** - Companies are finding new uses for existing plastic and rubber materials, and chemists are producing newer plastics with novel physical properties that make them suitable for new uses. Production equipment and new ways of producing plastics are constantly evolving. Rapid technological innovation forces companies to stay abreast of new developments.

## Industry Opportunities

**Plastics Replace Other Materials** - Demand for rubber and plastics to replace metal parts in autos and aircraft continues, as manufacturers prefer low-weight components. High-temperature, high-performance plastics are replacing aluminum, brass, steel, and other metals historically used in manufacturing. Demand is also increasing in the packaging and container market, as plastic is preferred over glass and metal for containers, and in the medical supplies industry for tubing, containers, and instruments.

**More Plastics in Construction** - The use of plastics in residential and commercial construction is expected to increase. PVC piping is used extensively in construction, and plastics continue to be developed for insulation, roofing, windows, and structural materials. Building materials such as recycled plastic lumber are also used in "green building" applications.

**Bioplastics** - Demand for bioplastics, which are derived from biomass such as vegetable oil or corn starch instead of petroleum, is expected to eventually exceed demand for traditional petro polymers. Bioplastics are competitive in terms of cost and performance. The global market for bioplastics is forecast to see an average annual increase of more than 28 percent, rising from a value of about $2 billion in 2014 to nearly $44 billion by 2020. The largest end-use markets for bioplastics are expected to be bottling, other packaging, and automotive.

**Auto Parts Market** - The use of plastics in autos has grown from primarily interior and trim components to include body panels, bumpers, and other parts. Plastics offer several advantages in auto design: lighter and less expensive than steel, plastics make autos cheaper to build, and help them get better fuel economy. Auto designers and engineers are also using post-consumer recycled plastic, which offers environmental benefits.

**Electronics Market –** Research has opened up new ways to incorporate plastics into electronics. Plastic-based transistors and organic light emitting displays are being used in new ways including in electronic billboards, HDTV screens, and flexible laptop computers. Because transistors made of plastic are cheaper and easier to manufacture than those made of the traditional silicon, research into other plastics applications in electronics will continue.

**Domestic Oil and Gas Production -** Ample domestic supplies of oil and gas, which are feedstocks for polymer resins, should help regulate supply costs for plastic product makers in the US. Advances in horizontal drilling and hydraulic fracturing (or fracking) technologies have enabled domestic producers to tap deposits that were previously inaccessible, dramatically increasing US production of oil and gas in recent years. The US will become nearly energy-independent by 2030, according to a forecast by BP.

**Additive Manufacturing -** Additive manufacturing, or 3D printing, is a rapidly emerging technology that could eventually alter the way some plastic products are manufactured. 3D printers create objects by adding successive layers of material (typically plastic or metal). Chiefly used for rapid prototyping, the technology may eventually advance into producing finished products on large scale. Advantages over traditional manufacturing methods include decreased capital spending on tooling and machinery, along with reduced waste, since only the amount of material needed to make the product is used. Global demand for 3D printers, materials, and software is forecast to rise more than 20 percent per year through 2017, reaching a value of $5 billion, according to the Freedonia Group.

## Call Prep Questions
### Conversation Starters

**How does the company manage changes in demand?**
Demand for most plastic and rubber products is closely linked to the overall health of the economy.

**How does the company protect itself from the changing costs of raw materials like oil?**
Because plastics and synthetic rubbers are derived mainly from oil and natural gas, price and availability of plastic and rubber products depend on the price of these feedstocks (raw materials).

**How seasonal is demand and subsequent cash flow?**
Some plastic products have seasonal demand.

**What opportunities does the company see to take market share from traditional materials, like glass and metal?**
Demand for rubber and plastics to replace metal parts in autos and aircraft continues, as manufacturers prefer low-weight components.

**How might the company take advantage of the growing use of plastics in construction?**
The use of plastics in residential and commercial construction is expected to increase.

**What is the company's development strategy regarding bioplastics?**
Demand for bioplastics, which are derived from biomass such as vegetable oil or corn starch instead of petroleum, is expected to eventually exceed demand for traditional petro polymers.

### Quarterly Industry Update

**If a maker of plastic containers from recycled PET, what, if any, supply chain issues has the company encountered?**

US demand for clean, recycled polyethylene terephthalate (PET) plastic is surpassing supply, according to the National Association for PET Container Resources.

## Operations, Products, and Facilities

**What types of products does the company produce?**

Major products include plastic bags and bottles, plastic film and sheets, plastic pipe and foams, rubber hoses, and tires.

**What types of plastic or rubber are used in the manufacturing process?**

Some examples include PVC, acrylic, PET, and latex. Different raw materials are used depending on the product's end-use, such as acetal in auto parts and polyethylene in toys.

**What type of manufacturing process is used?**

Injection and compression molding are the principal methods of plastic processing. Process methods and the resulting equipment are chosen to suit the type of product produced, such as the blow molding process, which uses compressed air to form hollow articles, like bottles.

**How old is the company's equipment?**

Production equipment and new ways of producing plastics are constantly evolving, requiring more sophisticated and automated equipment.

## Customers, Marketing, Pricing, Competition

**How many customers does the company have?**

Many companies have just a few large accounts. Typical customers include OEMs, such as auto, aircraft, and medical device companies; consumer product companies, such as Procter & Gamble, or soft drink bottlers that use bottles and containers; end-users such as hospitals and the construction industry; and makers of consumer products.

**How have rising prices for raw materials affected the company's pricing strategy?**

Raw materials prices can be volatile.

**What is the average time from order to delivery?**

The life of a new product from concept to market has decreased from years to months. A short production cycle is crucial to meet demand.

**What services beyond basic manufacturing does the company offer to customers?**

Customers expect plastic molding companies to be involved with the product from design through distribution. Manufacturers need more complex product design knowledge and capability, including more sophisticated machinery and better-educated employees.

## Regulations, R&D, Imports and Exports

**How much R&D does the company do?**

Production equipment and new ways of producing plastics are constantly evolving. Rapid technological innovation forces companies to stay abreast of new developments.

**Attachment A**
**PX 31, 3195**

**Does the company export? To what countries?**
US exports of rubber and plastic products go largely to OEMs in Canada and Mexico.

**How has the company addressed issues related to toxic emissions or waste products?**
Because of the chemicals added to some plastics, manufacturers may have problems with air pollution and ground contamination. Fumes may also be released in the workplace during the manufacturing process.

### Organization and Management

**How large is the company's sales force?**
A technically skilled sales force that helps customers design new applications for their materials is primarily responsible for sales. Companies compete first based on their ability to meet customer product specifications, and secondarily on price.

**What challenges has the company experienced in hiring and retaining employees with adequate technical training?**
Plastic and rubber product manufacturers use technologies ranging from information management tools to computer modeling software.

**What training do new employees receive?**
Continuing training can help keep employees up-to-date with technological advances related to manufacturing processes and quality control.

### Financial Analysis

**What is the average profit on a customer order?**
The lack of bargaining power of smaller plastic suppliers with consolidated manufacturing industries can lead to lower marginal profit on contracts.

**What is the average size of an order?**
More warehousing and inventory costs for fewer larger product runs, or more delivery and setup costs for more frequent smaller product runs are both extra cost burdens on the supplier.

**How does the company manage price fluctuations for raw materials?**
Prices for plastic resins tend to fluctuate with crude oil and natural gas prices.

### Business and Technology Strategies

**How much growth does the company expect in its major end-use markets?**
Most companies make products for just a few end-use markets.

**What new products or applications for existing products is the company developing?**
Plastics are making inroads in markets that use metals or glass.

**What acquisition opportunities or other expansion strategies has the company explored?**
Because products often have specialized applications or are made to customer specifications, most manufacturers remain small, partly because few economies of scale are gained by combining companies.

**How much capital investment does the company expect to make in the next few years?**
Most producers specialize in a few product lines, because expensive equipment and significant tooling may be needed to manufacture to customer specifications.

## Executive Insight
### Chief Executive Officer - CEO
**Using Recycled Product as Feedstock**
Companies are developing new ways to incorporate post-consumer, recycled plastic as feedstock for making new products. As environmental concerns over such issues as pollution and consumption of non-renewable resources grow, consumer demand for products utilizing recycled materials could increase.

**Developing New Products for Existing Markets**
The auto industry continues to enhance vehicle mileage by displacing expensive, heavy metal parts with lighter, cheaper plastics. Plastics can account for about 10 percent of a vehicle's gross weight. Plastics are used in automotive applications ranging from interior components to engine parts.

### Chief Financial Officer - CFO
**Implementing Product Improvement Programs**
Because a short-term product life cycle is the industry norm, continuous improvement in manufacturing can achieve ongoing cost savings. Companies occasionally launch operational improvement programs to reduce costs, inventory, and lead times to offer better service and quality. Such programs can often lead to millions in cost reductions and other savings.

**Re-evaluating Product Lines**
In an industry with hundreds of market niches, acquisitions are frequent as companies try to enter new markets and secure their position in existing ones. Companies also dispose of low margin product lines after assessing their strategic importance. Increased raw material costs or geographic shifts in demand may also prompt companies to seek acquisitions or disposals.

### Chief Information Officer - CIO
**Cutting Pollution Emissions**
The industry has historical issues with air pollution and ground contamination, particularly with butadiene. An ongoing industry effort is to reduce emissions by curtailing releases from a variety of equipment, enhancing monitoring, and improving leak inspections. Some companies have installed fence-line monitors and infrared cameras to hunt down leaks, and submit more frequent reports about their emissions to applicable regulatory authorities.

**Keeping Pace with Technological Advances**
Rapid technological innovation characterizes the industry and is vital given the short product life cycle of many plastics. Customers expect reduced production times and an ability to adapt to customer-specific uses. Companies use CAD and 3D product simulation software to speed design, model processes and product characteristics, and track changes in costs as products are redesigned. Awareness of advances in design, simulation, testing, and process control software is necessary to maintain competitiveness.

### Human Resources - HR

**Improving Plant Safety**

The rate of illness and injury in the plastic and rubber products manufacturing industry is higher than the national average. Heat, chemicals, and fast-moving machinery can contribute to an environment where accidents occur. Material Safety Data Sheets (MSDS) also keep workers informed about hazardous substances in the workplace.

**Involving Employees in Quality Assurance**

Employee involvement and teamwork can be crucial components of quality control, a chief concern of plastic and rubber product manufacturers. Cross-functional teams devoted to process improvement and training can help companies maintain and improve quality.

## VP Sales/Marketing - Sales

**Finding Additional Product Applications**

Shortened product life cycles encourage sales executives to find other applications for existing products. Demand for plastics has increased in many industries due to a preference for lightweight components; plastics are replacing brass, aluminum, and other metals in US manufacturing. Plastics companies are marketing products in applications historically served by glass and metal such as containers, for food, and in medical supplies.

**Reformulating Products for Expanding Markets**

Expanding opportunities exist in such markets as building and construction, automotive, and electronics. With changing technology, companies are reformulating products with new properties that make them suitable for new uses. Bioplastics, for example, are being developed to replace petroleum-based polymers.

## Executive Conversation Starters

### Chief Executive Officer - CEO

**How does the company use recycled products?**

Companies are developing new ways to incorporate post-consumer, recycled plastic as feedstock for making new products.

**What new products has the company developed?**

Plastics are used in automotive applications ranging from interior components to engine parts.

### Chief Financial Officer - CFO

**What product improvement programs has the company introduced?**

Some companies have developed programs to reduce costs and product lead times to improve service and quality.

**What product lines has the company examined and re-evaluated?**

Companies dispose of low margin product lines after assessing their strategic importance.

### Chief Information Officer - CIO

**How has the company reduced its pollution emissions?**

Some companies have installed fence-line monitors and infrared cameras to find leaks.

.iat types of customer-specific products has the company developed?

.apid technological innovation enables companies to create customer-specific products with reduced production times.

## Human Resources - HR

### How is the company improving its safety record?

The rate of illness and injury in the plastic and rubber products manufacturing industry is higher than the national average.

### How is the firm improving internal processes?

Cross-functional teams devoted to process improvement and training can help companies maintain and improve quality.

## VP Sales/Marketing - Sales

### What new product applications is the company exploring?

Plastics companies are marketing their products in applications historically served by glass and metal.

### What new markets is the company entering?

With changing technology, many companies are reformulating products to make them suitable for new uses.

## Financial Information
## COMPANY BENCHMARK TRENDS

### Quick Ratio by Company Size

The quick ratio, also known as the acid test ratio, measures a company's ability to meet short-term obligations with liquid assets. The higher the ratio, the better; a number below 1 signals financial distress. Use the quick ratio to determine if companies in an industry are typically able to pay off their current liabilities.



Financial industry data provided by MicroBilt Corporation collected from 32 different data sources and represents financial performance of over 4.5 million privately held businesses and detailed industry financial benchmarks of companies in over 900 industries (SIC and NAICS). More data available by subscription or single report purchase at www.microbilt.com/firstresearch.

**Working Capital Turnover by Company Size**

The working capital turnover ratio, also known as working capital to sales, is a measure of how efficiently a company uses its capital to generate sales. Companies should be compared to others in their industry.



Financial industry data provided by MicroBilt Corporation collected from 32 different data sources and represents financial performance of over 4.5 million privately held businesses and detailed industry financial benchmarks of companies in over 900 industries (SIC and NAICS). More data available by subscription or single report purchase at www.microbilt.com/firstresearch.

**Current Liabilities to Net Worth by Company Size**

The ratio of current liabilities to net worth, also called current liabilities to equity, indicates the amount due creditors within a year as a percentage of stockholders' equity in a company. A high ratio (above 80 percent) can indicate trouble.



Financial industry data provided by MicroBilt Corporation collected from 32 different data sources and represents financial performance of over 4.5 million privately held businesses and detailed industry financial benchmarks of companies in over 900 industries (SIC and NAICS). More data available by subscription or single report purchase at www.microbilt.com/firstresearch.

**COMPANY BENCHMARK INFORMATION**

**NAICS: 326**

| | | | | |
|---|---|---|---|---|
| **Data Period: 2013** | | | Last Update February 2015 | |
| **Table Data Format** | | | Mean | |

| Company Size | All | Large | Medium | Small |
|---|---|---|---|---|
| Size by Revenue | | Over $50M | $5M - $50M | Under $5M |
| Company Count | 9686 | 163 | 1296 | 8227 |

| Income Statement | | | | |
|---|---|---|---|---|
| Net Sales | 100% | 100% | 100% | 100% |
| Gross Margin | 28.0% | 28.5% | 26.9% | 29.1% |
| Officer Compensation | 2.1% | 1.7% | 2.1% | 2.9% |
| Advertising & Sales | 0.4% | 0.4% | 0.4% | 0.4% |
| Other Operating Expenses | 21.5% | 22.2% | 20.5% | 21.8% |
| Operating Expenses | 23.9% | 24.3% | 23.0% | 25.1% |
| Operating Income | 4.1% | 4.1% | 4.0% | 4.0% |
| Net Income | 2.0% | 2.0% | 2.0% | 2.1% |

| Balance Sheet | | | | |
|---|---|---|---|---|
| Cash | 7.1% | 6.7% | 7.3% | 7.7% |

| | | | | |
|---|---|---|---|---|
| Accounts Receivable | 24.5% | 24.3% | 24.3% | 25.3% |
| Inventory | 21.4% | 21.1% | 21.7% | 21.7% |
| Total Current Assets | 59.5% | 58.9% | 59.6% | 61.0% |
| Property, Plant & Equipment | 23.0% | 22.4% | 23.8% | 22.4% |
| Other Non-Current Assets | 17.6% | 18.7% | 16.6% | 16.6% |
| Total Assets | 100.0% | 100.0% | 100.0% | 100.0% |
| Accounts Payable | 12.5% | 12.1% | 12.8% | 13.0% |
| Total Current Liabilities | 27.4% | 26.3% | 28.0% | 28.9% |
| Total Long Term Liabilities | 25.3% | 22.3% | 27.0% | 29.8% |
| Net Worth | 47.3% | 51.4% | 45.1% | 41.3% |

| Financial Ratios (Click on any ratio for comprehensive definitions) | | | | |
|---|---|---|---|---|
| Quick Ratio | 1.23 | 1.26 | 1.20 | 1.21 |
| Current Ratio | 2.17 | 2.23 | 2.13 | 2.11 |
| Current Liabilities to Net Worth | 57.8% | 51.3% | 62.0% | 69.9% |
| Current Liabilities to Inventory | x1.28 | x1.25 | x1.29 | x1.33 |
| Total Debt to Net Worth | x1.11 | x0.95 | x1.22 | x1.42 |
| Fixed Assets to Net Worth | x0.48 | x0.44 | x0.53 | x0.54 |
| Days Accounts Receivable | 49 | 49 | 48 | 51 |
| Inventory Turnover | x6.17 | x6.17 | x6.27 | x5.95 |
| Total Assets to Sales | 56.6% | 57.1% | 55.8% | 56.9% |
| Working Capital to Sales | 18.2% | 18.6% | 17.7% | 18.3% |
| Accounts Payable to Sales | 6.8% | 6.6% | 6.9% | 7.2% |
| Pre-Tax Return on Sales | 3.2% | 3.2% | 3.2% | 3.3% |
| Pre-Tax Return on Assets | 5.7% | 5.6% | 5.7% | 5.8% |
| Pre-Tax Return on Net Worth | 12.0% | 10.9% | 12.7% | 14.1% |
| Interest Coverage | x4.26 | x3.96 | x4.47 | x4.77 |
| EBITDA to Sales | 8.3% | 8.5% | 8.0% | 8.3% |
| Capital Expenditures to Sales | 5.4% | 5.6% | 5.2% | 5.3% |

Financial industry data provided by MicroBilt Corporation collected from 32 different data sources and represents financial performance of over 4.5 million privately held businesses and detailed industry financial benchmarks of companies in over 900 industries (SIC and NAICS). More data available by subscription or single report purchase at www.microbilt.com/firstresearch.

