## DECLARATION OF MELVIN KIAAINA
### Pursuant to 28 U.S.C. § 1746

I, Melvin Kiaaina, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. My name is Melvin Kiaaina. I am over 21 years old and live in Waianae, Hawaii.

2. I am a U.S. Army veteran. I am disabled because of my military service as a paratrooper.

3. I found out about World Patent Marketing in about February 2015. I researched the company online and saw that the company was very highly rated, had a lot of positive reviews, and had respected people on the board of directors. It seemed like an impressive company.

4. I communicated with Jay Ward at World Patent Marketing about two invention ideas. I paid $1,295 in April 2015 for a report called a Global Invention Royalty Analysis, about whether my first idea (called "Da Fish Box") was a good idea. A true and correct copy of the check I wrote to pay for the analysis is attached as Attachment A.

5. Jay said I scored really high in the report. Jay was very convincing when he said the fish box was a very good idea. After I got the report, I received a 10-Point Patent Protection Plan (PPPC). True and correct copies of pages of the PPPC are attached as Attachment B.

6. I also spent $795 on an analysis for my second idea, a fish scaler. This was in November 2015. A true and correct copy of my credit card statement showing this payment is attached as Attachment C.

7. I discussed my inventions with Jay. Jay told me I should make money on the fish box first, and then go forward on the fish scaler. Jay persuaded me to purchase a Utility Patent for the fish box.

8. I paid $11,995 for a Utility Patent in February 2016. A true and accurate copy of my credit card statement showing this payment is attached as Attachment D. Jay told me that for this money, World Patent Marketing would take my idea to trade shows, that they would call different companies to interest them in my idea, and that they would help me market my product.

1

PX 35, 3374

9.      The money I paid to World Patent Marketing, totaling $14,085, was my life savings.

10.     After I had paid World Patent Marketing, it became difficult to communicate with people at the company. I would call them and they did not respond. I sent several emails during spring and summer 2016 asking about the status of my patent. Sometimes I received automated responses. True and correct copies of some of these emails are attached as Attachment E.

11.     World Patent Marketing sent me a logo in 2016 that was just a copy of the picture I had sent them of my product. This was a red flag for me. I began to worry that World Patent Marketing was not doing what they said they would do. A true and accurate copy of the logo I received from World Patent Marketing is attached as Attachment E.

12.     During October and November 2016, I exchanged emails with Jay Ward, Scott Cooper, and Christie Hoffman at World Patent Marketing. I said I was unhappy with the service I was getting from World Patent Marketing, and I asked for a refund.

13.     On November 25, 2016, I emailed World Patent Marketing, again requesting a refund of the money I had paid them I explained that I am a disabled military veteran, and that I had spent my life savings on the patent package, for which I had received nothing. I received a response from Mack Haynes, the patent attorney assigned to file my application, on November 28, cc-ing Scott Cooper and Jay Ward. Mack assured me that he was getting my application ready to file. True and accurate copies of some of these emails are included in Attachment F. Mack told me on the phone that World Patent Marketing had not forwarded him any drawings or information about my invention. I had to re-send a lot of information to Mack.

14.     In January 2017, I exchanged emails and spoke on the phone with Mack Haynes. Mack said he was still preparing my patent application, but he needed more information about my patent from World Patent Marketing. But, when I thought Mack Haynes was going to file the patent application, I started to feel better.

15.     Mack Haynes called me in March 2017 and said his credit card payment was not going through, so he could not submit the patent application. He also said that World Patent

PX 35, 3375

Marketing had not paid him. After that, I learned about the Federal Trade Commission's lawsuit and I called the FTC.

16. My patent application has not been filed. In the year since I first hired World Patent Marketing, have received nothing for the $14,085 I paid to the company, other than a bad-quality drawing and logo that my grandson could have made.

17. World Patent Marketing has devastated me emotionally, mentally, and financially.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _MARCH 23_, 2017    _Melvin J. Kiaaina_
Waianae, Hawaii                                Melvin Kiaaina

3

**PX 35, 3376**