**From:** Nancy Torres <boricualadee1@aol.com>
**To:** info <info@worldpatentmarketingreceivership.com>
**Subject:** re: court Feb 01 2018 lies of wpm
**Date:** Wed, Jan 24, 2018 2:37 pm

Federal Trade Commission v. World Patent
Case # 17-cv-20848

Honorable Judge Darrin P. Gayle

Hello   My name is Nancy Torres was promised that my invention would be on trades show in Aug 2014, then they said Sept 2014. thay made me lots of promises. Yet they never got passed revisions they kept delibrately as I accused them of lying. Theymust've sitched attornies 10 times on my revisions . They also made constantly wrong graphical errors. To which I believe the were doing delibrately doing I contstantly call Yves Cham and complain . All he would do is assigned someone else ,and pretend they was doing work.  I paid for 2 patents to which both never got filed  One of my invention I made the protype to which I asked here is it was told it was lost by the last attorney assigned to me Mack Haynes. I also sent another smaller version of my protype to Mack Haynes in  NC where he lives he promised to send it back and hasn't sent it back to me  . I invested money borrowed took loans. to which I mst pay back. I live on fixed income and have many health issue to which due to the stress of WPM SCAMMERS made my life that much more stressful. Yves Cham asked me I remember if I was ready to become the next millionaire. I need my money back there is no other way for me to restart my patents when I invested all that I could into my dreams. I pray this will be read in court Feb 01, 2018. I'm disabled living on disablility income. Currently my home is in dire need of  URGENT repairs seriously behind on my bills. Possibility of being homeless due to all the violations I have the city can condenm my home . Please got my money back and put these crook away for life

Thank You
Nancy Torres

610-950-3817

238 N. 4th St
Allentoen Pa 18102

FILED by _____ D.C.
JAN 29 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

Nancy Javer
235 N. 4th St
Allentown, PA 18102

Honorable Patrick P. Gayles
Wilkie D. Ferguson US. Courthouse
400 N. Miami Ave.
Miami, Fla, 33128
Case # 17-cv-20848 Gayles