**ECONOMIC STATISTICS AND INFORMATION**
**Annual Construction Put into Place - Census Bureau**

CS-0218

**Attachment A**
**PX 31, 3202**



**Index of Industrial Production - Federal Reserve Board**



**Change in Producer Prices - Bureau of Labor Statistics**



## VALUATION MULTIPLES

### Plastic & Rubber Product Manufacturing

Acquisition multiples below are calculated using at least 14 US private, middle-market (valued at less than $1 billion) industry asset transactions completed between 5/2005 and 3/2014. Data updated annually. Last updated: November 2014.

| Valuation Multiple | MVIC/Net Sales | MVIC/Gross Profit | MVIC/EBIT | MVIC/EBITDA |
|---|---|---|---|---|
| Median Value | 0.5 | 1.4 | 5.2 | 4.1 |

**MVIC (Market Value of Invested Capital)** = Also known as the selling price, the MVIC is the total consideration paid to the seller and includes any cash, notes and/or securities that were used as a form of payment plus any interest-bearing liabilities assumed by the buyer.
**Net Sales** = Annual Gross Sales, net of returns and discounts allowed, if any.
**Gross Profit** = Net Sales - Cost of Goods Sold
**EBIT** = Operating Profit
**EBITDA** = Operating Profit + Noncash Charges



SOURCE: Pratt's Stats, 2014 (Portland, OR: Business Valuation Resources, LLC). Used with permission. Pratt's Stats is available at https://www.bvresources.com/prattsstats

**Industry Websites**

**Canadian Plastics Industry Association**
Industry news.

**Plastics Division of the American Chemistry Council (ACC)**
Industry statistics.

**Plastics Machining & Fabricating Magazine**
News, feature articles, events, and links.

**Plastics Technology magazine**
Today's top news and feature articles on mergers and acquisitions, technology, US and global business.

**Plastics.com**
Industry news, links, and manufacturer rankings.

**PlasticsNews.com**
Industry news.

**Rubber Manufacturers Association**
Publications, links, market information services, and government news.

**Rubber Statistics - International Rubber Study Group**
Spreadsheets and reports on the production, consumption, and prices of natural and synthetic rubber.

**RubberNews.com**
Rubber and plastics industry news.

**RubberWorld.com**
Industry news and manufacturer information.

36
**Attachment A**
**PX 31, 3204**

**The Rubber Association of Canada**
News and market information.

**The Society of the Plastics Industry**
Basic industry information, definitions, statistics. Excellent industry issues.

**The Vinyl Institute**
News, definitions and uses of vinyl, environmental issues, and publications.

**Glossary of Acronyms**

**BPA** - bisphenol A

**BR** - polybutadiene

**CR** - polychloropene

**EPR** - ethylene propylene rubber

**HDPE** - high-density polyethylene

**IIR** - butyl

**MSDS** - Material Safety Data Sheets

**NBR** - acrylonitrile butadiene rubber

**NESHAP** - National Emission Standards for Hazardous Pollutants

**NSR** - new source review

**PET** - polyethylene terephthalate

**PNC** - plastic nanocomposites

**PP** - polypropylene

**PVC** - polyvinyl chloride

**SBR** - styrene butadiene

## INDUSTRY PROFILE

*Consumer Electronics & Appliances Stores*
2.16.2015
NAICS CODES: 4431
SIC CODES: 5045, 5064, 5065, 5722, 5731, 5734, 5946

### Industry Overview

Companies in this industry sell household appliances, cameras, computers, and other electronic goods. Major companies Best Buy, RadioShack, and the retail operations of Apple, Conn's, and hhgregg (all based in the US), as well as Dixons (UK), Gome (China), and Yamada Denki (Japan).

Worldwide, emerging economies with growing middle classes have the greatest potential for growth in retail sales of consumer electronics and appliances. Brazil, India, and China are among the countries expected to see retail expansion. Central Europe, Africa, and the Middle East are also being targeted for growth.

The US consumer electronics and appliance store industry includes about 50,000 stores with combined annual revenue of about $100 billion.

### Competitive Landscape

**Technological innovation** and the need to replace or upgrade products drive demand, which also depends on consumer disposable income. Profitability for individual companies depends on the ability to generate **store traffic** and **repeat business**, as well as **effective merchandising**. Large companies enjoy economies of scale in purchasing and marketing. Small companies can compete effectively by offering specialized products or superior customer service. The US industry is **concentrated**: the 50 largest companies account for 70 percent of sales.

Competitors of consumer electronics stores include discount stores, warehouse clubs, department stores, Internet and mail order retailers, and specialty office and computer retailers.

### Products, Operations & Technology

Major product segments include computer equipment, TVs, and major household appliances. Other products include video equipment (video recorders, DVD players, and electronic games), audio equipment (home and auto sound systems, home theater systems, and accessories), and telephones (including wireless phones and smartphones). The industry typically refers to **large appliances** other than TVs, including such items as refrigerators and washing machines, as "white goods." Consumer electronics and appliance stores may also generate revenue from installation and repair or maintenance agreements, along with resale of third-party wireless phone, Internet access, or satellite TV or radio service.

Consumer electronics and appliance retailers include national and regional chains and independent retailers. Major chains and some regional chains may offer a **"superstore"** format, which can exceed 30,000 square feet. Superstores are most often located in large strip malls in high traffic areas. Other chains may have smaller retail locations ranging from 1,500 to 10,000 square feet, located in indoor shopping or smaller strip malls. Chains may also offer a limited selection of products through **kiosks** (about 90 square feet) in other retail locations. Independent stores vary widely in size, from a few thousand square feet to larger than a typical superstore.

Many stores carry high levels of inventory for expensive items like plasma screen TVs and personal computer systems to avoid out-of-stocks. **Inventory management** and **sales forecasting** are critical to profitability, as rapid advances in technology can significantly decrease demand for older products. In contrast, during the winter holiday, demand for "hot" products like new video game systems and portable music systems can exceed supply. Many large chains offer **private-label products** to fill gaps in existing product offerings.

Most large retailers **buy directly** from large manufacturers like Sony, Panasonic, Hewlett-Packard, and Toshiba. Independent retailers buy through established **buying groups** like Nationwide and Resource Plus to increase individual buying power. In most product segments of the consumer electronics industry, suppliers are highly concentrated: Best Buy relies on just five suppliers for about 45 percent of total merchandise. For highly anticipated new products like game systems or video games, retailers may place advance orders to guarantee supply.

**Technology**

Large retailers use **integrated computer systems** to manage point-of-sale transactions and inventory management, which allow for automatic replenishment at the store level. Some systems integrate online orders, and allow for in-store pickup or direct shipment.

**Advances in technology** drive sales of new electronic products. For example, new digital technology created the market for products like MP3 players and HDTVs, and increased microprocessor power drives demand for newer computers and gaming systems with better graphics and higher performance. Household appliances like washers, dryers, and dishwashers with advanced microchips and sensors can typically perform more efficiently than older products.

More and more devices other than computers are being connected to the Internet, creating what is commonly referred to as the Internet of Things. The wave of new Internet-enabled electronics, including wristwatches, fitness trackers, home safety and security systems, and appliances, should provide consumer electronics and appliances stores with new revenue opportunities. Issues that could impede faster adoption of wearable and embedded Internet devices include conflicting wireless standards and privacy concerns.

**Sales & Marketing**

The **traditional demographic** for the consumer electronics store customer varies depending on product specialization. For high-end computer and video products, a typical customer is an affluent, professional man. Families with children, professional women, and small businesses also are important customer segments for categories like digital cameras, video recorders, and computers.

**Marketing** and promotional vehicles include **TV**, newspaper, radio, and Internet advertising, direct mail, and in-store events. Retailers frequently use discounts, rebates, and other promotions to generate store traffic and establish competitive pricing with mass merchandisers and Internet retailers. Major chains may have loyalty programs that reward repeat customers and collect information on buying trends.

The technical nature of many electronic products requires **professional installation services** and trained sales associates able to explain complicated features to customers. Superior **customer service** generates repeat business and allows higher-priced independent stores to compete effectively against major chains.

Most major chains have retail **Internet operations**, and may link to other websites, such as Amazon.com, to drive online sales. Many customers use store websites to research products and compare prices. Customers may have the option of having purchases shipped directly or picked up at the nearest retail location. Specialized retailers have leveraged the Internet by selling products like used video games and refurbished computers, which have limited availability.

### Finance & Regulation

Cash flow is **seasonal**, with sales volume peaking during the winter holidays. Chains can generate between 50 to 100 percent of earnings during fourth quarter. Inventories also vary, typically increasing during third quarter in preparation for holiday sales. Although customers may require **financing** for high-ticket items, receivables are typically low, since many chains offer branded **third party credit cards** at the point of purchase. The North American Retail Dealers Association (NARDA) offers consumer credit for independent stores. For the industry overall, accounts receivable average 30 days sales.

Superstores typically have **leases** that run up to 20 years. Mall-based stores have leases that average five to 10 years; those in smaller strip malls average three to five years. Leases typically include a base rent payment, maintenance and advertising fees, and possibly a percentage of sales. Retailers may require capital to expand or upgrade stores.

**Gross margins** average about one-third of net sales. Retailers often take lower margins on products like computer hardware and game systems to drive sales of complementary software and video games with higher margins. Retailers typically receive **residual payments** for sales of wireless phone service through a third party provider.

Federal and state laws regulate the consumer credit business. Consumer electronics and appliance stores are also regulated by federal and state labor laws, as well as state and local regulations for zoning and business permits. The National Appliance Energy Conservation Act of 1987 affects products and pricing by limiting energy consumption of new appliances. In addition, EPA regulations can affect store operations as well as the design and price of a variety of products.

The FCC regulates communication by radio, TV, wire, satellite, and cable. FCC policies regarding wireless phone and digital video signals have significant implications for electronics stores. For example, the 2009 mandate to convert to an all-digital video signal generated considerable demand for digital TVs and virtually eliminated demand for analog sets.

### International Insights

Emerging economies with growing middle classes have the greatest potential for retail sales growth. Brazil, India, and China are among the countries expected to see retail expansion. Central Europe, Africa, and the Middle East are also being targeted for growth. Major **consumer electronics** and appliances retailers based outside the US include Dixons (UK), Gome (China), and Yamada Denki (Japan).

Some large, US-based chains have retail operations outside the country, primarily in Canada. Operating internationally comes with a number of risks and challenges related to **supply chain logistics**, local staffing, currency exchange rates, and regulatory environments.

Given the significant volume of consumer electronics products produced in Asia, large consumer electronics and appliance retailers operate global sourcing offices in countries such as China, Hong Kong, and Taiwan. **Change in Dollar Value of US Trade - US International Trade Commission** Imports of consumer electronics to the US come primarily from China, Mexico, Japan, Thailand, and Malaysia. Major export markets for US consumer electronics include Canada, Mexico, Hong Kong, Japan, and China.

**33431 AUDIO AND VIDEO EQUIPMENT**



### Regional Highlights

Most US consumer electronics and appliance stores are located in fast-growing, densely populated, relatively affluent, suburban and urban areas. California, Texas, Florida, New York, and Illinois have the most establishments.

### Human Resources

Seasonal sales make stores reliant on **part-time labor**, especially during the winter holiday. Average hourly industry wages are about the same as the national average. Some store sales staff are on commission. **Sales staff training** is important due to the technical nature and high cost of most electronics.

A typical superstore has a manager; several assistant managers (including a sales manager); and up to 100 full and part-time employees, who cover sales, sales support, and technical service functions. Smaller stores may have a manager, up to two assistant managers, up to 30 full- and part-time sales associates, and up to 15 technical and administrative support staff. The employee injury rate at consumer electronics and appliance stores is significantly lower than the US average.

**Industry Employment Growth**
**Bureau of Labor Statistics**



**Average Hourly Earnings & Annual Wage Increase**
**Bureau of Labor Statistics**



*Industry Growth Rating*



Demand: New products drive consumer demand

Need store traffic and good merchandising

Risk: Economic health affects spending on non-essential electronics

*Quarterly Industry Update*
*2.16.2015*

**Trend: Best Buy Shifts Focus to Digital Marketing** - Best Buy's decision to sit out the last two Super Bowls signals a continuing shift away from star-studded, high-dollar ad campaigns and toward targeted

42
**Attachment A**
**PX 31, 3210**

digital marketing in hopes of reviving sales. The consumer electronics giant's approach to marketing is taking a more personal approach with the development of a customer database called Athena. Athena can send tailored marketing messages to consumers based on their prior purchases, browsing histories, location, and demographics. Best Buy's new digital marketing plan aims to better engage customers for its loyalty program and credit card offering. The retailer has been struggling to grow same-store sales in recent years and has been closing unprofitable stores in US and international markets. The company hired a new chief marketing officer with experience in targeted digital marketing in late 2014, according to the M*inneapolis StarTribune*.

**Industry Impact** - Consumer electronics retailers may want to consider expanding the role of digital communications as a way to improve their marketing efforts and drive sales.

### 11.17.2014

**Opportunity: RadioShack Expands Device Repair Business** - Looking to breathe life into its business, RadioShack recently launched a same-day repair service called Fix It Here focused on tablets and smartphones. Already in 500 stores, the mobile device repair program is to be expanded to 700 stores nationwide by 2015. The service addresses problems such as cracked screens, battery replacement, and camera issues. In-house technicians make the repairs, which are priced beginning at $39.99 and include a 90-day warranty.

**Industry Impact** - Consumer electronics retailers may want to consider expanding repair services to drive traffic to stores.

### 8.25.2014

**Challenge: Retailers Worry as Tablet Sales Slow** - Once an exciting growth prospect for consumer electronics stores, tablet sales have slowed significantly recently causing concerns for retailers and manufacturers. Market research firm IDC reported that tablet shipments were forecast to grow by 11 percent year-over-year in second quarter 2014 compared to the same period in 2013. That growth rate is significantly less than the previous year, which saw growth of 52 percent year-over-year. Tablet challenges include the failure of emerging markets to broadly adopt tablets. Consumers also don't feel compelled to buy newer tablet models. In addition, smartphone screens are getting bigger and closer to tablet size. Best Buy executives recently predicted that laptops would experience a revival because of their increased versatility, while tablet sales would continue to lag.

**Industry Impact** - Consumer electronics stores that were counting on tablets as a source of growth will need to look to other products to fill in the gap.

### 5.26.2014

**Opportunity: Growth Projected for Wearable Computing Market** - Sales of wearable computing devices, a potential growth category for consumer electronics and appliance stores, are expected to increase rapidly over the next five years. Worldwide shipments of wearables will reach 19.2 units in 2014 and increase to nearly 112 million units in 2018, according to a report by market intelligence firm IDC. Released in April 2014, the forecast includes both wearable accessories and more complex "smart wearables." (Accessories such as fitness bands can operate independently but are designed to be used with a smartphone, PC, or tablet, while Google Glass and other smart wearables function with full autonomy.) Accessories will lead the wearables category through 2018; shipments of smart wearables are not expected to reach millions of units until 2016.

**Industry Impact** - Growing demand for wearable computing devices should help consumer electronics stores offset declining sales in mature categories such as traditional PCs.

### *Industry Indicators*

US consumer spending on durable goods, an indicator of consumer electronic sales, fell 2.8 percent in January 2015 compared to the same month in 2014.

US personal income, which drives consumer ability to purchase luxury electronics, rose 4.6 percent in January 2015 compared to the same month in 2014.

US retail sales for electronics and appliance stores, a potential measure of demand for consumer electronics, increased 2 percent in the first two months of 2015 compared to the same period in 2014.

### *Industry Forecast*

US personal consumption expenditures on electronic entertainment, musical instruments, and home computers are forecast to grow at an annual compounded rate of 4 percent between 2015 and 2019. Data Published: February 2015



First Research forecasts are based on INFORUM forecasts that are licensed from the Interindustry Economic Research Fund, Inc. (IERF) in College Park, MD. INFORUM's "interindustry-macro" approach to modeling the economy captures the links between industries and the aggregate economy. Forecast FAQs

*Companies*

| Company | Country | Sales |
|---|---|---|
| BEST BUY CO., INC. | United States | $40,339.00M |
| YAMADA DENKI CO., LTD. | Japan | $18,380.99M |
| Cdw Corporation | United States | $12,074.50M |
| Via Varejo S/A. | Brazil | $9,291.75M |
| Gome Electrical Appliances Holding Limited | Hong Kong | $9,227.15M |
| BIC CAMERA INC. | Japan | $7,969.72M |
| EDION CORPORATION | Japan | $7,440.81M |
| T-GAIA CORPORATION | Japan | $6,861.47M |

44
**Attachment A**
**PX 31, 3212**

| ARGOS LTD | England | $6,756.95M |
| Grupo Elektra, S.A.B. de C.V. | Mexico | $5,409.57M |
| Insight Enterprises, Inc. | United States | $5,316.23M |
| Darty Plc | England | $4,951.03M |
| Dixons Carphone plc | England | $4,288.27M |
| Systemax Inc. | United States | $3,442.80M |
| JB HI-FI LIMITED | Australia | $3,279.63M |
| CONEXIO CORPORATION | Japan | $2,837.39M |
| NEWEGG INC. | United States | $2,700.00M |
| PC Connection, Inc. | United States | $2,463.34M |
| HHGREGG, INC. | United States | $2,338.57M |
| NOJIMA CORPORATION | Japan | $2,119.59M |
| BEST DENKI CO., LTD. | Japan | $1,692.73M |
| KITAMURA CO., LTD. | Japan | $1,475.91M |
| HARVEY NORMAN HOLDINGS LTD | Australia | $1,424.96M |
| Pcm, Inc. | United States | $1,424.20M |
| Glentel Inc | Canada | $1,277.52M |
| CONN'S, INC. | United States | $1,193.77M |
| Carahsoft Technology Corp. | United States | $1,000.00M |
| BELL-PARK CO.,LTD. | Japan | $800.33M |
| Beijing Zhongke Shouyan Technology Co., Ltd. | China | $595.29M |
| PC DEPOT CORPORATION | Japan | $522.28M |

### *Industry Drivers*

Changes in the economic environment that may positively or negatively affect industry growth.
Data provided by First Research analysts and reviewed annually



**Consumer Spending** Change in overall level of consumer spending on goods and services



**Technology Innovation** Advances in science and technology, including information technology

### *Critical Issues*

**Market Saturation of Key Products -** High household penetration of key products can slow growth for retailers, meaning consumer electronics and appliance stores must rely on replacement or upgrade sales. Almost every US household owns a refrigerator and a range, and many own washers and dryers, according to the Association of Home Appliance Manufacturers (AHAM). Retailers must rely on replacement sales and significant advances in technology to entice consumers to upgrade.

**Significant Declines in Retail Prices** - Retail prices for major consumer electronics segments have been declining. Between 2009 and 2013, the average retail price for televisions dropped by more than 50 percent. Electronics vendors have historically relied on increased volume to compensate for price declines, but growth in volume is hard to achieve for products with high market penetration.

*Business Challenges*
**Showrooming** - The practice of consumers browsing for products in traditional stores only to buy them online, a phenomenon known as showrooming, is cutting into brick and mortar sales. Some retailers have instituted online price-matching programs to combat the problem. However, traditional consumer electronics and appliance stores, which typically have higher overhead costs than their online-only competitors, may be challenged to maintain adequate profit margins. Some traditional stores have also worked with manufacturers to develop unique products and SKU designations to thwart price comparisons.

**Competition from Alternative Channels** - Consumer electronics and appliance stores face heavy competition from numerous other channels, including warehouse clubs, mass merchandisers, department stores, and Internet and mail order retailers. Alternative channels will continue to threaten brick-and-mortar electronics stores, as entry-level electronic products become less complex and easier to sell.

**Significant Impact of Imports** - Imports of consumer electronics and appliances into the US can have a significant impact on electronics and appliances retailers. Most electronic products manufacturers are either large foreign companies or US companies with some foreign manufacturing operations. The US imported more than $35 billion worth of audio and video equipment in 2013, primarily from China and Mexico. Imports of major appliances nearly doubled between 2003 and 2013, a trend that has helped drive down retail prices.

**Technological Advances Help Drive Growth** - Retailers may depend on new products incorporating the latest technological innovations to help drive increased sales. Sales of tablet computers, for instance, have helped offset declines in traditional computer categories. Products with new features may also entice consumers to replace their older appliances and electronic devices. Retailers may struggle to predict product lifecycles to reduce or eliminate excess inventory before a new model is introduced.

**Industry Concentration** - The top 50 consumer electronics and appliance retailers account for about 70 percent of US industry sales. Purchasing power allows large retailers to negotiate volume discounts with suppliers and offer deep discounts to consumers. Without the volume or resources to compete on price, independent retailers have survived by providing the customer service needed to sell expensive and often complicated electronic products.

**Seasonal Sales** - Large consumer electronics and appliances retailers may generate between a third to half to net sales during fourth quarter. Consumers often wait until the winter holidays to buy items like MP3 players, digital cameras, plasma screen TVs, and major appliances. Delays in key product introductions (like video game systems), combined with price competition from other retailers, can contribute to soft sales during the holidays, adversely affecting financial results for the entire year.

*Business Trends*
**Growth of Wireless, Mobile Segments** - Expanding wireless networks provide wide-ranging access to the Internet and phone networks. Consumers and businesses are becoming more accustomed to communicating

**Attachment A**
**PX 31, 3214**

and accessing information without being tied to a physical location. The functionality of wireless devices is improving, as advances in technology allow more complicated tasks, such as capturing and transmitting voice, data, and video, to be executed more efficiently. Two-thirds of US households now own smartphones, according to the CEA.

**Expanding Use of Electronic Media** - More consumers are spending time surfing the Internet, playing video games, and listening to music using electronic devices. Most American households have access to broadband Internet service. About 70 percent of electronic game players are older than 18, according to the Entertainment Software Association. Falling prices and more user-friendly products have made consumer electronics more accessible to the average consumer.

**Transition to Digital Technology** - Digital technology has revolutionized almost every segment of the electronic products industry and continues to drive the pace of new product introductions. Manufacturers have leveraged digital technology to improve picture and sound quality of products like TVs, cameras, and audio devices. Advances in digital technology are shortening product life cycles and increasing product proliferation.

**Declining Employment** - Employment at US consumer electronics and appliances stores fell by more than 10 percent between 2003 and 2013. Competition from mass merchandisers and online retailers may have forced some regional chains and independent stores to close. At the same time, productivity gains thanks to automation and computerized systems means fewer employees are need at each store location.

### *Industry Opportunities*
**Targeting Early Adopters** - Early adopters, the first consumers to buy new technology, represent a potentially profitable segment for retailers because they generally spend more on electronics than other customers. In addition to spending more, early adopters tend to own more devices and consume more media (audio, video, apps). Most important for retailers, early adopters plan to continue purchasing additional devices in the future and can be valuable sources of repeat business if their loyalty can be secured.

**Technical Services** - As household penetration for more complex consumer electronics offerings grows, demand for technical installation and repair services should increase. Some product offerings, like home computer networks and home theater systems, may be too complex for the average consumer to install or fix. By offering installation and repair services, electronics retailers provide one-stop shopping for technologically challenged consumers.

**End-User Education** - Offering training classes for beginners and experts can help consumer electronics stores provide added value and develop customer loyalty. Increasingly widespread use of computers has driven the need for end-user education. While advances in technology have simplified basic hardware and software operations, experienced users may need training to fully leverage new features and functions. New users may require formal training to learn the basics.

**Complementary Product Sales** - Consumer electronics and appliance retailers can increase sales by recommending complementary products when selling high-ticket items. Electronics retailers can realize incremental sales by focusing on extended warranties and complementary products like flash memory and printer ink.

47
**Attachment A**
**PX 31, 3215**

### Call Prep Questions
### Conversation Starters

**How important are replacement and upgrade sales to the company?**

High household penetration of key products can slow growth for retailers, meaning consumer electronics and appliance stores must rely on replacement or upgrade sales.

**How have declining retail prices affected the company?**

Retail prices for major consumer electronics segments have been declining.

**How does the company deal with increasing competition from online-only retailers?**

The practice of consumers browsing for products in traditional stores only to buy them online, a phenomenon known as showrooming, is cutting into brick and mortar sales.

**What opportunities does the company see in targeting early adopters?**

Early adopters, the first consumers to buy new technology, represent a potentially profitable segment for retailers because they generally spend more on electronics than other customers.

**How important are technical and installation services to the company?**

As household penetration for more complex consumer electronics offerings grows, demand for technical installation and repair services should increase.

**What additional services could the company offer to attract customers?**

Offering training classes for beginners and experts can help consumer electronics stores provide added value and develop customer loyalty.

### Quarterly Industry Update

**What percentage of the company's marketing budget is spent on digital initiatives?**

Best Buy is shifting some of its marketing dollars from conventional channels to the development of a customer database that sends tailored marketing messages to customers.

### Operations, Products, and Facilities

**What product segments are most important to the company?**

Companies may carry computer equipment, TVs, and major household appliances.

**How big is a typical store?**

Superstores can exceed 30,000 square feet; chains range from 1,500 to 10,000; independent stores vary.

**How does the company balance minimizing excess inventory and avoiding out-of-stocks?**

High levels of inventory help avoid out-of-stocks but carry the risk of product obsolescence, due to the short life cycle of certain products.

**How does the company manage increased demand for popular products during the winter holiday?**

Companies may place advance orders for popular products.

**How important are private-label products to the company?**
Many large chains carry private-label products.

**How does the company manage relationships with major suppliers?**
Many retailers rely on products from a small number of suppliers due to the concentration of manufacturers.

**How have advances in technology affected the company's merchandising strategy?**
Digital technology has created new high-growth product categories like smartphones and digital TVs.

### *Customers, Marketing, Pricing, Competition*

**Who are the company's typical customers?**
Affluent men, families with children, professional women, female homeowners, and small businesses are important.

**What are the company's most effective marketing vehicles?**
Companies use TV, newspaper, radio, and Internet advertising, direct mail, and in-store events.

**How important is price promotion for the company?**
Companies use discounts, rebates, and other promotions to generate store traffic and remain competitive with alternative channels.

**How does the company generate repeat business?**
Companies may offer superior customer service or use customer loyalty programs to generate repeat business.

**How does the company evaluate the quality of customer service?**
The technical nature of many electronic products requires a high level of customer service.

**How has the Internet changed how consumers buy the company's products?**
Many customers use the Internet to research products and compare prices.

**How important is Internet retailing to the company?**
Most large chains have retail Internet operations, and may link to other websites.

**What competitor is the greatest threat to the company?**
Stores compete with mass merchandisers, warehouse clubs, department stores, Internet and mail order retailers, specialty office products retailers, and some manufacturers.

### *Regulations, R&D, Imports and Exports*

**How does the company ensure that its consumer financing operations comply with government regulations?**
Federal and state laws regulate how companies originate, service, and enforce credit accounts.

**If the company has retail locations outside the US, how important are they to the company's international business?**
Most large chains have retail operations outside the US, primarily in Canada.

**How important are imports to the company's business?**
Many companies operate global sourcing offices in Asian countries.

*Organization and Management*
**How has the company's total employment changed over the last few years?**
Overall industry employment has declined due to competition and productivity gains.

**How important are part-time workers?**
Seasonal sales make stores reliant on part-time help, especially during the winter holidays.

**How are sales associates compensated?**
Most large stores have eliminated commissions.

**What types of sales training does the company offer?**
Sales training is important due to the technical nature and high cost of many products.

*Financial Analysis*
**How seasonal is cash flow?**
Cash flow is highly seasonal, peaking during the winter holiday.

**How dependent are the company's earnings on the winter holiday season?**
Chains can generate between 50 to 100 percent of earnings during the winter holidays.

**How does the company deal with excess inventory?**
Companies typically use heavy discounting to sell off products that are soon to be obsolete.

**What challenges does the company face when negotiating leases?**
Superstore leases run up to 20 years and smaller strip malls average three to five years.

**How does the company finance expansions and store upgrades?**
Companies may require capital to finance major projects.

*Business and Technology Strategies*
**What is the company's competitive strategy?**
Companies face heavy competition from warehouse clubs, mass merchandisers, department stores, and Internet and mail order retailers.

**How will market saturation of many electronic products affect the company?**
High household penetration of key products, like DVD players, may limit growth.

**What are the company's most significant growth opportunities?**
Digital products, portable electronics, complementary products, and technical services are growth opportunities.

**What challenges and opportunities does the Internet present the company?**
The Internet is an important source of information for consumers, and represents significant sales for consumer electronic products.

**How does the company manage new product proliferation due to rapid advances in technology?**
Technological advances result in rapid, numerous new product introductions.

**What issues has the company had integrating departmental computer systems?**
Integrating departmental systems like point-of-sale, inventory, warehousing, and purchasing are critical to efficient operations.

### Executive Insight
### Chief Executive Officer - CEO
**Building Strategy Around Changing Technology**
Rapid advances in technology have created numerous product standards in the consumer electronics industry, and forced companies to cater to multiple markets while adapting their long-term strategy to changing market conditions. Different standards require companies to offer several formats for products, like TV and DVD players, and compatible accessories. To maximize sales and avoid massive inventory write-offs, companies must constantly evaluate technological trends to predict which industry standards will dominate.

**Protecting Share in Highly Competitive Market**
Consumer electronics stores face heavy competition from numerous alternative channels, including mass merchandisers, warehouse clubs, department stores, Internet and mail order retailers, specialty office and computer retailers, and some manufacturers. Websites allow consumers to compare prices across multiple outlets and buy products without ever leaving home. To protect market share, electronics stores can provide a better shopping experience by offering an environment conducive to evaluating video or audio products; specializing in a particular segment (like home theater or electronic games); providing superior customer service; and guaranteeing satisfaction with products.

### Chief Financial Officer - CFO
**Minimizing Excess Inventory**
Given the high cost of consumer electronics inventory, companies struggle to balance carrying minimum levels of inventory against avoiding out-of-stocks. Rapid advances in technology shorten product life cycles, leaving retailers with the potential for expensive, outdated inventory. In anticipation of new product introductions or upgrades, electronics retailers will offer deep discounts on current year models to minimize the downward changes in the valuation of inventory at year's end.

**Managing Seasonal Cash Flow**
Cash flow is highly seasonal, and peaks during the winter holidays. Large companies generate a substantial portion of earnings during fourth quarter, and poor performance during the holidays can unfavorably affect the entire fiscal year. Companies may try to smooth cash flow by promotions during other holidays and events, like school graduations and Father's Day.

### Chief Information Officer - CIO
**Providing Access to Timely Information**
Companies require ready access to data at the store and warehouse level to monitor inventory levels and identify buying trends. Integrated computer systems can track store performance, automatically replenish in-store inventory, and locate available products when a particular store is out of stock. Timely sales data can be used to adjust inventory levels and reduce the need to discount products to deplete excess inventory.

51
**Attachment A**
**PX 31, 3219**

### Developing Internet Strategy

By offering low prices and a wealth of product information, Internet retailers represent a significant and growing threat to electronics stores. Most large electronics retailers operate websites and link to related sites to draw Internet traffic. Consumer electronics retailers can execute special website-only promotions or offer in-store pickup and return to differentiate from Internet-only retailers.

### *Human Resources - HR*

### Retaining Qualified Sales Staff

Employee turnover in the retail industry is high, and the relatively high cost and technical nature of consumer electronics products require trained and motivated sales associates who can explain complicated features to the average consumer. As a result, consumer electronics store employees earn more than the average retail employee. Most large US electronics companies have eliminated commissions as part of compensation.

### Hiring Part-Time Employees

Highly seasonal sales require companies to employ additional personnel during the winter holidays. In 2009, RadioShack hired 1,900 temporary employees for the holiday selling season. Timely hiring and training of part-time employees to meet customer service expectations challenge retailers, which often turn to outside placement agencies.

### *VP Sales/Marketing - Sales*

### Identifying New Targets

Due to growing acceptance of consumer electronics products, companies miss opportunities by exclusively targeting the traditional electronics consumer -- the affluent, professional man. Affluent professionals are often early adopters of new technologies, but families, suburban moms, young men, and small businesses represent significant, and often untapped, market potential for retailers as prices drop. Best Buy has adopted an operating model that tailors product assortment, staffing, promotions, and layout at the store level to select customer segments depending on market area demographics.

### Developing Effective Promotions

Selective discounting, especially during the holidays, is common among consumer electronics retailers. Effective promotions can generate store traffic and increase the total customer purchase without hurting profitability. Companies can offer additional rebates on top of manufacturer rebates or discounts on higher-margin accessories as part of a bundled purchase to increase a promotion's perceived value. In addition, offering exclusive promotions to members of customer loyalty programs is a targeted, efficient way to generate repeat business.

### *Executive Conversation Starters*
### *Chief Executive Officer - CEO*

### How does the company forecast which new technologies will be successful?

To maximize sales and avoid inventory write-offs, companies must evaluate technology trends to predict which industry standards will dominate.

### How does the company compete against Internet and mail order retailers?

Sales of computer products at Internet and mail order retailers matches or exceeds that of electronics stores.

### Chief Financial Officer - CFO

**How is the company challenged by managing inventory levels?**
Given the high cost of consumer electronics inventory, companies struggle to balance carrying minimum levels of inventory against avoiding out-of-stocks.

**What is the company doing to smooth out annual cash flow?**
Companies may try to smooth cash flow by offering promotions during other holidays and events, like graduations and Father's Day.

### Chief Information Officer - CIO

**How is the company speeding up sales reporting for managers?**
Timely sales data can be used to adjust inventory levels and reduce the need to discount products to deplete excess inventory.

**How is the company growing its Internet marketing and sales?**
Most large electronics retailers operate websites and link to related sites to draw Internet traffic.

### Human Resources - HR

**How difficult is recruiting and retaining knowledgeable sales associates?**
Employee turnover in the retail industry is high; consumer electronics products require trained sales associates who can explain features to consumers.

**How does the company recruit and train part-time personnel?**
Highly seasonal sales require companies to employ additional personnel during the winter holidays.

### VP Sales/Marketing - Sales

**How is the company adapting its marketing to meet new target audiences?**
Families, suburban moms, young men, and small businesses represent significant, and often untapped, market potential for retailers as prices drop.

**What product promotion programs has the company found most effective?**
Effective promotions can generate store traffic and increase the total customer purchase without hurting profitability.

### Financial Information
### COMPANY BENCHMARK TRENDS

**Quick Ratio by Company Size**

The quick ratio, also known as the acid test ratio, measures a company's ability to meet short-term obligations with liquid assets. The higher the ratio, the better; a number below 1 signals financial distress. Use the quick ratio to determine if companies in an industry are typically able to pay off their current liabilities.



Financial industry data provided by MicroBilt Corporation collected from 32 different data sources and represents financial performance of over 4.5 million privately held businesses and detailed industry financial benchmarks of companies in over 900 industries (SIC and NAICS). More data available by subscription or single report purchase at www.microbilt.com/firstresearch.

**Working Capital Turnover by Company Size**

The working capital turnover ratio, also known as working capital to sales, is a measure of how efficiently a company uses its capital to generate sales. Companies should be compared to others in their industry.



Financial industry data provided by MicroBilt Corporation collected from 32 different data sources and represents financial performance of over 4.5 million privately held businesses and detailed industry financial benchmarks of companies in over 900 industries (SIC and NAICS). More data available by subscription or single report purchase at www.microbilt.com/firstresearch.

CS-0238

**Attachment A**
**PX 31, 3222**

**Current Liabilities to Net Worth by Company Size**

The ratio of current liabilities to net worth, also called current liabilities to equity, indicates the amount due creditors within a year as a percentage of stockholders' equity in a company. A high ratio (above 80 percent) can indicate trouble.



Financial industry data provided by MicroBilt Corporation collected from 32 different data sources and represents financial performance of over 4.5 million privately held businesses and detailed industry financial benchmarks of companies in over 900 industries (SIC and NAICS). More data available by subscription or single report purchase at www.microbilt.com/firstresearch.

*COMPANY BENCHMARK INFORMATION*
*NAICS: 4431*

**Data Period: 2013**                                    Last Update February 2015

**Table Data Format**                                                        Mean

| Company Size | All | Large | Medium | Small |
|---|---|---|---|---|
| **Size by Revenue** | | Over $50M | $5M - $50M | Under $5M |
| **Company Count** | 36212 | 98 | 1357 | 34757 |

| Income Statement | | | | |
|---|---|---|---|---|
| **Net Sales** | 100% | 100% | 100% | 100% |
| **Gross Margin** | 33.6% | 32.9% | 33.5% | 34.5% |
| **Officer Compensation** | 3.1% | 2.7% | 2.9% | 3.5% |
| **Advertising & Sales** | 1.4% | 1.4% | 1.4% | 1.4% |
| **Other Operating Expenses** | 26.8% | 26.3% | 26.8% | 27.2% |
| **Operating Expenses** | 31.2% | 30.5% | 31.1% | 32.1% |

| | | | | |
|---|---|---|---|---|
| Operating Income | 2.4% | 2.4% | 2.4% | 2.4% |
| Net Income | 1.2% | 1.2% | 1.2% | 1.2% |

| Balance Sheet | | | | |
|---|---|---|---|---|
| Cash | 11.4% | 11.2% | 11.2% | 11.7% |
| Accounts Receivable | 23.7% | 23.7% | 24.3% | 23.3% |
| Inventory | 26.4% | 26.2% | 26.5% | 26.8% |
| Total Current Assets | 66.5% | 66.0% | 66.8% | 66.7% |
| Property, Plant & Equipment | 14.3% | 14.2% | 14.2% | 14.3% |
| Other Non-Current Assets | 19.3% | 19.7% | 18.9% | 19.0% |
| Total Assets | 100.0% | 100.0% | 100.0% | 100.0% |
| Accounts Payable | 22.2% | 22.0% | 22.2% | 22.5% |
| Total Current Liabilities | 41.5% | 40.7% | 41.9% | 42.2% |
| Total Long Term Liabilities | 17.1% | 14.8% | 17.6% | 19.4% |
| Net Worth | 41.4% | 44.5% | 40.4% | 38.5% |

| Financial Ratios (Click on any ratio for comprehensive definitions) | | | | |
|---|---|---|---|---|
| Quick Ratio | 0.85 | 0.87 | 0.86 | 0.84 |
| Current Ratio | 1.60 | 1.62 | 1.59 | 1.58 |
| Current Liabilities to Net Worth | 100.4% | 91.4% | 103.8% | 109.5% |
| Current Liabilities to Inventory | x1.57 | x1.56 | x1.59 | x1.58 |
| Total Debt to Net Worth | x1.42 | x1.25 | x1.47 | x1.60 |
| Fixed Assets to Net Worth | x0.34 | x0.32 | x0.35 | x0.37 |
| Days Accounts Receivable | 30 | 31 | 32 | 29 |
| Inventory Turnover | x7.12 | x7.18 | x6.99 | x7.16 |
| Total Assets to Sales | 35.9% | 36.4% | 36.7% | 34.8% |
| Working Capital to Sales | 9.0% | 9.2% | 9.1% | 8.5% |
| Accounts Payable to Sales | 7.8% | 7.8% | 8.0% | 7.7% |
| Pre-Tax Return on Sales | 2.0% | 2.0% | 2.0% | 2.0% |
| Pre-Tax Return on Assets | 5.5% | 5.4% | 5.4% | 5.6% |
| Pre-Tax Return on Net Worth | 13.3% | 12.1% | 13.3% | 14.6% |
| Interest Coverage | x4.92 | x5.00 | x4.90 | x4.88 |
| EBITDA to Sales | 3.7% | 3.7% | 3.8% | 3.6% |
| Capital Expenditures to Sales | 1.6% | 1.7% | 1.7% | 1.5% |

Financial industry data provided by MicroBilt Corporation collected from 32 different data sources and represents financial performance of over 4.5 million privately held businesses and detailed industry financial benchmarks of companies in over 900 industries (SIC and NAICS). More data available by subscription or single report purchase at www.microbilt.com/firstresearch.

### *ECONOMIC STATISTICS AND INFORMATION*

#### *Retail Annual Sales Growth - Census Bureau*



#### *Change in Consumer Prices - Bureau of Labor Statistics*



### *VALUATION MULTIPLES*

#### Consumer Electronics & Appliances Stores

Acquisition multiples below are calculated using at least 28 US private, middle-market (valued at less than $1 billion) industry asset transactions completed between 5/2003 and 3/2014. Data updated annually. Last updated: November 2014.

| Valuation Multiple | MVIC/Net Sales | MVIC/Gross Profit | MVIC/EBIT | MVIC/EBITDA |
|---|---|---|---|---|
| Median Value | 0.3 | 0.7 | 3.8 | 3.6 |

**MVIC (Market Value of Invested Capital)** = Also known as the selling price, the MVIC is the total consideration paid to the seller and includes any cash, notes and/or securities that were used as a form of

However, retailers can capitalise on attracting consumers prepared to commit to a grand over two years by persuading them to part with just a bit more cash on shiny nick-nacks to further optimise their phone experience.

That is the conclusion of market researcher ABI Research in its mobile accessories market data study. It seems that aftermarket accessories - those not included with the original purchase - produced worldwide revenue of $26.5 billion last year, a figure that is expected to double by 2015.

*"Market growth in the aftermarket accessories segment is being driven by the explosive growth in smartphone sales," said senior analyst Michael Morgan. "Smartphone are generally higher-value products than feature phones, so consumers are willing to spend more on the accessories for them. There is also a shift to higher-quality accessories, replacing the cheap, white-label products that characterized the market until recently."*

The looming ubiquity of smartphones is unquestioned, but how to make money out of them remains the million dollar question. As you can see in the charts published by Fortune below, only one company has really got the hang of making money out of the handsets themselves, and Apple's not in the habit of enriching the wider channel when it can pocket the cash itself.

But tech retailers have been making money out of iPod accessories, such as cases and speaker docks, for years, and there's no reason to doubt even greater opportunities are available in the smartphone market - especially when you consider all other phones are likely to use the micro-USB interface from now on.

Other types of popular accessories include scratch protectors, Bluetooth headsets - although the lower-end is declining - and memory cards. However, in the latter case, phones often come with at least 1GB as standard these days, so many consumers are making do with that.

**Market Trends**

According to a recent study from ABI Research, sixty six percent of revenues earned from mobile phone accessories are generated in the aftermarket. This percentage is only expected to grow with time, following a market trend to move more and more accessories "out of the box" and onto retailers' shelves according to ABI research. "Mobile operators and mobile phone vendors see that the only return from including a subsidized accessory included in the mobile phone box is customer satisfaction," comments industry analyst Michael Morgan. "While that isn't without some intangible value, on the retail shelf a mobile phone accessory is a high-margin product that will generate actual income."

**ABI research studied mobile phone accessories market**
Because of that, aftermarket mobile phone accessories will also show faster growth rates than those included "in-box." The currently most popular aftermarket mobile phone accessories are memory cards and protective silicone carrying-cases or sleeves. Both result from the popularity of smartphones: their multimedia capabilities often demand extra memory capacity, and their high value encourages owners to take better care of them. This latter trend has clearly been initiated and driven by Apple's iPhone.

**Mobile phone accessories market differs per region**
Protection takes on even greater importance in some emerging markets, where most owners intend to resell their mobile phones when they upgrade. Other regional factors in the accessories market are culturally determined, says Morgan: "While the belt-clip style of mobile phone 'holster', for example, is popular in North American and Western European markets, Asian consumers tend to prefer wrist- and neck-straps which provide greater visibility for the mobile phones of the fashion-conscious, at lower cost." Fast-growing accessory groups include Bluetooth headsets and wired headsets for music listening, while others such as add-on GPS receivers are in decline as their functions are progressively moved into the mobile phone itself.

**Market Size**

The largest shift in the mobile accessories market identified by TrendsSpotting Trends Research is no doubtfully marked by intelligent capabilities made available with mobile apps. The mobile accessories market has changed dramatically during the last 12 months, since consumers have largely adopted smartphones, and apps download has become a popular behaviour. It is no longer a market of cases and skins but of smart devices supported by intelligent apps.

With the increased use of mobile apps , new opportunities lie for hardware accessories that complement the mobile device. Mobile accessories can now provide smart solutions that were not available before: location tracking, sensors and monitoring devices are put together to allow smarter management systems for homes, transportation, fitness and health care.

Protection: The high value of the smartphone device (compared to feature phones) makes it rational for consumers to invest in its protection. As competition in this market strengthens, case makers understand they need to provide more advanced solutions (such as charging capabilities and storage), as part of the case.

Charging: With phones following the consumer everywhere, we see a large variety of charging solutions: from simultaneous charging and battery boosts to wireless charging and alternative power sources, consumers can now make sure they will never be disconnected.

Entertainment: In the last year we have witnessed a growing trend of mobile accessories that enhances the capabilities of Smartphone: its visual and audio features are upgraded to provide a more developed entertainment device, used mostly for games and music. With upgrading such capabilities, the smartphone becomes the centre of entertainment in homes and on the go.


**Market Share**

**Smartphone Accessory Revenues Valued at $20 Billion in 2012**

Smartphones will drive $20 billion in aftermarket accessory revenues in 2012, accounting for more than half of the $36 billion that all aftermarket handset accessories will produce. By 2017, smartphone accessories will grow to $38 billion in revenues, while feature phone accessory revenues decline to $12 billion.

"The increasing penetration of smartphones is driving a shift in accessory design toward smart accessories that drive higher levels of consumer interaction, product value, and brand recognition," says Michael Morgan, senior analyst, devices, applications & content. "For new market entrants, developing brand recognition is paramount in capturing market share from the incumbents. This is best accomplished by the development of engaging, innovative accessories that extend the value proposition of today's mass market accessories."

Feature phone consumers will spend an average of $28.17 on accessories per device, while smartphone owners will spend $56.18 on accessories per device.  The difference in spending is driven by a combination of consumers spending more per accessory and purchasing more accessories for smartphones as compared to feature phone owners.

While feature phone accessories tend to be basic commodity-type products, smartphone-focused accessories

CS-0243

are increasingly looking to leverage on device applications and communication protocols that can increase the design complexity and allow the accessories to become service delivery platforms.

"As smartphones continue to expand the value of mobile handsets, accessories will need to equally deliver higher levels of product engagement, customization, and predict consumers' shifting mobility use cases," adds Jeff Orr, practice director, devices, applications & content

61
**Attachment A**
**PX 31, 3228**



Attachment A
PX 31, 3229

INNOVATION EVALUATION

SMARTNET

CHRISTOPHER SEAVER

Our initial evaluation of your innovation has been completed. Thirty-two (32) areas of concern for new product introduction are grouped into five (5) major factors. The completion phrase(s) given for each of the thirty-two (32) areas of concern correspond to the judgment of several evaluators. Their responses have been averaged by the computer and the appropriate completion phrase(s) to each area of concern is printed below. if two phrases are printed for an area of concern, then the score for your innovation falls between the two possible completion phrases. The preliminary evaluation should provide you with some indication of the marketability and probable success of your innovation.

**1. PROTECTION CRITERION: Considering patents (or copyrights), technical difficulty, and secrecy, the prospects for protection appear to be:**

Legal Protection and/or secrecy possible

**2. NEW COMPETITION CRITERION: Competition from new entrants or competitive action is expected to be:**

Low - product lead will be relatively long

**3. EXISTING COMPETITION CRITERION: Existing competition for this innovation appears to be:**

Low - a significant market share can be gained

**4. PRICE CRITERION: Relative to competition and/or substitute products, the selling price is likely to be:**

About the same

**5. DURABILITY CRITERION: Relative to competition and/or substitutes, durability of the product is likely to be perceived as:**

Similar - noticeably better

**6. FUNCTION CRITERION: Relative to competing and/or substitute products, services, and processes, the function performed might be perceived as:**

Superior - a noticeable improvement

**7. APPEARANCE CRITERION: Relative to competition and/or substitutes, appearance is likely to be perceived as:**

Superior - has customer appeal

**8. SERVICE CRITERION: The cost and difficulty associated with providing product service is likely to be:**

Very low -will require little or no parts and service

**9. DISTRIBUTION CRITERION: The cost and difficulty of establishing distribution channels are likely to be:**

Low relative to expected sales

**10. PROMOTION CRITERION: The costs and effort required to promote the advantages and benefits are likely to be:**

Low relative to expected sale

**11. VISIBILITY CRITERION: The advantages and benefits are:**

Visible - easily communicated

**12. DEPENDENCE CRITERION: The degree to which the sale or use of this product is dependent upon other products, processes, or systems is:**

Moderate - reasonable market control

**13. NEED CRITERION: The level of need filled or utility provided by this innovation is:**

Moderate - fulfills both psychological and physical non-essential needs

**14. LEARNING CRITERION: The amount of learning required for correct use is:**

Very low - no instructions needed

**15. PRODUCT LINE POTENTIAL CRITERION: The potential for additional products, multiple styles, qualities, price ranges, etc., is:**

High - new product spin-offs likely

**16. CYCLE CRITERION: The product life cycle is likely to be:**

Five to seven years

**17. STABILITY OF DEMAND CRITERION: The fluctuation in demand is likely to be:**

Predictable

64

**Attachment A**
**PX 31, 3231**

**18. TREND OF DEMAND CRITERION:** The market demand for products of this type appears to be:

Growing slowly

**19. POTENTIAL SALES CRITERION:** Expected sales of this product might be:

Very Large

**20. POTENTIAL MARKET CRITERION:** The total market for products of this type may be:

VERY LARGE - INTERNATIONAL

**21. RESEARCH AND DEVELOPMENT CRITERION:** The research and development required to reach the production-ready stage will be...

Relatively easy and simple

**22. MARKETING RESEARCH CRITERION:** The marketing research required to develop market-ready product is estimated to be:

Relatively easy and simple

**23. PROFITABILITY CRITERION:** Profitability is defined as the extent to which anticipated revenues will cover the relevant costs for a manufacturer or licensee (direct, indirect, and capital). Anticipated revenues: *** THIS DOES NOT REFER TO THE INVENTOR ***

Will cover direct and indirect costs and easily exceed capital cost (ROI)

**24. PAYBACK PERIOD CRITERION:** The expected payback period (time required to recover initial investment) for a manufacturer or licensee is likely to be... *** THIS DOES NOT REFER TO THE INVENTOR ***

LESS THAN 6 MONTHS

**25. INVESTMENT COSTS CRITERION:** The manufacturer or licensee's amount of capital and other costs necessary for development to the market-ready stage would be... *** THIS DOES NOT REFER TO THE INVENTOR ***

Low - recoverable within two years

**26. STAGE OF DEVELOPMENT CRITERION:** Based on available information, there is...

A market ready prototype with performance and safety testing completed

**27. PRODUCTION FEASIBILITY CRITERION:** With regard to technical processes or equipment

CS-0248

Attachment A
**PX 31, 3232**

required for production, this invention will...

Have no problems

**28. FUNCTIONAL FEASIBILITY CRITERION: In terms of intended functions, will it actually do what it is intended to do?**

It will work - no changes necessary

**29. LEGALITY CRITERION: In terms of applicable laws (particularly product liability), regulations, product standards, this idea/invention/new product:**

Meet them without any changes

**30. SAFETY CRITERION: Considering potential hazards and side effects, the use will be:**

Very safe under all conditions, including misuse

**31. ENVIRONMENTAL IMPACT CRITERION: In terms of pollution, litter, misuse of natural resources, etc., use might...**

Have no effect on the environment

**32. SOCIETAL IMPACT CRITERION: In terms of the impact (benefit) upon the general welfare of society, use might...**

Have no effect on society

INNOVATION EVALUATION

Likelihood Question: Likelihood estimate shown is in our opinion, the likelihood of this idea, process or product being successful in the marketplace. (see chart below)

| | |
|---|---|
| Definitely Not Successful (0 - 19) | |
| Probably Not Successful (20 - 39) | |
| May be Successful (40 - 59) | |
| Probably Successful (60 - 79) | 75 |
| Definitely Successful (80 - 100) | |

NOTE: This estimate should be interpreted as an overall summary, based on the 32 criteria of the likelihood of chance of success for your invention or new product idea. If this information seems to contradict some of the written responses for the criteria, it is because the estimate reflects the varying degrees of importance and the interrelationships of the 32 criteria. Consequently, you should place greater emphasis on this information than any specific criterion contained in your evaluation report.

Attachment A
**PX 31, 3233**

*who*

## **Exclusive Patent Licensing Agreement Offer**

This Patent License Agreement (the "Agreement") is made and entered into as of the 30th day of October, 2015 (the "Effective Date"), by and between CS Elements Development, LLC, a Florida LLC with a mailing address of ███████████████████████████ ("Owner" or "Licensor") and WPM Licensing Partners, Inc., a Florida corporation with a mailing address of 1680 Meridian Avenue, Suite 600, Miami Beach, FL 33139 ("WPM" or "Licensee").

This Exclusive Patent Licensing Agreement Offer expires on November 2, 2015.

## R E C I T A L S :

A.      Owner hereby warrants and represents that is the owner of the patent or pending patent application filed with the United States Patent and Trademark Office ("USPTO") under the registration # 62035937 also known as Net For A Mobile Electronic Device (each, a "Licensed Patent" and collectively, the "Licensed Patents") and/or that Owner has the lawful right to grant WPM a license to use the Licensed Patents as used and patented with a variety of goods, including but not limited to, the "Licensed Goods" (as defined below); and

B.      WHEREAS Patent Owner represents and warrants that it has not encumbered or otherwise granted any third party an interest in the Licensed Patents or Licensed Goods, and

C.      WHEREAS Patent Owner, as the sole owner of the entire right, title and interest in and to all intellectual property rights in the Licensed Patents, wishes to have the Licensed Goods manufactured by a third party, and

D.      WHEREAS WPM desires to manufacture, promote and/or market goods that are similar in construction and appearance to the product described in the abovementioned patent registration.

E.      WHEREAS WPM has requested an exclusive license to manufacture, distribute and sell the Licensed Goods and Owner is willing to grant such a license to WPM on the terms set forth herein; and

F.      Owner desires to grant a license to WPM for WPM to use the Licensed Patents on and in connection with the Licensed Goods in the "Territory" (as defined below) subject to the terms and conditions set forth in this Agreement; and

G.      Subject to the terms and conditions set forth herein, WPM desires to obtain said license from Owner to use the Licensed Patents in connection with the manufacturing, marketing, promotion, sale and distribution of the Licensed Goods within the Territory.

NOW, THEREFORE, in consideration of the mutual covenants hereinafter set forth, and r good and valuable consideration, the receipt and sufficiency of which are hereby owledged by the parties, Licensor and WPM hereby agree as follows:

1

CS-0002

**Attachment B**
**PX 31, 3234**

1.    <u>Definitions.</u>  As used herein, the terms set forth shall be defined as follows:

    1.1    "Affiliate" shall mean any person or entity directly or indirectly controlling or having the power to control, or controlled by or being under common control with another person or entity.  For this purpose, "control" means the direct or indirect possession of power to direct or cause the direction of the management or policies of such party, whether through ownership or stock or other securities, by contract or otherwise.  Ownership of more than fifty percent (50%) of the beneficial interest of an entity shall be conclusive evidence that control exists.

    1.2    "<u>Licensed Goods</u>" shall mean the products that WPM is authorized to manufacture, sell, promote, market or distribute bearing a licensed patent pursuant to the license granted herein.

    1.3    "<u>Territory</u>" shall mean the entire world. For avoidance of doubt, all countries and territories located in world comprise the Territory.

    1.4    "<u>Net Sales</u>" shall mean the invoiced amount of Licensed Goods sold by WPM or any of its affiliates, less manufacturing costs, marketing costs and documented returns of Licensed Goods.  Commissions, freight and other costs incurred in manufacturing, promoting, distributing or selling the Licensed Goods shall be deductible from gross sales in calculating Net Sales.

    2.    <u>Grant of License</u> Owner hereby grants WPM an exclusive, non-transferable and non-revocable worldwide right and license to use the Licensed Patents in connection with the manufacture, use, advertising, promotion, marketing, distribution and sale of the Licensed Goods in accordance with the terms of this Agreement.  WPM may also grant any sublicense, security interest or any other interest or right with respect to the Licensed Patents or any "Product Attributes" (as defined below) to any manufacturer or distributor without any further prior written approval of Owner.  The parties agree that any variations of or modifications to the Licensed Goods developed by either WPM or Patent Owner shall be included within the definition of Licensed Goods and shall be governed by this Agreement. This license shall continue in full force and effect for a period of ninety-nine (99) years after the Effective Date.

    2.1    <u>Scope of Use.</u>  WPM is granted the exclusive right to use the Licensed Patents in connection with the manufacture, promotion, marketing, sale and distribution of the Licensed Goods globally during the Term.  This license is granted to allow WPM to utilize any of the Licensed Patents or any Product Attributes in any manner whatsoever.  Any Licensed Goods may be produced, marketed, or sold by WPM bearing the Licensed Patents without any additional approval of Owner.  Owner or its affiliates are prohibited from manufacturing or having manufactured Licensed Goods or any other products bearing the Licensed Patents during the term of this Agreement.  Owner shall have no right to sell Licensed Goods and other products bearing the Licensed Patents to anyone and/or otherwise use the Licensed Patents during the term of this Agreement.

2

     2.2    <u>Retail Sales; Internet Sales.</u>  The rights granted to WPM hereunder shall include the right to sell Licensed Goods at retail stores, on a wholesale basis and/or via websites regardless of whether such websites are owned or operated by WPM or any of its Affiliates including, but not limited to, sales through the Internet.  The Royalties payable on such sales shall be based on Net Sales at the full retail price collected from the end consumer purchasing Licensed Goods via said sites or stores.

     2.3    <u>Manner of Making Payments.</u>  All payments required of WPM hereunder shall be made to Owner in U.S. Dollars via wire transfers, or in such other manner as Owner shall designate, as follows;

          If paying by check:

          If paying by wire:

     2.4    <u>Taxes.</u>  WPM shall be responsible for payment of all taxes, duties and any other governmental charges payable by WPM and/or in connection with the production, marketing, distribution and sale of the Licensed Goods.

     2.5    <u>Covenant to Exploit the Licensed Rights.</u>  WPM shall use its commercially reasonable efforts to exploit the rights herein granted throughout the Territory and to sell the maximum quantity of Licensed Goods therein.

     2.6    <u>Term.</u>  This Agreement will commence on the Effective Date hereof, and will continue in effect for the period set forth in paragraph 1.5.

     2.7    <u>Post Expiration Sell-Off.</u>  In the event this Agreement is not renewed, WPM may continue to sell its inventory of Licensed Goods in existence as of the date of expiration until such time as such inventory is sold in its entirety.  Owner shall have the right at any time to purchase all of WPM's then remaining inventory of Licensed Goods on the terms provided herein.

     2.8    <u>Reversion of All Rights to Owner Upon Expiration.</u>  Except for the sale of inventory during the sell-off period, if any, on expiration, all of the rights of WPM under this Agreement shall terminate forthwith and shall revert immediately to Owner and WPM immediately shall cease the manufacture, distribution and sale of Licensed Goods, discontinue all use of the Licensed Patents and transfer and assign in writing to Owner, free of charge, all registrations, filings and rights with regard to the Licensed Patents or any intellectual property rights relating to the Licensed Goods or Product Attributes that it may have possessed at any time.

3

CS-0004

3.     **Licensed Goods.**

3.1     Brand Identity Guidelines and Product Attributes.   WPM shall determine materials, designs, colors, labels and packaging (collectively, the "Product Attributes") that WPM desires for use in connection with Licensed Goods.  WPM shall formulate the Product Attributes in consultation with Owner.  Owner shall provide WPM with stylistic and technical assistance for the creation of the Licensed Goods, i.e., Owner may provide WPM with style specifications featuring original sketches, drawings and/or models. WPM shall also create the prototypes of all models of Licensed Goods to marketable standards.

3.2     Ownership and Use of Product Attributes.   All designs, sketches and other materials forming part of the Product Attributes provided by Owner shall be used by WPM in connection with the manufacture, distribution and sale of Licensed Goods, and the advertising, marketing and promotion of Licensed Goods in the Territory and pursuant to this Agreement. Whether or not WPM chooses to use any such designs, sketches or other materials, Owner may not use and permit others to use them in any manner.

3.3     Originality of Product Attributes.  WPM shall not copy or base any of the Product Attributes for the Licensed Goods on any identifiable designs used in the development of any other products (whether "private label" or "branded") and agrees that such other products shall be sufficiently differentiated from the Licensed Goods produced under this Agreement. WPM shall also not develop any products for anyone other than Owner using any of the Product Attributes.  Rework this to a limited term

3.4     Licensed Goods Samples.  WPM shall be responsible for making all samples of Licensed Goods and WPM shall advance all costs in connection therewith.  WPM further agrees to provide Owner with reasonable quantities of samples of all Licensed Goods free of charge as may be requested by Owner from time to time.  WPM shall, at its own expense, provide to Owner or its designee, such samples (including prototype samples and/or complete sets of current Licensed Production samples) of the Licensed Goods and presentation and promotional materials as Owner may, from time to time, request for quality control testing, comparison with earlier samples, proof of Licensed Patents use and/or for use and display in showrooms or at exhibitions worldwide.

3.5     Requirements with Respect to Licensed Goods.  The styles, designs, packaging, contents, workmanship and quality of all Licensed Goods will be provided to Owner and approved by WPM prior to the offering for sale, sale or distribution thereof. Unless waived in writing by Owner in advance, before offering for sale, selling or distributing any Licensed Product, WPM shall deliver to Owner for its approval, free of charge, one (1) prototype sample of each such Licensed Good. Additionally, upon Owner's request, WPM shall submit to Owner, without charge, then current production samples of each Licensed Good produced hereunder so that Owner may assure itself of the maintenance of the quality standards set forth herein.

3.6     Compliance with Laws.  All Licensed Goods shall be manufactured, and all Licensed Goods shall be offered for sale, sold, labeled, packaged, distributed and advertised, in compliance with all applicable treaties, laws and regulations, including all child and other labor

4

CS-0005

**Attachment B**
**PX 31, 3237**

laws and regulations, all customs requirements and country of origin regulations and all treaties, laws and regulations relating to health and safety, disclosure of information to the consumer and testing of products and materials.

3.7   Use of Subcontractors.   WPM may use contractors for the production of Licensed Goods.  WPM's engagement of contractors shall not limit WPM's obligations hereunder.

3.8   Owner Approval/Disapproval of Customers/Points of Sale.   In the event Licensed Goods retailers engage in unfair competition practices and/or misuse the Licensed Patents in any way and WPM decides to take legal action, Owner shall cooperate with WPM in every way, even if this means joining WPM in such legal action.

3.9   Pricing and Terms of Sale of Licensed Goods.   Nothing in this Agreement shall be deemed to imply any restriction on WPM's freedom and that of its customers to sell the Licensed Goods at such prices as WPM or, as the case may be, its customers shall determine.

3.10   Licensed Product Order Fulfilment.   WPM shall be solely responsible for the proper fulfilment of the orders placed by its customers.

4.   **Royalties.**

4.1   **Accrual.** Royalties accrue thirty (30) days after the sale of a Licensed Good, and a Licensed Good is considered "sold" after it has shipped and been paid for.  Licensed Good sales to an affiliate of WPM shall be deemed to have been made at WPM's average billing prices for sales of the same Licensed Goods to non-affiliated entities.

4.2   **Royalty Program.**

a)   In exchange for payment of $400,000 from Owner to WPM, month period while this Agreement is in effect, WPM shall pay "Royalties" equal to 20% of "Net Sales."

b)   In exchange for payment of $500,000 from Owner to WPM, during each twelve (12)-month period while this Agreement is in effect, WPM shall pay to Owner a "Royalty" or "Royalties" equal to 25% of "Net Sales."

c)   In exchange for payment of $600,000 from Owner to WPM, during each twelve (12)-month period while this Agreement is in effect, WPM shall pay to Owner a "Royalty" or "Royalties" equal to 30% of "Net Sales."

d)   In exchange for payment of $700,000 from Owner to WPM, during each twelve (12)-month period while this Agreement is in effect, WPM shall pay to Owner a "Royalty" or "Royalties" equal to 35% of "Net Sales."

4.3   Correctness of Statements and Payments.   The receipt or acceptance by Owner of any statements furnished pursuant to this license or any Royalties paid hereunder (or the cashing of any Royalty checks paid hereunder) shall be deemed a waiver of any rights of Owner to audit

5

**Attachment B**
**PX 31, 3238**

the accuracy of WPM's records.  In the event of an overpayment by WPM, WPM may deduct such mutually verified overpayment from any payment due with the next quarterly payment.  In the event no further Royalty statements would be forthcoming after discovery and mutual verification of the overpayment, then WPM shall receive a refund of such overpayment within thirty (30) days after its written request for a refund to Owner.

4.4     Record Keeping.  WPM shall keep accurate books of account and records covering all financial detail relating to this Agreement and the computation of Royalties, and shall keep the same available for at least one (1) year after expiration of this Agreement.

4.5     Quality Assurance.  The Licensed Goods shall be new products, free from defects in design, workmanship and materials, and of a standard of quality similar to the quality of like-priced products in the marketplace and to the protection of the Licensed Patents and goodwill associated therewith and symbolized thereby.  The Licensed Goods shall be manufactured in accordance with WPM's manufacturing specifications, protocol, safety, and quality control standards ("Manufacturing/Product Specifications").

4.6     **Disclaimer of Warranties.**  EXCEPT AS EXPRESSLY WARRANTED IN THIS AGREEMENT, AND TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WPM HEREBY DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS, STATUTORY AND IMPLIED, APPLICABLE TO THE LICENSED GOODS, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR THAT ANY PRODUCT IS DELIVERED FREE OF CLAIMS OF THIRD PARTIES BY WAY OF INFRINGEMENT OR THE LIKE.

5.     **Other Covenants of WPM.**  WPM makes the following additional covenants:

5.1     "Creation and Distribution of Licensed Goods."   WPM is responsible for advancing all expenses associated with the manufacturing, marketing, and distribution of the Licensed Goods, including but not limited to designing, manufacturing, purchasing, distributing, transactional fees, and in-store if any.  Such expenses shall be deducted from Net Sales as defined in section 1.4 above.

5.2     Use as Corporate Name, Trade Name or Domain Name.  WPM may use or register any of the Licensed Patents, in whole or in part, as a corporate name, trade name or domain name and may use any of the Licensed Patents in combination with any other mark, design or designation.

5.3     Acknowledgement of Joint Ownership.  WPM acknowledges that, as between WPM and Owner, Owner is the owner of all right, title and interest in and to the Licensed Patents in any form or embodiment thereof and is also the owner of the goodwill associated therewith and symbolized thereby now and in the future, including all goodwill that shall become associated with and symbolized by the Licensed Patents in connection with the Licensed Goods and the business and goods in relation to which the same has been, is or shall be used.  Sales by WPM shall be deemed to have been made by Owner for purposes of patent registration.

6

**Attachment B**
**PX 31, 3239**

5.4     Further Assurances and Assistance.   WPM shall execute any documents reasonably required by Owner to confirm Licenser's ownership of all rights in and to the Licensed Patents.   WPM shall cooperate with Owner in connection with the filing and prosecution by Owner of applications in Owner's name to register the Licensed Patents and the maintenance and renewal of such registrations as may issue as agreed by the parties.

5.5     Legal Notices and Markings.   WPM shall use the Licensed Patents strictly in compliance with all applicable legal requirements.   WPM shall cause to appear on all Licensed Goods and on all materials on or in connection with which the Licensed Patents are used, such legends, markings and notices as may be reasonably necessary in order to give appropriate notice of any Patent, trade name, copyright or other rights therein or pertaining thereto. WPM may affix to the Licensed Goods or any related presentation and promotional materials any logos, Patents, or indications indicating the composition of the Licensed Product materials or fibres, instructions for maintenance/care or those required under applicable law and regulations.

5.6     Limitations. WPM shall not be liable to Owner on account of any losses, liability, damages or expenses (including attorneys' fees and expenses) that either party may incur or be obligated to pay, or for which it may become liable or be compelled to pay in any action, claim or proceeding against it, by reason of the fact that the use of the Licensed Patents or the Product Attributes or the sale of the Licensed Goods anywhere infringes upon any rights of a third party.

5.7     Intellectual Property Rights With Respect to Licensed Goods and Product Attributes.   Any intellectual property right that may be created in any Licensed Goods, Product Attributes or any sketch, design, packaging, label, tag or other work product designed or provided by Owner shall be, as between Owner and WPM, the property of Owner.   Neither WPM nor any of its affiliates shall, at any time, do or suffer to be done any act or thing which may adversely affect any rights of Owner in any of same, including filing any application in its name to record any claims to copyrights in Licensed Goods, Product Attributes or other such materials, and shall do all things reasonably required by Owner to preserve and protect said rights, including placing appropriate Patent registration notices on all Licensed Goods and the packaging, labels and tags therefore.   If WPM is deemed by operation of applicable law to own any rights in and to any of the intellectual property with respect to the Licensed Goods, Product Attributes or other such materials, WPM hereby conveys, grants, transfers and assigns to Owner, all of such rights, including rights to copyright (including the right to adapt or create derivative works and the right to exploit such derivative works), designs and other intellectual property rights, title and interest in and to same, on an exclusive, perpetual, irrevocable, worldwide and royalty-free basis. If WPM (including but not limited to, its Subcontractors or employees) is deemed under applicable law to retain any inalienable rights, including, without limitation, moral rights in and to Owner's Property or any derivative works based thereon, WPM hereby agrees to waive the exercise of such rights. WPM shall execute any assignments, certificates of originality and other documents reasonably required by Owner to confirm Licenser's ownership of all rights in and to the Product Attributes and any other intellectual property rights with respect to the Licensed Goods, Product Attributes or other such materials.   WPM shall cooperate with Owner in connection with the filing and prosecution by Owner of applications in Owner's name to register the Product Attributes and/or Licensed Goods in the Territory and the maintenance and renewal of such registrations as may issue and shall police and cooperate with Owner with

7

CS-0008

respect to infringements thereof and shall, with respect to the Product Attributes and Licensed Goods, otherwise comply with the other requirements set forth in this Agreement for the Licensed Patents.

### 6.   Indemnification.

6.1   Owner.   Owner hereby indemnifies, defends and holds and shall indemnify, defend and hold WPM against any and all losses, liability, damages and expenses (including reasonable attorneys' fees and expenses) that WPM may incur or be obligated to pay, or for which WPM may become liable or be compelled to pay in any action, claim or proceeding against WPM, by reason of the fact that WPM's use of the Licensed Patent strictly in accordance with the terms of this Agreement infringes upon the rights of a third party.   In the event any claim is made against WPM which gives rise to the indemnification provided for herein, Owner's liability to WPM shall not be limited to the amount of any actual damages incurred by WPM under this Agreement and may include any consequential, special, punitive or similar damages.

6.2   Procedures for Indemnification.   Any person seeking indemnification hereunder (the "Indemnitee") shall use reasonable efforts to give WPM or Owner, as the case may be (for purposes of this section (the "Indemnitor"), notice of any action, claim or proceeding for which indemnification is being sought promptly after the Indemnitee becomes aware of such action, claim or proceeding; provided, however, that the failure of the Indemnitee to provide the Indemnitor prompt notice of any such action, claim or proceeding shall not adversely affect the Indemnitee's rights under this Agreement unless, and then only to the extent, that the Indemnitor is materially prejudiced by such failure.   Upon receiving notice of any action, claim or proceeding for which an Indemnitee is seeking indemnification, the Indemnitor, in its sole but reasonable discretion, shall take such action as it deems advisable to defend such action, claim or proceeding on behalf of the Indemnitee.   In the event appropriate action is not taken by the Indemnitor within twenty (20) days after its receipt of notice from the Indemnitee, the Indemnitee shall have the right to defend such action, claim or proceeding, in which case the Indemnitor also shall reimburse the Indemnitee for its costs in defending such action, claim or proceeding, but no settlement thereof may be made without the approval of the Indemnitor, which approval shall not be withheld or delayed unreasonably.   Even if such appropriate action is taken by the Indemnitor, the Indemnitee may, at its own expense, be represented by its own counsel in such action, claim or proceeding.   In any case, the Indemnitee and the Indemnitor shall keep each other fully advised of all developments and shall cooperate fully with each other in all respects in connection with any such defense as is made.

7.   **Confidentiality.**   WPM and Owner acknowledge that all information relating to the business and operations of Owner and WPM and their affiliates that they learn or have learned during or prior to the term of this Agreement, all creative concepts that the parties provide to each other hereunder are the valuable property of the providing party.   The parties acknowledge the need to preserve the confidentiality and secrecy of the foregoing and agree that, both during and after the term of this Agreement, they shall not use or disclose same, except for such use that is permitted under this Agreement. The parties shall further take all necessary steps to ensure that use by it or by its contractors and suppliers shall preserve in all respects such confidentiality and

CS-0009

**Attachment B**
**PX 31, 3241**

secrecy.  The terms of this Agreement shall not be disclosed to any third party without the prior written approval of the other party.

### 8.   Owner's Use of Licensed Goods.

8.1   WPM's Reasonable Assistance to Owner/Litigation.  WPM agrees to reasonably assist Owner in protecting their rights to the Licensed Patents and Product Attributes, including (but not limited to) reporting to Owner any possible infringement or imitation of the Licensed Patents or Product Attributes it becomes aware of.  WPM shall have the sole right to determine whether to institute litigation with respect to such infringements, as well as the sole right to select counsel.   Owner may, however, commence or prosecute any claims or suits for infringement of the Licensed Patents or Product Attributes in their own name or the name of WPM or join WPM as a party thereto at Owner's sole cost and expense.  If Owner brings an action against any infringer of the Licensed Patents or Product Attributes, WPM shall cooperate with Owner, lend whatever assistance is necessary, subject to being reimbursed for its out-of-pocket expenses and attorneys' fees.

9.   **Disclaimer of Partnership or Agency.**   Furthermore, the parties agree and understand that the relationship between WPM and Owner under this Agreement is wholly that of independent contractors.  WPM is in no way the legal or other representative, partner, joint venturer, affiliate, employee or agent of Owner for any purpose and shall have no power to assume or create, in writing or otherwise, any obligation or responsibility of any kind, express or implied, in the name of or on behalf of Owner.  It is expressly recognized that no fiduciary relationship exists between or among the parties.

10.   **Notices, Payments and Approvals.**  All notices and statements to be given shall be sent in writing and shall be deemed to have been duly given when delivered if sent by an internationally recognized overnight carrier to the addressed stated in the opening of this Agreement, unless notice is sent as required herein as to a different address in which to send noticed effective after the date of receipt of any such notice.  Any payments made by either party pursuant to this agreement, including, but not limited to, any partial payments, deemed earned and non-refundable.

11.   **Modification.**  This license may be changed only in writing and signed by both parties.

12.   **Waiver.**  Any party's failure to enforce, or delay in enforcing, any of its rights under this Agreement shall not be deemed a waiver of any of those rights or any other rights under this Agreement.

13.   **Entire Agreement.**  This Agreement and all schedules and exhibits mentioned herein or attached hereto are hereby incorporated herein by reference and set forth the entire Agreement between the parties and supersedes all prior agreements, representations, oral statements, and understandings.   None of the terms of this Agreement may be waived or modified except as expressly agreed to in writing by the parties.

9

**Attachment B**
**PX 31, 3242**

14.   **Authorization.**   Those signing are authorized to bind Owner and WPM, respectively, to the terms of this License.

15.   **Governing Law.**   This Agreement shall be interpreted and construed in accordance with, governed by, and enforced in accordance with the laws of the State of Florida without regard to principles of conflicts of law.  Any legal action resulting from this Agreement shall only be brought in Miami-Dade County, Florida, in any court having jurisdiction thereof, except that Owner also may bring an injunctive proceeding in any jurisdiction where appropriate by reason of the subject matter of such action.  Each of Owner and WPM hereby irrevocably submits to the jurisdiction of any of said courts located in Miami-Dade County, Florida and hereby waives any claim or defense of inconvenient forum or lack of personal jurisdiction under any applicable law, decision or treaty or otherwise.

16.   **Assignability.**  The performance of Owner hereunder is of a personal nature and, therefore, neither this Agreement nor any of the rights granted to WPM hereunder may be assigned, sublicensed (except as otherwise provided for above) or transferred by Owner and any such attempted assignment, sublicense or transfer, whether voluntary or by operation of law, shall be void and of no force or effect and shall constitute an uncurable default hereunder. WPM may freely assign or encumber this Agreement without any consent being required from Owner. Exception for merger and in any other event not to be unreasonably withheld.

17.   **Binding Effect.**  This Agreement shall inure to the benefit of and shall be binding upon the parties, Owner's successors and assigns and WPM's permitted successors and assigns.

18.   **Survival.**  The provisions of Sections 2.7, 2.8, 4, 6, 7, 10, 12, 17 including all subsections thereof in this Agreement shall survive expiration of this Agreement.

19.   **Counterparts.**  This Agreement may be executed in counterparts, and each such counterpart hereof shall be deemed to be an original, but all such counterparts together shall constitute but one agreement.  Said executed counterparts may be delivered by email or facsimile transmission of copies thereof. Facsimile or e-mailed copies of signed signature pages shall be treated as if they were originals.

[THE REMAINDER OF THIS PAGE IS LEFT BLANK INTENTIONALLY. SIGNATURE PAGE FOLLOWS]

CS-0011

**Attachment B**
**PX 31, 3243**

**PROMISSORY NOTE**

Principal amount: $270,000.00                    Date: December 15, 2015

FOR VALUE RECEIVED, the undersigned, Christopher Seaver, hereby promises to pay to the order of DESA INDUSTRIES, INC. d/b/a World Patent Marketing ("Holder"), the principal sum of Two Hundred Seventy Thousand Dollars and Zero Cents ($270,000.00) by January 30, 2016.  Said sum shall be paid in in one lump sum or in installments until this Promissory Note is paid in full.  The last payment is due on January 30, 2016 and shall include all unpaid principal due pursuant to this Promissory Note at such time (the "Note").  No interest shall accrue on said sum if timely paid.

The undersigned agrees that the Note can be prepaid in whole or in part without penalty.

This Note is not assignable without the prior written authorization of the Holder.

In the event that the undersigned maker defaults on any of its obligations under this Note, interest shall accrue at the then prevailing legal rate from the date first written above.

This Note shall at the option of any holder hereof be immediately due and payable upon the occurrence of any of the following: 1) Failure to make any payment due hereunder within five (5) days of its due date; 2) Upon the death or incapacity of the undersigned, or any endorser, guarantor to surety hereto; 3) Upon the filing by the undersigned of an assignment for the benefit of creditors, bankruptcy or other form of insolvency, or by suffering an involuntary petition in bankruptcy or receivership not vacated within thirty (30) days.

In the event this note shall be in default and placed for collection, then the undersigned agrees to pay all reasonable attorney's fees and costs of collection, including, but not limited to, attorneys' fees incurred in the litigation of an~ ~~~~~~ t or breach of this Note.  All payments hereunder shall be made pay~~~

*[handwritten notes: told me I'd have to give him #b4 a funddate or he'd pictures w/out me & I'd get only 5%  Threatened me I'd have to give him money b/c he was already spending  Sean 12/15/15]*

Wor.

and delivered to the attention of:

Scott Cooper
World Patent Marketing
1680 Meridian Avenue, Suite 600
Miami Beach, Florida 33139

or any other such address as may from time to time be designated by the Holder.

The undersigned agrees to remain fully bound until this Note shall be fully paid and waive demand, presentment and protest and all notices hereto and further agree to remain bound, notwithstanding any extension, modification, waiver, or other indulgence or discharge or release of any obligor hereunder or exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion.   The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State of Florida.

By: _____ 12/15/15
Christopher Seaver

2

CS-0018

Case 1:17-cv-20848-DPG   Document 47-1   Entered on FLSD Docket 04/05/2017   Page 87 of 136



# i can meet after monday - i have to deal with the snuggie people

Scott Cooper [scott@worldpatentmarketing.com]

**Sent:** Wednesday, August 17, 2016 3:24 PM
**To:**

Scott J. Cooper
CEO and Creative Director

World Patent Marketing
1680 Meridian Avenue, Suite 600
Miami Beach, Florida 33139

(305) 330-9199 Direct
(888) 926-8174 ext 212
(305) 503-5458 fax

scott@worldpatentmarketing.com

Attachment D
PX 31, 3246



# Labor Day Launch
Scott Cooper [scott@worldpatentmarketing.com]

**Sent:** Wednesday, August 24, 2016 7:05 PM

**To:**

Almost there

I have to push to next week

My kids are gone on Sunday….

We are announcing the official launch date on Monday September 5 –

Put a test transaction in – we have to look for any problems

Scott J. Cooper
CEO and Creative Director

World Patent Marketing
1680 Meridian Avenue, Suite 600
Miami Beach, Florida 33139

(305) 330-9199 Direct
(888) 926-8174 ext 212
(305) 503-5458 fax

scott@worldpatentmarketing.com

- site never WORKED

CS-0056
Attachment D
PX 31, 3247



Case 1:17-cv-20848-DPG   Document 47-1   Entered on FLSD Docket 04/05/2017   Page 90 of 136



CS-0078

**Attachment 1)**

**PX 31, 3249**



**RE: Headphones, we missed the boat?**
Scott Cooper [scott@worldpatentmarketing.com]

**Sent:** Wednesday, September 7, 2016 6:57 PM
**To:**

You are wrong

All the research I got back and everyone I talk to doesn't give a shit about the back pocket

Scott J. Cooper
CEO and Creative Director

World Patent Marketing
1680 Meridian Avenue, Suite 600
Miami Beach, Florida 33139

(305) 330-9199 Direct
(888) 926-8174 ext 212
(305) 503-5458 fax

**From:** christopher seaver [mailto:
**Sent:** Wednesday, September 7, 2016 7:52 PM
**To:** Scott Cooper <scott@worldpatentmarketing.com>
**Subject:** Headphones, we missed the boat?

Scott I really hope we're on the back pocket soon. People are going nuts about the fact that the headphones are Bluetooth for the new iPhone , easy to lose and no wires. If we had the pocketed version, it's the perfect solution. I feel like this is our huge opportunity and can't waste it, really it might be a missed opportunity because it's not out and people would want this now....People would undoubtedly buy it because they will buy the phone, forced to buy the headphones and have to put them somewhere. We need to talk.

*This was the entire reason I, invested*

Case 1:17-cv-20848-DPG   Document 47-1   Entered on FLSD Docket 04/05/2017   Page 92 of 136



## Re: Headphones, we missed the boat?
Scott Cooper [scott@worldpatentmarketing.com]

You replied on 9/7/2016 7:32 PM.

**Sent:** Wednesday, September 7, 2016 7:11 PM
**To:** ▮

There is a reason the snuggy people came to me - just watch and learn s

Scott J. Cooper
CEO and Creative Director

1680 Meridian Avenue, Suite 600
Miami Beach, Florida 33139

305-330-9199 Direct
888-926-8174 ext 212
305-503-5458 fax

Sent from my iPhone

On Sep 7, 2016, at 8:06 PM, christopher seaver ▮ wrote:

> Ok, I'm curious to see. I agree with these but every single person I've talked to
> ( prob dozens) loves the idea and asks me when they're coming out. It could be a
> stand alone, a 'special product' of Janus case and make it more costly for a one time
> purchase. There's nothing else out there like it. Nada
>
> Sent from Sunny SoFla
>
> On Sep 7, 2016, at 8:01 PM, Scott Cooper <scott@worldpatentmarketing.com>
> wrote:
>
>> Buddy – all the surveys we are getting back says the back
>> pocket doesn't mean shit – it's the business model and
>> the image – they are a bunch of phones out there with
>> pockets
>>
>> I cant be sure but I think you are dead wrong – im
>> sending you over the marketing emails – we need a few
>> more days for the fraud alerts to kick in
>>
>> Scott J. Cooper
>> CEO and Creative Director
>>
>> World Patent Marketing
>> 1680 Meridian Avenue, Suite 600
>> Miami Beach, Florida 33139
>>
>> (305) 330-9199 Direct
>> (888) 926-8174 ext 212
>> (305) 503-5458 fax

Attachment D
PX 31, 3251



**ETA?**
christopher seaver

**Sent:** Tuesday, September 27, 2016 7:10 PM
**To:** Scott Cooper [scott@worldpatentmarketing.com]

What are we looking at buddy? It seems like we're on a holding pattern here.

**From:** Scott Cooper <scott@worldpatentmarketing.com>
**Sent:** Thursday, September 22, 2016 9:51:50 AM
**To:** christopher seaver
**Subject:** Re: Advertising

How about Paula Abdul?

Sent from my iPhone

On Sep 22, 2016, at 10:50 AM, christopher seaver < ███████████ > wrote:

> How about advertising? Come commercials, emails, social media?
>
> Sent from Sunny SoFla
>
>
> On Sep 21, 2016, at 10:02 AM, Scott Cooper <scott@worldpatentmarketing.com>
> wrote:
>
> > Uploading Samsungs
> >
> > Scott J. Cooper
> > CEO and Creative Director
> >
> > 1680 Meridian Avenue, Suite 600
> > Miami Beach, Florida 33139
> >
> > 305-330-9199 Direct
> > 888-926-8174 ext 212
> > 305-503-5458 fax
> >
> > Sent from my iPhone
> >
> > On Sep 20, 2016, at 7:36 PM, christopher seaver
> > ███████████ wrote:
> >
> > > Hey buddy, when are we starting to sell? When does
> > > the advertising start? I'm not seeing anything to get
> > > the word out, shouldn't we be showcasing these
> > > before we launch?
> > >
> > > Sent from Sunny SoFla
> > >
> > >
> > > On Sep 18, 2016, at 3:24 PM, Scott
> > > Cooper
> > > <scott@worldpatentmarketing.com>
> > > wrote:
> > >
> > > > Cool - im sending them over

Attachment D
PX 31, 3252



Attachment D

PX 31, 3253



# RE: What's the time table?

**Scott Cooper** [scott@worldpatentmarketing.com]

**Sent:** Monday, October 10, 2016 4:26 PM
**To:** christopher seaver

99% there

Go through the site now - look at all the changes -
almost there

Ordering inventory as we speak

Scott J. Cooper
CEO and Creative Director
scott@worldpatentmarketing.com
888-926-8174 | Ext: 212
Direct: 305-330-9199 | Fax: 305-503-5458
World Patent Marketing
1680 Meridian Avenue, Suite 600
Miami Beach, FL 33139
https://worldpatentmarketing.com
Join The Invention Revolution


-----Original Message-----
From: christopher seaver
Sent: Monday, October 10, 2016 5:16 PM
To: Scott Cooper <scott@worldpatentmarketing.com>
Subject: What's the time table?

I'd like to see some of the new cases... when do ads
start? We seem to be
getting hung up in details for months now.

Sent from Sunny SoFla

Attachment D
PX 31, 3254



## Countdown

christopher seaver ███████████████

**Sent:** Saturday, November 5, 2016 9:35 AM
**To:** Scott Cooper [scott@worldpatswmarketing.com]

Countdown is at 0, are we on??

Sent from Sunny SoFla

Re: This wk - Outlook                                                                     Page 1 of 2
Case 1:17-cv-20848-DPG   Document 47-1   Entered on FLSD Docket 04/05/2017   Page 97 of
136



## Re: This wk

christopher seaver [███████████]

**Sent:** Monday, November 7, 2016 1:20 PM

**To:** Scott Cooper [scott@worldpatentmarketing.com]

Ok let me know where to check out add

Sent from Sunny SoFla


> On Nov 7, 2016, at 11:46 AM, Scott Cooper
<scott@worldpatentmarketing.com> wrote:
>
> We are good to go - ads start this week - samples
are ordered and on their way
>
> I'll send a bunch to your house
>
> Sent from my iPhone
>
>> On Nov 7, 2016, at 11:43 AM, christopher seaver
███████████████████ wrote:
>>
>> Hey buddy, what's up? The time is here to sell. I'd
like to come by this wk. I have time and otherwise I
won't in the upcoming months
>>
>> Sent from Sunny SoFla
>>

Attachment D
PX 31, 3256



**Re: Christmas time**

christopher seaver

**Sent:** Tuesday, November 15, 2016 7:48 PM

**To:** Scott Cooper [scott@worldpatentmarketing.com]

As stuff hits please send. I'd love to see ads, emails, etc. it's very exciting to me!

Sent from Sunny SoFla

> On Nov 15, 2016, at 9:15 AM, Scott Cooper <scott@worldpatentmarketing.com> wrote:
>
> We are live today - changing a few of the auto emails
>
> Cases are also going on Amazon today
>
> Go through the process today on the web - look at all the changes - watch the checkout process
>
> Sent from my iPhone
>
>> On Nov 15, 2016, at 9:11 AM, christopher seaver wrote:
>>
>> Hi Scott,
>> The holidays are upon us... I remember asking you last year if the cell case would be ready for Christmas and you said no it was too close. We're one year removed now. I know there's been many changes but one year is a long time to wait. Please tell me these will be ready for Black Friday. It's the capital of all shopping days. I need to see some movement here. Thx
>>
>> Sent from Sunny SoFla
>>

*site still not working*

Attachment D
PX 31, 3257



Outlook

Type here to search    Entire Mailbox ▾    Privacy    Options    Sign out

Mail

Calendar

Contacts

Deleted Items (49)
Drafts [53]
Inbox (8383)
Junk Email [169]
Sent Items (1)

Click to view all folders ⌄

Manage Folders...

Reply   Reply All   Forward   ✕   Junk   Close

## Re: Christmas time
christopher seaver ██████████████

**Sent:** Thursday, November 17, 2016 8:12 AM
**To:** Scott Cooper [scott@worldpatentmarketing.com]

Hey buddy, we going to be on amazon soon ? Any other
sites?

Sent from Sunny SoFla

> On Nov 15, 2016, at 8:49 PM, Scott Cooper
<scott@worldpatentmarketing.com> wrote:
>
> Looks amazing
>
> Scott J. Cooper
> CEO and Creative Director
> scott@worldpatentmarketing.com
> 888-926-8174 | Ext: 212
> Direct: 305-330-9199 | Fax: 305-503-5458
> World Patent Marketing
> 1680 Meridian Avenue, Suite 600
> Miami Beach, FL 33139
> https://worldpatentmarketing.com
> Join The Invention Revolution
>
>
>
>
> -----Original Message-----
> From: christopher seaver
[mailto:██████████████
> Sent: Tuesday, November 15, 2016 8:48 PM
> To: Scott Cooper <scott@worldpatentmarketing.com>
> Subject: Re: Christmas time
>
> As stuff hits please send. I'd love to see ads,
emails, etc. it's very
> exciting to me!
>
> Sent from Sunny SoFla
>
>
>> On Nov 15, 2016, at 9:15 AM, Scott Cooper
> <scott@worldpatentmarketing.com> wrote:
>>
>> We are live today - changing a few of the auto

Attachment D
PX 31, 3258

Website not working? - Outlook
Page 1 of 2
Case 1:17-cv-20048-DPG Document 47-1 Entered on FLSD Docket 04/05/2017 Page 100 of 136



**Website not working?**

christopher seaver

**Sent:** Friday, November 18, 2016 12:42 AM

**To:** Scott Cooper [scott@wackupatentmarketing.com]

Just got off phone with buddy from Spain who tried 3x to order Janus case and couldn't Bc website not working/done....I'm assuming it's not really done??? What's going on? Let's talk in am I need to know what's up.

Sent from Sunny SoFla









Today - Outlook

**Today**

christopher seaver

**Sent:** Friday, November 25, 2016 9:29 AM

**To:** Scott Cooper [scott@worldpatentmarketing.com]

What's the scoop? Are we live on amazon? I see nada

Sent from Sunny SoFla



christopher seaver

**Sent:** Friday, November 25, 2016 5:20 PM

**To:** Scott Cooper [scott@workipatentmarketing.com]

I was very encouraged last wk after our conversation but confused why we're not on major websites selling or advertising. This is the biggest time for it. What's the story? I can't imagine a reason at this point why we're not open for biz

Sent from Sunny SoFla







**Roll out**

christopher seaver ████████████

**Sent:** Tuesday, December 13, 2016 10:25 AM

**To:** Scott Cooper [scott@worldpatentmarketing.com]

Hi Scott,
How are things going? I'm wondering about launch ,
PR , ads, emails, etc. tks

Sent from Sunny SoFla



**Re: Call me**

Scott Cooper [scott@worldpatentmarketing.com]

You replied on 12/14/2016 3:18 PM.

**Sent:** Wednesday, December 14, 2016 3:05 PM

**To:** christopher seaver ▮▮▮▮▮▮▮

Just had a boy on Sunday call u tomorrow

All good

Check out casesite.com - this is our primary
competitor - they have 200k seo value per month

Sent from my iPhone

> On Dec 14, 2016, at 4:02 PM, christopher seaver
< ▮▮▮▮▮▮▮ > wrote:
>
>
>
> Sent from Sunny SoFla
>



**Update**

christopher seaver ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent:** Thursday, December 22, 2016 8:06 PM
**To:** Scott Cooper [scott@worldpatentmarketing.com]

Hey Scott,
What's up? What's the scoop? I'm feeling very
disconnected with the project.

Sent from Sunny SoFla



**Advertising**

christopher seaver ██████████

**Sent:** Wednesday, January 4, 2017 11:50 AM

**To:** Scott Cooper [scott@worldpatentmarketing.com]

Hi Scott,
Welcome back. Now that the holidays are over it's time to hit the ground running. I'd like to talk on marketing. This, of course, is your expertise. I'd like to see the plan and execution. How is the world going to find out about Janus case? That's my only question. Thx!

Sent from Sunny SoFla



**Call**

christopher seaver ▮▮▮▮▮▮▮▮▮▮▮

**Sent:** Monday, January 9, 2017 3:01 PM

**To:** Scott Cooper [scott@worldpatentmarketing.com]

Hi Scott, I'm a bit busy this week but tell me when we can chat and I'll make it work . I've been trying for a while with no luck. I really need to understand marketing, like pop ups, how the world will actually know our product exists... I understand the power of social media sites, but that seems passive, not 'attacking' the customer ... commercials, emails, marketing memory ( like when I'm reading yahoo and something I recently looked at populates an ad on the screen in the middle of the article I'm reading)...I'm sure you know a mills on other ways. Let me know what works...thanks, -C

Sent from Sunny SoFla



### Re: can we put off call to 6 - is that ok?

**christopher seaver**

To help protect your privacy, some content in this message has been blocked. If you're sure this message is from a trusted sender and you want to re-enable the blocked features, click here.

**Sent:** Friday, January 13, 2017 5:37 PM

**To:** Scott Cooper [scott@worldpatentmarketing.com]

I guess your busy, Im sitting at home waiting to talk and It's Friday night...Let me know when something works... It's been way too long, with over 360k into this I'm looking for some results soon, something . I understand you want it right but what's the rollout, launch event, marketing? There's gotta be something you can email. Fb and Ig have almost nobody following Janus case. Throw me a s

Sent from Sunny SoFla

On Jan 13, 2017, at 3:57 PM, Scott Cooper <scott@worldpatentmarketing.com> wrote:

**Scott J. Cooper**
CEO and Creative Director
scott@worldpatentmarketing.com
888-926-8174 | Ext: 212
Direct: 305-330-9199 | Fax: 305-503-5458

World Patent Marketing

1680 Meridian Avenue, Suite 600
Miami Beach, FL 33139
http://worldpatentmarketing.com

Join The Inventors Revolution



**Talk**

christopher seaver █████████████

**Sent:** Tuesday, January 17, 2017 1:45 PM
**To:**  Scott Cooper [scott@worldpatentmarketing.com]

Can you talk between now and 6p? Or anytime tomorrow?

Sent from Sunny SoFla



Outlook

| Type here to search | Entire Mailbox ▾ | Privacy | Options | Sign out |

Mail

Calendar

Contacts

**Deleted Items** (49)
**Drafts** [53]
**Inbox** (3562)
**Junk Email** [1106]
**Sent Items** (1)

Click to view all folders ⤵

Manage Folders...

| Reply | Reply All | Forward | | ✕ | Junk | Close |

# Call
christopher seaver ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent:** Friday, January 20, 2017 8:32 AM
**To:** Scott Cooper [scott@worldpatentmarketing.com]

Can we make something happen over the next few days?
Quick phone call

Sent from Sunny SoFla

**Attachment I)**

**PX 31, 3274**



**Re: Follow up**

Scott Cooper [scott@worldpatentmarketing.com]

**Sent:** Saturday, January 21, 2017 12:47 PM

**To:** christopher seaver

Means a lot to me to - It's all working – call u
Monday – takes time
man- getting the other cases on this week – I'll send
u samples

Sent from my iPhone

> On Jan 21, 2017, at 1:41 PM, christopher seaver
wrote:
>
> Hi Scott,
> Please call me. I'm asking for a few minutes of your
time. This investment means a lot to me and I have
been trying to talk to you for weeks with no luck.
> Tks, Chris
> Sent from Sunny SoFla
>

1st time
re sent
samples



Type here to search   Entire Mailbox ▼   Privacy   Options   Sign out

**Address**

christopher seaver █████████████████

Sent: Monday, January 30, 2017 8:53 AM
To:   Scott Cooper (scott@worldpatentmarketing.com)

Never received cases maybe sent wrong address?
Chris Seaver

████████████████
███████████████
██████████

Thx Scott

Sent from Sunny SoFla


> On Jan 30, 2017, at 9:24 AM, Scott Cooper
<scott@worldpatentmarketing.com> wrote:
>
> Your losing it
>
> Let's talk on Wednesday ?
>
> cases were sent to your address a while ago  - I'll
get you 20 more
> iPhone 6 cases
>
>
> Sent from my iPhone
>
>> On Jan 30, 2017, at 8:40 AM, christopher seaver
<████████████████   wrote:
>>
>> Good morning,
>> We need to sit down and go over what's going on.
You've been promising samples and a phone call for weeks
and weeks . Scott, you need to set aside time to talk to
me on phone, 10-15 minutes, that's it. I'd like to see
how my investment that I'm paying horrible monthly
payments on is being put to use. It's crippled me and
that makes this all the more painful.  Thanks man
>>
>> Sent from Sunny SoFla
>>

*His Answer*
*(I'm losing it)*



**Outlook**   Type here to search   Entire Mailbox ▾   Privacy   Options   Sign out

Mail
Calendar
Contacts
.........
Deleted Items (49)
Drafts [53]
Inbox (5583)
Junk Email [1170]
Sent Items (1)

Click to view all folders ⌄

Manage Folders...

↩ Reply   ↩ Reply All   → Forward   ✕   Junk   Close

## Re: Please read asap

christopher seaver [▓▓▓▓▓▓▓]

**Sent:** Tuesday, January 31, 2017 8:59 AM
**To:** Scott Cooper [scott@worldpatentmarketing.com]

Hi Scott. I had to say something. It's put me under so much financial stress I think it's important you understand where I'm at.
I'll give you a ring later today, it's terribly busy at work today
Sent from Sunny SoFla

On Jan 31, 2017, at 5:08 AM, Scott Cooper <scott@worldpatentmarketing.com> wrote:

> Your really fucking crazy - it's 5 am - call my cell whenever today -
>
> Sent from my iPhone
>
> On Jan 31, 2017, at 3:58 AM, christopher seaver <▓▓▓▓▓▓▓> wr...

*his response* (handwritten)

>> Hi Scott, it's middle of the night and I'm on ER call seeing cases. I'm writing this to you to discuss some issues. We are now in over a year and I really don't see any traction. You really pushed me to uncomfortable levels to give you over 350k to get this project going a year ago. I cracked open my retirement to do this and it's set me way back. Now, I can't even get you on the phone. You set up phone calls with me at all these bizarre off business hours times and repeatedly cancel. The idea I came in with specifically has literally been ignored and seemingly discarded. This is the very idea I believed in and contracted you to pursue. I don't see any patents for my idea either. Although I'm ok with Janus, I'm NOT ok with not producing what I paid you for. Please tell me that after giving you a small fortune why you keep putting me off? You're right, I'm losing it. I have every right to. This doesn't feel right to me. Literally everybody I talk to tells me I'm being scammed. What else does it look like? You're dodging me constantly, what's 10 minutes to answer a few questions for a guy who's handed over his life's savings?? With 350k, I could've easily produced a bunch of plastic cases, made a little commercial and done lots more. So what am I getting for this investment? I really hope I'm wrong but I'm very worried now. I see no legitimate marketing at all other than a couple blurbs on your website and on social media with few hits. I expect to talk to you today, not Wednesday. Make the time for me, it's the least you can do. This is becoming a total frustration.  I expect to speak TODAY, Tuesday night, not Wednesday. I cannot wait any longer. Whatever it takes we can talk Tuesday night. Thanks, Chris
>>
>> Sent from Sunny SoFla
>>
>> On Jan 30, 2017, at 8:53 PM, christopher seaver ▓▓▓▓▓▓▓▓▓ wrote:
>>
>> **From:** Scott Cooper <scott@worldpatentmarketing.com>
>> **Sent:** Monday, January 30, 2017 3:59:00 PM
>> **To:** christopher seaver



**RE: Hey buddy, anything new on J-C?**

Scott Cooper [scott@worldpatentmarketing.com]

**Sent:** Wednesday, February 22, 2017 3:07 PM
**To:** christopher seaver

Getting ready for big promotion launch

Scott J. Cooper
CEO and Creative Director
scott@worldpatentmarketing.com
888-926-8174 | Ext: 212
Direct: 305-330-9199 | Fax: 305-503-5458
World Patent Marketing

https://worldpatentmarketing.com
Join The Invention Revolution


-----Original Message-----
From: christopher seaver
Sent: Tuesday, February 21, 2017 4:26 PM
To: Scott Cooper <scott@worldpatentmarketing.com>
Subject: Hey buddy, anything new on J-C?


Sent from Sunny SoFla



**Re: [Shop World Patent Marketing] New customer order (36880) - March 3, 2017**

christopher seaver [                    ]

To help protect your privacy, some content in this message has been blocked. If you're sure this message is from a trusted sender and you want to re-enable the blocked features, click here.

**Sent:** Monday, March 6, 2017 6:29 AM
**To:** Scott Cooper [scott@worldpatentmarketing.com]

Ok it begins!

Sent from Sunny SoFla

On Mar 5, 2017, at 2:02 PM, Scott Cooper <scott@worldpatentmarketing.com> wrote:

Just got our first sale on Friday

**Scott J. Cooper**
CEO and Creative Director

World Patent Marketing

150 SE 2nd Avenue, 4th Floor
Miami, Florida 33131

888-926-8174 | Ext: 212
Direct: 305-330-9199 | Fax: 305-503-5458

**From:** Scott Cooper Blog [mailto:scott@worldpatentmarketing.com]
**Sent:** Friday, March 3, 2017 12:00 PM
**To:** admin@worldpatentmarketing.com
**Subject:** [Shop World Patent Marketing] New customer order (36880) - March 3, 2017

## New customer order

You have received an order from Dominique Grannum. This order is as follows:

Order #36880 **(March 3, 2017)**

| Product | Quantity | Price |
|---|---|---|
| Artificial Intelligence 01 | 1 | $39.95 |



**Report update, attny letter, etc**

christopher seaver ▓▓▓▓▓▓▓▓▓▓▓

**Sent:** Sunday, March 12, 2017 6:01 PM

**To:** Scott Cooper [scott@worldpatentmarketing.com]

Hi Scott,
I'm doing a little housekeeping for taxes. Friday, I
received a letter from one of your former attorneys
that shows my original patent was rejected and then I
followed up with the USPO and PCT sites and as it
stands not one has been filed or pending on my
behalf. Wouldn't you be concerned if you paid
somebody to get you patents for 50k and there's no
result?
Next, I'd like to see marketing studies you've done. I
came across my checks I wrote you and it's been over a
year. I gave you all the money up front by a date you
insisted I pay and even signed a promissory note that
was very firm for 300k. Why was it such a rush to pay
up front if you knew it would take so long? I'd like
to see some hard numbers. What are the manufacturing
costs per unit, what's been spent and where? I
understand things take time, but over a year? My final
question is what about pocketed version? This is the
singular reason I forked over all the money. It was my
dream idea, the birth of this project. Yes, I think
Janus case are cool, but there are thousands of cool
cases, but not one case with a pocket that holds more
than credit card. I'd like physical reports, something
tangible. It gives me something to work with,
otherwise I'm just sitting here saying what is going
on? At the end of the day, I'm asking for a fair
shake. You insisted I pay you and now I'm asking you
for a real update, not a phone conversation. I'd like
real deadlines. If you can't do that, then I'd like to
know why. Thanks much, -Chris

Sent from Sunny SoFla

Attachment D

PX 31, 3280



*Philip T. Virga*

**March 01, 2017**

Christopher Seaver

*Re*: **"WPM Patent Application"**

**Docket No: Seaver100**

Dear Christopher Seaver,

My name is Phil Virga and I am a United States Patent Attorney who worked as a subcontractor in 2014 and 2015 for World Patent Marketing.  During that time I filed a patent application on your behalf for World Patent Marketing.  Please be advised that I am no longer associated with World Patent Marketing and that I am writing you in regards to this patent application which has since received a patent office action which I have included in this envelope.  Therefore, please contact me to discuss your patent rights at no charge regarding your invention and what next steps you would like to take, i.e. retaining another patent attorney, having the case transferred to you or retaining me to continue with your cases prosecution. You may reach me at either the phone number or email listed above.  If I do not hear back, I will close your case and take no further action in this matter.

Very truly yours,

*Philip T. Virga*

CS-0019

**Attachment E**
**PX 31, 3281**

UNITED STATES PATENT AND TRADEMARK OFFICE



UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/048,346 | 02/19/2016 | Christopher R. Seaver | SEAVER100 | 2877 |

| 118474 | 7590 | 10/06/2016 |
|---|---|---|

| EXAMINER |
|---|
| TRAN, PAUL P |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2649 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/06/2016 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

CS 0020

**Attachment E**
**PX 31, 3282**

| *Office Action Summary* | Application No. 15/048,346 | Applicant(s) SEAVER, CHRISTOPHER R. | |
|---|---|---|---|
| | Examiner PAUL P. TRAN | Art Unit 2649 | AIA (First Inventor to File) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒  Responsive to communication(s) filed on <u>02/19/2016.</u>
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.**   2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>1-11</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-11</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☒ The drawing(s) filed on <u>02/19/2016</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
    a)☐ All  b)☐ Some**  c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)  Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413)  Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

**Attachment E**
**PX 31, 3283**

Application/Control Number: 15/048,346                                      Page 2
Art Unit: 2649

## DETAILED ACTION

1.      The present application, filed on or after March 16, 2013, is being examined

under the first inventor to file provisions of the AIA.


### *Claim Rejections - 35 USC § 112*

The following is a quotation of 35 U.S.C. 112(b):

> (b) CONCLUSION.—The specification shall conclude with one or more claims particularly
> pointing out and distinctly claiming the subject matter which the inventor or a joint inventor
> regards as the invention.


2.      Claims **2-11** are rejected under 35 U.S.C. 112(b), as being indefinite for failing to

particularly point out and distinctly claim the subject matter which the inventor or a joint

inventor, or for pre-AIA the applicant regards as the invention.

    2.1.    Regarding claims **2-11**, the term "A" in "A smart net ... device" renders the

    claim indefinite, since it redefines the subject matter of the invention already

    defined in claim 1. The term "A smart net ... device" should be "The smart net ...

    device". Appropriate correction is required.


### *Claim Rejections - 35 USC § 102*

*NOTICE: In the event the determination of the status of the application as subject
to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103)
is incorrect, any correction of the statutory basis for the rejection will not be
considered a new ground of rejection if the prior art relied upon, and the rationale
supporting the rejection, would be the same under either status.*

CS-0022

**Attachment E**
**PX 31, 3284**

Application/Control Number: 15/048,346                                      Page 3
Art Unit: 2649

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form

the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
>> (a)(1) the claimed invention was patented, described in a printed publication, or
>> in public use, on sale or otherwise available to the public before the effective
>> filing date of the claimed invention.

*A rejection on this statutory basis (35 U.S.C. 102(g) as in force on March 15, 2013) is
appropriate in an application or patent that is examined under the first to file provisions
of the AIA if it also contains or contained at any time (1) a claim to an invention having
an effective filing date as defined in 35 U.S.C. 100(i) that is before March 16, 2013 or
(2) a specific reference under 35 U.S.C. 120, 121, or 365(c) to any patent or application
that contains or contained at any time such a claim.*

3.      Claims **1**-**4**, **6**, **7** and **9-11** are rejected under 35 U.S.C. 102(a)(1) as being

anticipated by Jambunathan et al. (US 2012/0168483, herein as "Jambunathan").

　　　3.1.    Regarding claims **1**, Jambunathan discloses a smart net case storage

device *{Jambunathan: Figs. 1-2: [0017]-[0021]; Figs. 7-10; Fig. 12: [0026]-

[0031].}* comprising: a) a cell phone cover *{Jambunathan: Figs. 1-2: [0017]-

[0021]; Figs. 7-12: [0026]-[0031]: strap wallet (Figs. 7-8: [0026]-[0027]);

corner gripped wallet (Figs. 9-10: [0028]; and pocket wallet (Fig. 12: [0031]):

pocket wallet serves as the cellphone cover.}*; wherein b) said cell phone

cover comprising a horizontal slit or pocket *{Jambunathan: Figs. 1-2; ref. 210,

[0017]-[0021]; Fig. 4, ref. 406, [0024]; Fig. 11, ref. 1108: [0030]: the top slots

(210, 406 & 1108) are horizontally provided at above figures for inserting

cards and/or bills downward.}*.

**Attachment E**
**PX 31, 3285**

Application/Control Number: 15/048,346                                             Page 4
Art Unit: 2649

3.2.    Regarding claim **2**, Jambunathan discloses [[a]] the smart net case storage device as claimed in claim 1, wherein said case is made of elastic bungee material *{Jambunathan: Fig. 2: [0020]; Figs. 7-10: [0027]-[0028]; Fig. 12: [0031]: wallet pocket is made of rubber or spandex or elastic fabrics.}*.

3.3.    Regarding claim **3**, Jambunathan discloses [[a]] the smart net case storage device as claimed in claim 1, wherein said case is made of shiny rubberized material *{Jambunathan: Fig. 2: [0020]; Figs. 7-8, [0027]: elastic pocket is made of elastic rubber with smooth exterior, i.e. shiny rubber.}*.

3.4.    Regarding claim **4**, Jambunathan discloses [[a]] the smart net case storage device as claimed in claim 1, wherein said case comprises the tight elastic edges to secure itself on to the cell phone device *{Jambunathan: Fig. 2: [0020]; Figs. 7-8, [0027]: elastic pocket is made of elastic rubber or spandex.}*.

3.5.    Regarding claim **6**, Jambunathan discloses [[a]] the smart net case storage device as claimed in claim 1, wherein said horizontal slit or pocket is provided at the rear side *{Jambunathan: Fig. 2: [0020]; Figs. 7-10: [0027]-[0028]; Fig. 12: [0031]: wallet pocket is attached on the back cover of the cellphone.}*.

3.6.    Regarding claim **7**, Jambunathan discloses [[a]] the smart net case storage device as claimed in claim 1, wherein said horizontal slit or pocket is utilized for storage of items within the net behind the cell phone device

CS-0024

**Attachment E**
**PX 31, 3286**

Application/Control Number: 15/048,346                                     Page 5
Art Unit: 2649

*{Jambunathan: Figs. 2-3: [0020]; Figs. 7-10: [0027]-[0028]; Fig. 12: [0031]: elastic wallet straps as net attached on back cover to hold cards and bills.}*.

3.7.    Regarding claim **9**, Jambunathan discloses [[a]] the smart net case storage device as claimed in claim 1, wherein said items includes keys, money, credit cards, ID cards, other cards, gum, lighter and many other items *{Jambunathan: Figs. 2-3: [0020]; Figs. 7-10: [0027]-[0028]; Fig. 12: [0031]: elastic wallet straps as a net attached on back cover of a wireless phone to hold cards and bills ([0016]).}*.

3.8.    Regarding claim **10**, Jambunathan discloses [[a]] the smart net case storage device as claimed in claim 1, wherein said case storage device is used on electronic devices, which includes cell phones, tablets, etc *{Jambunathan: [0017]: wallet 100 is used on wireless phone 102.}*.

3.9.    Regarding claim **11**, Jambunathan discloses [[a]] the smart net case storage device as claimed in claim 1, wherein the said case storage device is used on all cell phone and/or tablet devices with or without covers/cases, to store items for easy access *{Jambunathan: Figs. 2-3: [0020]; Figs. 7-10: [0027]-[0028]; Fig. 12: [0031]: elastic wallet pocket to store cards for convenience access without the need of a wallet.}*.

**Attachment E**
**PX 31, 3287**

Application/Control Number: 15/048,346                                      Page 6
Art Unit: 2649

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed
> or described as set forth in section 102 of this title, if the differences between the
> subject matter sought to be patented and the prior art are such that the subject
> matter as a whole would have been obvious at the time the invention was made
> to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was
> made.

The factual inquiries set forth in Graham v. John Deere Co., 383 U.S. 1,148 USPQ 459
(1966), that are applied for establishing a background for determining obviousness
under 35 U.S.C. 103(a) are summarized as follows:

1. Determining the scope and contents of the prior art.
2. Ascertaining the differences between the prior art and the claims at issue.
3. Resolving the level of ordinary skill in the pertinent art.
4. Considering objective evidence present in the application indicating
obviousness or nonobviousness.

This application currently names joint inventors. In considering patentability of the

claims under 35 U.S.C. 103(a), the examiner presumes that the subject matter of the

various claims was commonly owned at the time any inventions covered therein were

made absent any evidence to the contrary. Applicant is advised of the obligation under

37 CFR 1.56 to point out the inventor and invention dates of each claim that was not

commonly owned at the time a later invention was made in order for the examiner to

consider the applicability of 35 U.S.C. 103(c) and potential 35 U.S.C. 102(e), (f) or (g)

prior art under 35 U.S.C. 103(a).

**Attachment E**
**PX 31, 3288**

Application/Control Number: 15/048,346                                      Page 7
Art Unit: 2649

4.      Claim **5** is rejected under 35 U.S.C. 103(a) as being unpatentable over
"Jambunathan" in view of Coverstone et al. (US 2013/0281169, herein as
"Coverstone").

4.1.    Regarding claim **5**, Jambunathan discloses [[a]] the smart net case
storage device as claimed in claim 1, wherein said case involves [[various colors
in]] crisscross and/or square netting *{Jambunathan: Figs. 2-3: [0020]; Figs. 7-
10: [0027]-[0028]; Fig. 12: [0031]: elastic wallet strap patterns involves
crisscross and or square net-like (Figs. 3; 7-8).}.*

However, Jambunathan fails to disclose wherein said case involves
various colors in crisscross and/or square netting.

Coverstone discloses wherein said case involves various colors in
crisscross and/or square netting {Coverstone: ABS; Fig. 1; [0037]-[0038]: the
mobile phone cover generates different responses by lighting up different
sequence, pattern color, shape and intensity.}.

Similarly to Jambunathan, Coverstone shares the same field of endeavor
in providing body covering for a cellphone device; As a result, it would have been
obvious to one having ordinary skill in the art, having the teachings of Coverstone
and Jambunathan before him before the effective filing date of the claimed
invention to generate various colors in crisscross and square netting as taught by
Coverstone to Jambunathan, as with the various color generation, Jambunathan
can therefore generates multiple different color pattern to offer active measure of

CS-0027

Application/Control Number: 15/048,346                                         Page 8
Art Unit: 2649

protection to improve the convenience of the mobile phone user *{Coverstone: [0002]-[0003].}*.

5.      Claim **8** is rejected under 35 U.S.C. 103(a) as being unpatentable over "Jambunathan" in view of DiPerna et al. (US 2006/0201964, herein as "DiPerna").

5.1.    Regarding claim **8**, Jambunathan discloses [[a]] the smart net case storage device as claimed in claim 1, with a horizontal slit or pocket *{Jambunathan: Figs. 2-3: [0020]; Figs. 7-10: [0027]-[0028]; Fig. 12: [0031].}*;

However, Jambunathan fails to disclose wherein said horizontal slit or pocket comprises the Velcro closure to easily add or remove items.

DiPerna discloses wherein said horizontal slit or pocket comprises the Velcro closure to easily add or remove items *{DiPerna: [0020]; [0034]: the mobile phone contains a side pocket, of which its closing is controlled by a Velcro or a snap device for easily access the item.}*.

Similarly to Jambunathan, DiPerna shares the same field of endeavor in providing body covering for a cellphone device; As a result, it would have been obvious to one having ordinary skill in the art, having the teachings of DiPerna and Jambunathan before him before the effective filing date of the claimed invention to add a Velcro to wallet pocket as taught by DiPerna to Jambunathan, as with the Velcro, Jambunathan wallet pocket can therefore easily access for the items stored inside the compartment to improve safety for the user *{DiPerna: 0013].}*.

**Attachment E**
**PX 31, 3290**

Application/Control Number: 15/048,346                                    Page 9
Art Unit: 2649

## *Conclusion*

6.     The prior art made of record and not relied upon is considered pertinent to
applicant's disclosure.

- Longinotti-Buitoni (US Pub. 2010/0294405) teaches a protective covering for
  a personal electronic device.

- Wang et al. (US Pub. 2014/0034531) teaches a protective device including a
  frame unit.

7.     Any inquiry concerning this communication or earlier communications from the
examiner should be directed to PAUL P. TRAN whose telephone number is 571-270-
1944 (FAX. 571-270-2944).  The examiner can normally be reached on Monday to
Thursday 8:00AM - 5:00PM EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, YUWEN PAN can be reached on 571-272-7855.  The fax phone number for
the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the
Patent Application Information Retrieval (PAIR) system.  Status information for
published applications may be obtained from either Private PAIR or Public PAIR.
Status information for unpublished applications is available through Private PAIR only.
For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

CS-0029

**Attachment E**
**PX 31, 3291**

Application/Control Number: 15/048,346                          Page 10
Art Unit: 2649

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

| /YUWEN PAN/ Supervisory Patent Examiner, Art Unit 2649 | /PAUL P TRAN/ Examiner, Art Unit 2649 October 4, 2016 |
|---|---|

**Attachment E**
**PX 31, 3292**

| *Notice of References Cited* | | Application/Control No. 15/048,346 | | Applicant(s)/Patent Under Reexamination SEAVER, CHRISTOPHER R. | |
|---|---|---|---|---|---|
| | | Examiner PAUL P. TRAN | | Art Unit 2649 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-2012/0168483 A1 | 07-2012 | Jambunathan; Sunder G. | A45C11/00 | 224/576 |
| * | B | US-2013/0281169 A1 | 10-2013 | Coverstone; Thomas E. | H04M1/0283 | 455/575.8 |
| * | C | US-2006/0201964 A1 | 09-2006 | DiPerna; Samantha | F41H9/10 | 222/78 |
| * | D | US-2010/0294405 A1 | 11-2010 | Longinotti-Buitoni; Kip | A45C11/00 | 150/165 |
| * | E | US-2014/0034531 A1 | 02-2014 | Wang; Ching-Chang | H04B1/3883 | 206/320 |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                **Notice of References Cited**                Part of Paper No. 20161003

CS-0031

**Attachment E**
**PX 31, 3293**

# Post-Prosecution Pilot (P3)



## *A Pilot Program of the Enhanced Patent Quality Initiative*

If you receive a final rejection, consider participating in P3, where in a single program you will:

- present oral arguments to a panel of patent examiners experienced in the relevant field of technology
- optionally file a non-broadening claim amendment
- receive a written summary from the examiner explaining the panel's recommendation

Based on stakeholder feedback, the P3 program combines effective features of the After Final Consideration Pilot (AFCP) 2.0 and the Pre-Appeal Brief Conference Pilot programs, both designed to enhance communication between the Office and applicant.

The P3 program began July 11, 2016, and will run for six months or until the USPTO accepts 1,600 compliant requests. Each participating Technology Center (TC) will accept a maximum of 200 requests. Please refer to the July 2016 Federal Register Notice (81 FR 44845) for more P3 program information.

### Pilot Participation

- Participation is available to applicants prosecuting nonprovisional or international utility applications under final rejection
- A request to participate must be filed within two months of the mailing date of the final rejection and prior to filing a notice of appeal
- All P3 documents must be filed via EFS-Web

### More Information

Visit http://www.uspto.gov/patent/initiatives/post-prosecution-pilot for more information about the P3 program, including an updated count of compliant requests accepted by each TC.



### Contact Us

Questions regarding the P3 program can be submitted to: PostProsecutionPilot@USPTO.gov.

For information on other USPTO patent quality programs, visit the **Enhanced Patent Quality Initiative** at www.uspto.gov/patent/initiatives/enhanced-patent-quality-initiative



CS-0032

**Attachment E**
**PX 31, 3294**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/513,527 | 12/31/2014 | Denise Marcella | MARCELLA100 | 6750 |

118474        7590        02/24/2017
Philip Thomas Virga

| EXAMINER |
|---|
| CHIN, CYNTHIA M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2917 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/24/2017 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

Attachment E
**PX 31, 3295**